# Respondent's Exhibit C:

# Schwartz Deposition Exhibits

PII redacted by Respondent's counsel due to Fed. R. Civ. P. 5.2 filing requirements; Unredacted copies available for review upon request

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JUNIOR MOHAMMED RICKETTS
*Plaintiff*
v.
Loretta E. Lynch, U.S. Att'y Gen.
*Defendant*

Civil Action No. 1:15-cv-00329-MKB-LB

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: New York City Department of Health and Mental Hygiene; Office of the General Counsel; Serve: Louise Lippin, Sr Counsel, NYC Law Department; 100 Church St; 4th fl. service window; NY, NY 10007

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

see the attached "Notice of Rule 30(b)(6) Deposition"

| Place: 201 Varick Street; 12th floor conference room<br>New York, NY 10014 | Date and Time:<br>07/08/2015 9:00 am |
|---|---|

The deposition will be recorded by this method: see attached

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: June 16, 2015

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Loretta E. Lynch, U.S. Att'y Gen, who issues or requests this subpoena, are:

Erik R. Quick; U.S. Dep't of Justice; Office of Immigration Lit; Wash., DC 20044; (202) 353-9162; erik.quick@usdoj.gov

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT Schwartz 1 7/8/15 AB

PENGAD 800-631-6989

Civil Action No. 1:15-cv-00329-MKB-LB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

☒ I served the subpoena by delivering a copy to the named individual as follows:
Service by mail to New York City Department of Health and Mental Hygiene
on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/16/15

[signature]
*Server's signature*

Daniel C. Meyer
*Printed name and title*

P.O. Box 878 Ben Franklin Station
Washington D.C. 20044-0878
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) ***For Other Discovery.*** A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) ***Command to Produce Materials or Permit Inspection.***

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) ***Quashing or Modifying a Subpoena.***

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) ***Claiming Privilege or Protection.***

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**(Brooklyn)**

JUNIOR MOHAMMED RICKETTS,
a/k/a JUNIOR NATHANIEL RICKETTS,
a/k/a PAUL MILTON MILES,

Petitioner,

vs.

U.S. Attorney General
Loretta E. Lynch,

Respondent.

**Case No. 1:15-cv-00329-MKB-LB**

**NOTICE OF RULE 30(b)(6) DEPOSITION TO THE *NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE***

TO: *New York City Department of Health and Mental Hygiene*
Office of the General Counsel
42-09 28th Street – 14th Floor
Queens, NY 11101

*Serve*: Louise Lippin, Senior Counsel
New York City Law Department
Administrative Law Division
100 Church Street; Room 5-153
4th floor service window
New York, NY 10007

PLEASE TAKE NOTICE that under Federal Rules of Civil Procedure 30(b)(6) and 45, Respondent, United States Attorney General Loretta E. Lynch, through counsel, will take the deposition of a designated representative(s) of the *New York City Department of Health and Mental Hygiene* at the following:

**Wednesday, July 8, 2015; 9:00 a.m.**
**Twelfth Floor Conference Room**
**201 Varick Street**
**New York, NY 10014**

NOTICE TO COUNSEL AND WITNESSES: Please arrive at the building at least 30 minutes early to proceed through security. Please contact the undersigned counsel in advance to indicate the names of any attendees, and to arrange an escort once inside the building. Respondent reserves the right to modify the time and location of the deposition on advance notice.

Respondent requests that the *New York City Department of Health and Mental Hygiene* identify in writing no later than June 30, 2015, the name(s) of the person(s) who will testify on its behalf and the specific subject matters on which each person will testify.

This deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths. Under Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic, audio, video, and/or real time transcription means.

BENJAMIN C. MIZER
Principal Deputy Ass't Att'y General
Civil Division

DOUGLAS E. GINSBURG
Assistant Director

/s/ Erik R. Quick
Erik R. Quick
Trial Attorney
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9162
e-mail: erik.quick@usdoj.gov
Counsel for Respondent

**EXHIBIT A**

**DEFINITIONS AND INSTRUCTIONS**

1. The topics in this deposition notice deal with the time period of January 1, 1964 to the present.

2. "Policy, procedure, or practice" means any official or unofficial policy, practice, procedure, protocol, guideline, or custom, whether mandatory or discretionary, formal or informal, written or unwritten.

3. "Pertain" or "pertaining" to any given subject matter means, without limitation, anything that, in whole or in part, directly or indirectly, analyzes, comments upon, comprises, concerns, constitutes, contains, discusses, embodies, evidences, explains, identifies, manifests, mentions, reflects, refers to, relates to, states, summarizes, or is in any way relevant to the particular subject matter identified.

4. The words "or," "and," "all," "every," "any," "each," "one or more," "including," and similar words of guidance, are intended merely as such, and should not be construed as words of limitation. The words "or" and "and" include each other whenever possible to expand, not restrict, the scope of the Topic. The

word "including" shall not be used to limit any general category or description that precedes it. The words "all," "every," "any," "each," and "one or more" include each other whenever possible to expand, not restrict, the scope of the Topic.

5. Reference to the singular in any of these Topics also includes a reference to the plural, and reference to the plural also includes a reference to the singular.

6. These Topics are intended to elicit as much information as possible concerning the issues, and to the extent any Topic could be interpreted in more than one way, you should employ the interpretation of the Topic most likely to encompass and elicit the greatest amount of information possible.

7. Discovery is continuing and Respondent reserves the right to supplement these Topics as necessary.

**TOPICS**

In accordance with Federal Rule of Civil Procedure 30(b)(6), the *New York City Department of Health and Mental Hygiene* shall identify, designate, and produce for deposition one or more officers, directors, agents or other person(s) most knowledgeable to testify on its behalf regarding the subject-matter of the following categories:

**TOPIC NO. 1**

Any and all policies, practices, or procedures pertaining to the *issuance* of birth certificates, including: the procedure and evidentiary standard for issuance; any approval or review procedures; procedures related to interactions and communications with local hospitals regarding births.

**TOPIC NO. 2**

Any and all policies, practices, or procedures pertaining to the *investigation* of local birth claims, including: the procedure and evidentiary standard for issuance; any approval or review procedures; procedures related to interactions and communications with local hospitals.

**TOPIC NO. 3**

The *New York City Department of Health and Mental Hygiene* books or database from 1964 to the present, including: (a) the scope of the records or data maintained (*e.g.*, date limitations); (b) the categories of data available; (c) how and by whom *New York City Department of Health and Mental Hygiene* data are entered or modified; (d) methods and information available to determine when and by whom *New York City Department of Health and Mental Hygiene* data were entered; and (e) how and to what extent *New York City Department of Health and Mental Hygiene* books or data are or can be accessed, searched, and/or queried by employees and agents and/or persons.

**TOPIC NO. 4**

The organization and structure of the *New York City Department of Health and Mental Hygiene*, including the departments, sections, or other subdivisions of those agencies with duties or responsibilities related to the investigation and issuance of birth certificates from 1964 to the present.

**TOPIC NO. 5**

*New York City Department of Health and Mental Hygiene* policies, procedures, and practices in place regarding the maintenance of records concerning the *issuance* of birth certificates from 1964 through the present.

**TOPIC NO. 6**

Whether any individuals were born in Brooklyn, New York on August 31, 1964 who were named "Paul Milton Miles."

**TOPIC NO. 7**

If any individuals were born in Brooklyn, New York on August 31, 1964 who were named "Paul Milton Miles," *how many* people named "Paul Milton Miles" were born in Brooklyn on August 31, 1964.

**TOPIC NO. 8**

If reasonable and not unduly burdensome to search, how many individuals named "Paul Milton Miles," were born in Brooklyn, New York from January 1, 1955 to January 1, 1970.

**TOPIC NO. 9**

Any and all policies, practices, or procedures pertaining to the *amendment* of birth certificates from 1980 to the present, including: the procedure and evidentiary standard for any *amendment of a birth name*; any approval or review procedures regarding the *amendment of a birth name.*

**TOPIC NO. 10**

Any and all policies, practices, or procedures pertaining to the *correction* of birth certificates from 1980 to the present, including: the procedure and evidentiary standard for any *correction of a birth name*; any approval or review procedures regarding the *correction of a birth name.*

**TOPIC NO. 11**

Any and all policies, practices, or procedures pertaining to the recordation and evidence for the *correction of a birth name* from 1980 to the present, including: whether a new birth certificate is issued; and whether a hand notation on a birth certificate is sufficient to evidence the correction of a birth name.

**TOPIC NO. 12**

Any and all policies, practices, or procedures pertaining to the recordation for the *correction of a birth name* on the "Certificate of Birth" attached as Exhibit B.

**Original birth record of Paul Milton Miles, filed September 4, 1964**

EXHIBIT
PENGAD 800-631-6989
Schwartz
2
7/8/15 AB

DIVISION OF RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF BROOKLYN

FILED
'64 SEP 4 AM 10:35

# Certificate of Birth

Certificate No. 156-64-337372

1. Full name of child (PRINT) Paul (First name) Milton (Middle name) Miles (Last name)

| | |
|---|---|
| 2. Sex: Male | 3. Number of children born of this pregnancy: 1 <br> 4. If more than one, number of this child in order of birth |
| 5. Date of child's birth (Month) (Day) (Year): [redacted] - 64 | 5a. Hour: 2:35 A.M. |
| 6. PLACE OF BIRTH <br> (a) NEW YORK CITY: (b) Borough Brooklyn <br> (c) Name of Hospital or Institution <br> (d) If not in hospital, street address No. 855 Lafayette Ave. | 7. USUAL RESIDENCE OF MOTHER: <br> (a) State New York <br> (b) Co. Kings (c) City or Town Brooklyn <br> (d) No. 855 Lafayette Ave. |
| FATHER <br> 8. Full name Robert Miles | MOTHER <br> 12. Full maiden name Lizzie Mae McLaughlin |
| 9. Age at time of this birth 26 years | 13. Age at time of this birth 24 years |
| 10. Birthplace (City or place and State, or Country) South Carolina | 14. Birthplace (City or place and State, or Country) South Carolina |
| 11a. Usual Occupation Factory | 15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy 3 |
| 11b. Kind of business or industry in which work was done | 15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING 3 |

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report 9-2 19 64

(Signed) Jacob B. Glenn M.D.

Name of Signer Jacob B. Glenn (Print or typewrite)

Address Greenpoint Hospital

Given name added from a supplemental report ______ (Date of)

Borough Registrar.

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name Lizzie Mae Miles
Address 855 Lafayette Ave. Apt.
City Brooklyn Post Office Zone 21 State N.Y.

BUREAU OF RECORDS AND STATISTICS DEPARTMENT OF HEALTH THE CITY OF NEW YORK

Died: Date:

1st correction of birth record of Paul Milton Miles, filed October 5, 1964, and accepted for filing November 16, 1964.

Corrections:

1. Time of birth changed from 2:35 am to 1:30 am
2. Mother's maiden name changed from McLaughlin to Page
3. Father's given name changed from Robert to Robert Jr.

EXHIBIT
PENGAD 800-631-6989
Schwartz 3
3
7/8/15 AB

THE CITY OF NEW YORK
DEPARTMENT OF HEALTH
BUREAU OF RECORDS AND STATISTICS

# APPLICATION FOR THE CORRECTION OF A CERTIFICATE OF BIRTH

STATE OF NEW YORK
COUNTY OF KINGS } ss.:

(1) ROBERT MILES JR. (Name of father, if living—See note below) and LIZZIE MAE MILES (Name of mother, if living)

being duly sworn, depose and say, that they are respectively 26 and 24 years of age and reside at No. 855 LAFAYETTE AVE. (Street) BROOKLYN 21 N.Y. (Borough, or City and State) and that they are the PARENTS (Parents) (Father) (Mother) (Guardian) of PAUL MILTON MILES (Name of Child) born at GREEN POINT HOSPITAL (Street and Number) in the Borough of BROOKLYN City of New York, on [redacted], 1964, whose birth certificate, Number 156-64-337372 on file in the Bureau of Records and Statistics of the Department of Health, deponents desire to correct.

(2) Deponents further say, that the said certificate of birth contains the following errors (and/or) omissions and that the indicated information relative to each item is correct:

| ITEM IN ERROR | AS IT APPEARS | AS IT SHOULD BE |
|---|---|---|
| TIME OF BIRTH | 2:35 A.M. | 1:30 A.M. |
| MAIDEN NAME | McLAUGHLIN | PAGE |
| FATHER'S GIVEN NAME | ROBERT | ROBERT JR. |
| ~~NO. OF CHILDREN LIVING~~ | | |

(3) Documentary evidence, submitted herewith in support of this application, includes:
CERTIFICATE OF BIRTH (PHOTOSTAT COPY)

(4) Deponent s submit a certified photostatic copy of the original record of birth obtained from the Department of Health and further state s that this application covers all errors therein and supplies all the information missing therefrom.

Wherefore, the deponents request the Commissioner of Health of the City of New York to approve this application and to make the appropriate changes, as aforesaid, on the original certificate of birth.

*Any alteration made in the application must be initialed by the Notary Public or Commissioner of Deeds.*

*When the application and affidavit is signed outside the United States or its dependencies they must be signed before the United States Consul or his representative and must bear the seal of the Consul.*

Subscribed and sworn to before me this 3 day of Oct 1964

[signature] Robert Miles Jr. Father
[signature] Lizzie M. Miles

[signature]
Notary Public or Commissioner of Deeds, County of

* *Cross out one.*

N. B. If both parents are dead, the individual concerned may make this affidavit. Then his own name will appear on the first line instead of his father's and the printed wording may be changed to suit the circumstances.

VS 11 (Rev. 7/60)

DO NOT WRITE IN THESE SPACES: TO BE COMPLETED BY THE DEPARTMENT OF HEALTH

No. 149436

The City of New York
DEPARTMENT OF HEALTH
Bureau of Records and Statistics

Borough of B'klyn

Application to correct record of BIRTH of

Paul Milton Miles
(Name)

Aug. 31, 1964
(Date of Birth)

37372 1964
(Certificate Number) (Year)

List of alterations requested:

Correct hr of birth to: 1:30 A.M.
Correct maiden name of mother to: Lizzie Mae Page
Correct father's given name to: Robert Jr.
(Sub. Cert)
J.C.

CORRECTION BY SUBSTITUTION

The City of New York
DEPARTMENT OF HEALTH
Bureau of Records and Statistics

Nov. 4, 1964

This is to certify that I have examined the original record which this application seeks to correct.

I have also examined the documents submitted and I find sufficient evidence to support this application. There are no omissions or apparent errors in the original record that have not been covered. This application is, therefore, approved.*

The evidence submitted with this case does not fully meet the requirements set forth in the New York City Health Code; the application is therefore forwarded to the Director of the Bureau for consideration with recommendation that it be

(Approved) (~~Denied~~)*

(Date)

[signature]
Borough Registrar

*Cross out paragraph which does not apply.

Approved:

(Date)

Summary of documentary evidence submitted and salient facts contained therein:

Parents' marriage cert.
Dillon County, S. Carolina
Date = Dec. 20, 1959
Robert Miles Jr. + Lizzie Mae Page
By - W. E. Allen (Probate Judge)
Seal aff.
(Correct hr. of birth shown as 1:30 A.M.) J. Caiati

Mother in error gave step-father's name McLaughlin at time of child's birth instead of true maiden name Page.
J.C.

Parents signed application before three months
J.C.

30B6Depo000234

Under Protective Order

Exhibit G

[illegible] RECORDS
[illegible] HEALTH

# Certificate of Birth

NOV 16 1964

FILED
64 SEP 4 AM 10:35

Certificate No. 156-64-337372

1. Full name of child (PRINT): Paul (First name) Milton (Middle name) Miles (Last name)

2. Sex: Male

3. Number of children born of this pregnancy: 1

4. If more than one, number of this child in order of birth:

5. Date of child's birth (Month) (Day) (Year): [redacted] - 64

5a. Hour: 7:30 ~~2:35~~ A.M. ~~P.M.~~

6. PLACE OF BIRTH
(a) NEW YORK CITY: (b) Borough: Brooklyn
(c) Name of Hospital or Institution:
(d) If not in hospital, street address No.: 855 Lafayette Ave.

7. USUAL RESIDENCE OF MOTHER:
(a) State: New York
(b) Co.: Kings (c) City or Town: Brooklyn
(d) No.: 855 Lafayette Ave.

FATHER

8. Full name: Robert Miles JR

9. Age at time of this birth: 26 years

10. Birthplace (City or place and State, or Country): South Carolina

11a. Usual Occupation: Factory

11b. Kind of business or industry in which work was done:

MOTHER

12. Full maiden name: Lizzie Mae ~~McLaughlin~~

13. Age at time of this birth: 24 years

14. Birthplace (City or place and State, or Country): South Carolina

15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy: 3

15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING: 3

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report: 9-2 1964

(Signed) [signature] M.D.

Name of Signer (Print or typewrite): Jacob B. Glenn

Address: Greenpoint Hospital

Given name added from a supplemental report ______ (Date of) ______ Borough Registrar.

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: Lizzie Mae Miles
Address: 855 Lafayette Ave. Apt.
City: Brooklyn Post Office Zone: 21 State: N.Y.

BUREAU OF RECORDS AND STATISTICS — DEPARTMENT OF HEALTH — THE CITY OF NEW YORK

**New typed substitute birth record of Paul Milton Miles filed October 26, 1964 that reflects the corrections made on November 16, 1964**

EXHIBIT
PENGAD 800-631-6989
Schwartz 4
7/8/15 AB

# Certificate of Birth

FILED 149436
64 OCT 20 AM 10 00

Certificate No. 156-64-337372

1. Full name of child (PRINT): Paul (First name) Milton (Middle name) Miles (Last name)

2. Sex: Male

3. Number of children born of this pregnancy: 1

4. If more than one, number of this child in order of birth:

5. Date of child's birth: [redacted] - 64 (Month) (Day) (Year)

5a. Hour: 1:30 A.M.

6. PLACE OF BIRTH
(a) NEW YORK CITY: (b) Borough Brooklyn
(c) Name of Hospital or Institution
(d) If not in hospital, street address No. 855 Lafayette Ave

7. USUAL RESIDENCE OF MOTHER:
(a) State New York
(b) Co. Kings (c) City or Town Brooklyn
(d) No. 855 Lafayette Ave

FATHER

8. Full name: Robert Miles, Jr.

9. Age at time of this birth: 26 years

10. Birthplace (City or place and State, or Country): South Carolina

11a. Usual Occupation: Factory

11b. Kind of business or industry in which work was done:

MOTHER

12. Full maiden name: Lizzie Mae Page

13. Age at time of this birth: 24 years

14. Birthplace (City or place and State, or Country): South Carolina

15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy: 3

15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING: 3

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report ______ 19__

(Signed) Jacob B. Glenn M.D.
Name of Signer: Jacob B. Glenn, M.D. (Print or typewrite)
Address: Greenpoint Hospital

Given name added from a supplemental report ______ (Date of)
Borough Registrar.

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: Lizzie Mae Miles
Address: 855 Lafayette Ave. Apt.
City: Brooklyn Post Office Zone: 21 State: New York

BUREAU OF RECORDS AND STATISTICS DEPARTMENT OF HEALTH THE CITY OF NEW YORK

2nd correction of birth record of Paul Milton Miles filed on February 1, 1990 reflecting the following:

1. Court order that changed the name of Paul Milton Miles to Junior Mohammed Ricketts, effective August 19, 1984
2. Application submitted to the Bureau of Vital Records on December 5, 1989 to change the name on the record
3. Application for name change approved by the Bureau of Vital Records on January 26, 1990
4. Application for name change filed by the Bureau of Vital Records on February 1, 1990

PENGAD 800-631-6989
EXHIBIT
Schwartz
5
7/8/15 AB

The City of New York
DEPARTMENT OF HEALTH
Bureau of Vital Records

Borough of Brooklyn

Application to correct record of BIRTH of

(Name)

(Date of Birth)

(Certificate Number) (Year)

List of alterations requested:

The City of New York
DEPARTMENT OF HEALTH
Bureau of Vital Records

This is to certify that I have examined the original record which this application seeks to correct.

I have also examined the documents submitted and I find sufficient evidence to support this application. There are no omissions or apparent errors in the original record that have not been covered. This application is, therefore, approved.*

The evidence submitted with this case does not fully meet the requirements set forth in the New York City Health Code: the application is therefore forwarded to the City Registrar for consideration with recommendation that it be:

(Approved) ~~(Denied)~~

1-26-90
(Date)

Peter Molomo
Deputy City Registrar

*Cross out paragraph which does not apply

Approved:

(Date)

City Registrar

DEC 7 1989

THE CITY OF NEW YORK
DEPARTMENT OF HEALTH
BUREAU OF VITAL RECORDS

1635

## APPLICATION FOR THE CORRECTION OF A CERTIFICATE OF BIRTH

State of NEW YORK
County of BROOKLYN } ss.:

(1) JUNIOR M RICKETTS
(Name of Mother and Father, if living (See note below) or Guardian or Self)

being duly sworn, depose .... and say .... that ~~they are respectively~~* ....he is* 25 years of age and reside ..... at No. 375 PINE ST (Street) BROOKLYN NY 112 (Borough, or City and State)

and that ~~they are~~* ....he is* the ............ (Father)(Mother)(Guardian) of SELF (Name of Child or Self)

born at LAFIETTE (Hospital, or if at Home, Number and Street) in the Borough of BROOKLYN

City of New York, on [redacted] -64, 1964, whose birth certificate, Number 156-64-33
on file in the Bureau of Vital Records of the Department of Health, applicant ....desire .... to correct.

(2) Applicant ....further say ....that the said certificate of birth contains the following errors (and/or) omissions and that the indicated information relative to each item is correct:

| ITEM IN ERROR | AS IT APPEARS | AS IT SHOULD BE |
|---|---|---|
| NAME | PAUL M MILES | JUNIOR M RICKETTS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(3) Documentary evidence, submitted herewith in support of this application, include ORIGINAL OR CERTIFIED DOCUMENT EVIDENCE REQUIRED DOCUMENTS WILL BE RETURNED TO YOU ONLY IF SUBMITTED WITH A ...

(4) Applicant ...submit ...a certified photostatic copy of the original record of birth obtained from the Department of Health and further state ....that this application covers all errors therein and supplies all the information missing therefrom.

Wherefore, the applicant ....request ....the Commissioner of Health of the City of New York to approve this application and to make the appropriate changes, as aforesaid, on the original certificate of birth.

*Any alteration made in the application must be initialed by the Notary Public or Commissioner of Deeds.*

*When the application and affidavit is signed outside the United States or its dependencies they must be signed before the United States Consul or his representative and must bear the seal of the Consul.*

SUBSCRIBED AND SWORN TO BEFORE ME:

| DATE | NOTARY PUBLIC OR COMMISSIONER OF DEEDS | (SEAL OR STAMP) | FATHER'S SIGNATURE |
|---|---|---|---|
| DATE | NOTARY PUBLIC OR COMMISSIONER OF DEEDS | (SEAL OR STAMP) | MOTHER'S SIGNATURE |
| 12/05/89 DATE | [signature] NOTARY PUBLIC OR COMMISSIONER OF DEEDS | MIGUEL A. FELICIANO Notary Public, State of New York No. 24-4509541 Qualified in Kings County Commission Expires ... (SEAL OR STAMP) | [signature] SELF/GUARDIAN |

*Cross out one.

NOTE: If both parents are dead, the individual concerned, if of age, may make this affidavit. Then his own name will appear on the first line. ... and the printed wording may be changed ...

VR-59 (Rev. 9/87)

16359

MYRNA M. MARTINEZ

RE: HR4435249-1

At a Special Term, Part II of the Civil Court of the City of New York, at the courthouse, 141 Livingston Street, this day of June, 1984

JUL 10 1984

PRESENT:

HONORABLE: CARMELO J. TAVORMINA
Judge

1984

338

---X

In the Matter of the Application of

PAUL MILTON MILES

For Leave to Change His Name to

JUNIOR MOHAMMED RICKETTS

ORDER

---X

Upon reading and filing the petition of PAUL MILTON MILES, verified the 7th day of June, 1984, praying for a change of name of the petitioner, and it being requested that PAUL MILTON MILES, be permitted to assume the name of JUNIOR MOHAMMED RICKETTS in the place and stead of his present name, and the court being satisfied that the petition is true and it appearing from the petition and the court being stisfied that there is no reasonable objection to the change of name proposed;

Now, on the motion of MYRNA M. MARTINEZ, attorney for the petitioner, it is ordered that

1. PAUL MILTON MILES born on the 31st day of August, 1964 in Brooklyn, New York, with birth certificate number 156-64-337372, issued by the New York City Department of Health,

OUMH

16359

Bureau of Records and Statistics, is hereby authorized to assume the name of JUNIOR MOHAMMED RICKETTS in the place and stead of PAUL MILTON MILES upon complying with the provisions of Article 6 of the Civil Rights Law and of this order.

2. The order shall be entered and the petition upon which it was granted be filed within ten (10) days from the date hereof in the office of the Clerk of the Civil Court of the Civil Court, Kings County.

3. At least once within twenty (20) days after entry of this order, a notice shall be published in Canarsie Courier ______________, a newspaper published in the New York City, in substantially the following form:

Notice is hereby given that an order entered by the Civil Court, Kings County, on the JUL 10 1984 day of , 1984, bearing Index Number 4338, a copy of which may be examined at the office of the Clerk, located at 141 Livingston Street, New York, New York, in room number 304 grants the right effective on the 19TH day of AUG., 1984, to assume the name of JUNIOR MOHAMMED RICKETTS. My present address is 2431 Dean Street, Brooklyn, New York; the date of my birth is August 31, 1964; the place of my birth is Brooklyn, New York; my present name is PAUL MILTON MILES,

4. Within forty (40) days of the making of this order, proof of such publication by affidavit shall be filed with the clerk of the Civil Court of the County of Kings.

CHANGES APPROVED BY COMM'R OF HEALTH P. [illegible] Deputy City Registrar
FEB 1 1990

Y016359

# Certificate of Birth

CH/Name Change by Court Order 3/14/94

FILED 149436
'64 OCT 26 AM 10:00

Certificate No. 156-64-337372

1. Full name of child (PRINT): First name: ~~Pearl~~ JUNIOR — Middle name: ~~Milton~~ MOHAMMED — Last name: ~~Miles~~ RICKETTS

| | | |
|---|---|---|
| 2. Sex: Male | 3. Number of children born of this pregnancy: 1<br>4. If more than one, number of this child in order of birth | 5. Date of child's birth (Month) (Day) (Year): [redacted] - 64 — 5a. Hour: 1:30 A.M. |
| 6. PLACE OF BIRTH (a) NEW YORK CITY: (b) Borough: Brooklyn<br>(c) Name of Hospital or Institution:<br>(d) If not in hospital, street address No.: 855 Lafayette Ave | | 7. USUAL RESIDENCE OF MOTHER: (a) State: New York<br>(b) Co.: Kings (c) City or Town: Brooklyn<br>(d) No.: 855 Lafayette Ave |
| FATHER 8. Full name: Robert Miles, Jr. | | MOTHER 12. Full maiden name: Lizzie Mae Page |
| 9. Age at time of this birth: 26 years | | 13. Age at time of this birth: 24 years |
| 10. Birthplace (City or place and State, or Country): South Carolina | | 14. Birthplace (City or place and State, or Country): South Carolina |
| 11a. Usual Occupation: Factory | | 15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy: 3 |
| 11b. Kind of business or industry in which work was done | | 15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING: 3 |

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report ______ 19__

(Signed) Jacob B. Glenn M.D.

Name of Signer: Jacob B. Glenn, M.D. (Print or typewrite)

Address: Greenpoint Hospital

Given name added from a supplemental report ______ (Date of)
______ Borough Registrar.

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: Lizzie Mae Miles
Address: 855 Lafayette Ave. Apt.
City: Brooklyn Post Office Zone: 21 State: New York

BUREAU OF RECORDS AND STATISTICS — DEPARTMENT OF HEALTH — THE CITY OF NEW YORK

VR [illegible] (Rev. [illegible]) [illegible]

CERTIFICATE NO. [illegible]

# THE CITY OF NEW YORK

DEPARTMENT OF HEALTH

BUREAU OF VITAL RECORDS

## CERTIFICATION OF BIRTH

This is a certification of name and birth record on file in the Bureau of Vital Records, Department of Health, City of New York.

DATE OF BIRTH [redacted] [illegible] CERTIFICATE NO. [illegible]

BOROUGH BROOKLYN DATE FILED [illegible] DATE ISSUED [illegible]

NAME PAUL MILTON [illegible]

SEX MALE

MOTHER'S MAIDEN NAME LIZZIE MAE [illegible]

FATHER'S NAME ROBERT MILES [illegible]

[signature]

CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this transcript is prohibited by Section [illegible] of the New York City Health Code.

EXHIBIT
PENGAD 800-631-6989
Schwartz 6
7/8/15 AB

# Office of Vital Records

## Corrections & Amendments Unit

# Processing Manual

May 2, 2014

EXHIBIT
Schwartz
7
7/8/15 AB
PENGAD 800-631-6989

# TABLE OF CONTENTS


| SECTIONS | PAGE |
|---|---|
| General Guidelines for Examining | 3 |
| Birth Corrections Workflow | 4 |
| Mailroom and Window | |
| • Work Queue Assignment | 5-21 |
| Examining Birth Applications | |
| • Reviewing the Application and Documentation | 22-23 |
| Hospital Errors and Adding the First and Middle Names | 23-25 |
| Parent's Errors | |
| • Related Birth Application Issues | 25 |
| • Reversing Double Surnames | 25 |
| • Misspelling vs. New Name | 25-26 |
| • Changing Family Name After Marriage | 26 |
| • Correcting Mother's Maiden Name | 26 |
| • Adding Parent's Middle Name | 26 |
| • Identification | 27 |
| Birth Straights pre-2008 | 28-34 |
| Birth Straights 2008-2010 | 35-37 |
| Birth Straights 2011-present | 38-40 |
| Adding Father's Name | |
| • Voluntary Acknowledgment of Paternity | 41-46 |
| • Notification of Order of Filiation Amendment | 47-49 |
| Order of Adoption Amendment | 50-53 |
| Death Amendments | 54-58 |
| Transgender Amendments | 59 |
| Processing Pending/Rejected Amendments | 60-64 |

**General Guidelines for Examining Corrections Applications**

1. Evaluate the situation by considering the following:
   1.1 The "child's" age
   1.2 The parent's marital status

2. Review the requested changes.

3. Determine the type(s) of documentation required.

4. Evaluate the submitted documentation:
   4.1 Is the documentation acceptable?
      a. Is it original or certified?
      b. Does it satisfy the requirement?
   4.2 If the documentation is not acceptable;
      a. What's lacking?
      b. What information is missing?

5. Check Identification for validity.

6. Check the overall completeness of the application.

**Corrections Unit post-mainframe migration**
**November 29, 2011**
*Added cashiering to workflows*

**Birth Corrections Workflow**

1) Mailroom OR Window
    a. **If there is no $40 fee payment** - Amendment Keyer locates the record in EVERS and starts new amend based on application
    **If there is a $40 fee payment or fee is waived –** Amendment Keyer starts a new order, prints receipt, and starts new amend from order (If a rejected application is resubmitted, give to the lead examiner after starting new order).
    b. Go to Processing History Page and select Action = Mailroom Complete
    c. Record is now in Pending Examination status

2) Lead Examiner opens Pending Exam Q and Pending/Rejected Q & assigns to Work Queues for examining work
    a. Birth Straights pre-2008 (date of birth is before 2008)
    b. Birth Straights 2008-2010
    c. Birth Straights 2011-present
    d. Paternities and Filiations
    e. Adoptions

3) Examiner works off their assigned queue to complete amendments; and Approves Examination or Rejects Amendment
    a. If examiner has the paperwork, but the record is not in the queue ⍰ notify lead examiner
    b. If examiner has a record in the queue without corresponding paperwork ⍰ notify lead examiner
    c. If examiner sees a long scrolling screen for delayed birth ⍰ remove case from queue and notify the Unit Director or Deputy Director of amendment

4) Approver/DCR works off Pending Approval queue; reviews amendment; and Approves Amendment or Rejects Amendment

**Mailroom and Window**

**Processing for birth straights, adoptions, paternities, and filiations WITH payment or WAIVED payment (waived birth certificate not required) should start with creating an order**

**Processing for birth straights, adoptions, paternities, and filiations WITHOUT required payment should start with creating an amendment**

***Forward applications for transgenders, delays, and amendments to delays to the Unit's Deputy Director and death correction applications to Death Amendments DCR. They will process their own orders.**

**Starting the workflow with an order for a new amendment:**

1) Log into EVERS under Sub Office: **Corrections**




2) Select Order Processing ⍰ New




3) Enter information on each page, starting with the **Applicant** page, select **Save** and then **Next**. If the shipping information is not the same as applicant name and address, then uncheck the checkbox at bottom of Applicant page and complete information.




4) The next page is **Match Events.** First select the Event Type as Birth, then select the Applicant Relationship, if "Other", you **must** specify.




5) Then enter the rest of the search information and select **Search**.
6) Scroll down to view search result. Use the preview link to identify and confirm the record then select. Click **Save Match** at the bottom left and select **Next** in the upper right.




7) After selecting **Next,** the **Services** page displays. Select the Source as Mail or Walk In.



8) **For Credit Card or EFT payments check here. For non EFT payments** (checks, money order, waived fees) **leave unchecked.**




9) Then select the **Add Service** link to select the Service (Birth Correction $40 Fee), Quantity, Priority, and Delivery. Then select Save.




10) Select Add Service again to add **Birth – Long Form** or **Birth Corr Exchange – Vault Copy** service to the order if necessary.

11) Select **Save** and then **Next** to go to the **Payments** page. Select the method of payment from the dropdown and then click **Add Payment**.

**Non-EFT payment options**




*Select Waive as the method of payment if there is no $40 fee required for the correction. You will then need to select a Waive Reason, the Amount, and click Save.*

**EFT payment options**




**For Credit Card or EFT (Business Checking or Personal Checking Account) payments, an address is required. For EFT, phone number is also required. These items are on the Applicant page.**
If the payment is Credit Card, the below screen displays. Enter Card #, Exp. Date, CVC #, and click **Authorize**. Then click **Next.**



If the payment is EFT (Business Check or Personal Checking Account), you must enter the Bank Number, Account Number, Check Number, and click **Authorize**. Then Click **Next**.

You are now on the **Order Summary** page. Select the **Process Order** button and then **Validate Order**.



*If the order includes a birth vault copy, you will see an order processing rule fire to **Send To Records Management Unit**. That is to be expected, but let your supervisor know about any other rules that fire upon validating the order like the ones listed below.*

New Order | Copy to New | Validate Order | Void | Issuance History | Previous | Return

Validation Results | Save Overrides | Hide

| Error Message | Event Id | Service Id | Override |
|---|---|---|---|
| OP0004: Correction has not been approved. New certificate cannot be issued until correction is complete. Refer to Amendments Clerk | 1 | | |
| OP0045: Send to Records Management Unit. | 1 | 2 | |
| OP0085: Incomplete amendment associated with this record. | 1 | | |

12) Select the **Receipt** link to print the receipt, and then click on the **Amend** link to start the Amendment.




13) After selecting the Amend link, you will be taken to the birth record's Amendment List. Select **New Amendment**.




15) Select **the Amendment Type** from the Type dropdown (Adoption, Birth Straight, Filiation, Paternity)

16) Enter a **Description** for the amendment requested

17) Select **the Documentation Type** from the Documentation Type dropdown

18) Enter $40 under **Other Document Type** if there is a $40 fee attached

19) Select Save button

20) Select Processing History under Amendments Menu on the left
21) Select **Mailroom Complete** from the Action dropdown
22) Select Save button




23) The amendment is now in Pending Examination status
*The examiner will reject the amendment if required payment was not sent.*



24) Select Main Home tab on the top left of screen or continue to select Return on bottom right to go back to the Home Page

**Starting the workflow with an order for an amendment that was previously rejected for no payment**

1) Review the application to determine an amendment was previously rejected and payment is now submitted.

2) Complete all steps to create an order

3) After printing the receipt on the Order Summary page, highlight the order number in the top right of status bar.
Then use CTRL+C to copy the number.




4) Select the **Amend** link to enter the record's amendment list and select the Amendment ID of the rejected amendment.



**5)** Paste the order number into the Order Number field using CTRL+V. Then select Save.




**6)** Give the paperwork to the Lead Examiner

**Starting the workflow with an amendment**

7) Search for record using Life Events ⍰ Birth
   a. If you receive "**Improper User Setup**" message upon selecting case, it is a Delayed Birth. Give this application to the Unit's Director or Deputy Director.




   b. Give applications for **Delays and Transgenders** to the Unit's Director or Deputy Director.

8) Select Amendment List

9) *If the application was previously rejected, and you see an amendment in the Pending/Rejected status, give paperwork to Lead Examiner. If the amendment was cancelled, it must be keyed- in before forwarding to Lead Examiner*




10) For new applications, Select **New Amendment** button



11) Select **the Amendment Type** from the Type dropdown (Adoption, Birth Straight, Filiation, Paternity)
12) Enter a **Description** for the amendment requested
13) Select **the Documentation Type** from the Documentation Type dropdown
14) Enter $40 under **Other Document Type** if there is a $40 fee attached
15) Select Save button




16) Select Processing History under Amendments Menu on the left
17) Select **Mailroom Complete** from the Action dropdown
18) Select Save button



19) The amendment is now in Pending Examination status




20) Select **Main ⍰Home** tab on the top left of screen or continue to select **Return** on bottom right to go back to the Results page.



## Lead Examiner

1) Click on **Queues** at the top of the screen, and then **Amendment Work Queues**. Select **Pending Examination** from Queue drop down and then click **Search**




2) Based on **Amendment Type** and **Date of Event (for birth straights)**, assign each amendment to a queue. *Use the Filter to filter queue by Amendment Type to assign amendments more quickly.*

Check the boxes next to the Amendment Number you want to Assign, and then click on **Assign to Another Queue**







Select one of the queues in the popup box (**Adoptions, Birth Straights pre-2008, Birth Straights 2008-2010, Birth Straights 2011-present, Paternities and Filiations**) and then click **Assign**.

3) After you assign an amendment to another queue, you need to select **Return** to exit that queue and return to the Home Page.

Click on Queue drop down to go back to the Pending Examination queue or Main ⍰ Home for the Home page



## PROCESSING PREVIOUSLY REJECTED AMENDMENTS

*The Mailroom will forward to the Lead Examiner*

1. Locate record by going to Queues Amendment Work Queue Summary and select Amendment Pending/Rejected queue.

Filter by Amendment Type in order to easily locate the rejected amendment. Select the record and click on **Assign To Another Queue**







Select one of the queues in the popup box (**Adoptions, Birth Straights pre-2008, Birth Straights 2008-2010, Birth Straights 2011-present, Paternities and Filiations**) and then click **Assign.**

## POSSIBLE EXAMINER ISSUES

- If an examiner determines that the mailroom selected the incorrect amendment type (e.g. examiner has the paperwork, but doesn't have the record in their queue) –
  - Enter the amendment
  - Select Processing History link under Amendments Menu
  - Select **Reject Amendment**
  - Notify Mailroom to start a new amendment with the correct type
- If an examiner within a case sees a long scrolling screen for delayed birth - > remove case from queue and notify the Unit Director or Deputy Director of the amendment.

**Examining Birth Corrections Application (Straight Births)**

Straight Birth Corrections are defined as corrections to the spelling of the first and/or middle name(s), parents' information, sex, date or time of birth, and adding the first and/or middle name(s). Straight birth corrections are requested using form VR172; Application for the Correction of a Birth Certificate.

I. Reviewing the Application:

1. Ensure that the following are not omitted:
    a. Parent(s)' signature if the child is under 18 years old (signature of each parent if both names appear on the certificate).
    b. If over 18 years old, the signature of the person named on the certificate.
    c. Birth date
    d. Full name as it appears on the birth certificate.
    e. Completion of section 3 where applicant must indicate the desired change.
    f. Applicant's name and address.

2. Compare the items for which a correction is requested (section 2):
    a. White-outs and cross outs in the "what should it say on the birth record?" (Section 3) column are not allowed.

II. Reviewing the supporting documentation:

1. When correcting hospital errors, the hospital letter must state that the hospital made the error. It should also include the child's name, date of birth, sex and the parent's names. In lieu of a hospital letter, the hospital may use the Office of Vital Records referral form. The form must have the hospital's stamp or seal.

2. School admission letters must show the date of admission, child's name, date of birth and parent(s)' name(s). Only original letters bearing the school's stamp or seal containing the required information may also be submitted.

3. Insurance policies must be issued to the person named on the birth record, and for whom the changes are made. The policy must also have been issued before the age of seven or be at least 10 years old.

4. Except in the case of hospital errors supported by documentation from the hospital itself, all supporting documentation for adding or correcting the first and/or middle name of a child, must be established prior to the age 7 or be at least 10 years old. It must also include the child's name, listed date of birth, and parent's name(s).

5. All supporting documents to correct a child's last name must be established prior to the birth of the child.

6. Most corrections require documentation. Original documentation on letterhead or certified copies plus one photocopy of each document must be submitted, or the correction cannot be processed. Certified copies are paper issued by a government office and they have a raised seal, like birth certificates or marriage certificates. Usually, a fee is required to get one from the issuing office or agency. **Notarized copies or photocopies are unacceptable**. A self-addressed, stamped envelope should be sent with the application to speed the return of original and certified documents.

7. **DOCUMENTATION NOT IN ENGLISH** – If documents are in a foreign language, they must be sent with an English translation. Translations can be prepared by the issuing agency or its representative here in the United States. For example, a French marriage certificate could be accompanied by a translation into English issued by the government of France. Translations can often be obtained at the Consulates or Embassies. We will also accept translations from established services.

8. If both parents' names appear on the certificate, both must sign and present photo-ID if the child is under 18 years of age. Corrections for persons over 18 require that person's signature and photo-ID.

**III. <u>Correcting "Hospital Errors" commonly called 12 months substitutions and "Adding the First and Middle Name" for children 12 months of age and younger.</u>**

1) To correct a hospital error or to add the first and middle names for a child 12 months of age or younger at the hospital of birth - Documentation is NOT required.

   a. Parents must complete the "Application for the Correction of a Birth Certificate" (VR172).
   b. Parents must submit the completed application and the Newborn Certificate containing the error or omission to the hospital of birth.
   c. Hospital must submit an electronic amendment and fax the application to the designated fax number, before the record can be corrected.
   d. The hospital must forward the initially issued Newborn Certificate to the Health Department for replacement.
   e. The Health Department will issue a replacement (exchanged) birth certificate free of charge when the Newborn Certificate is returned by the hospital. *Newborn Birth Certificates are valid for exchange up to 1 year after birth.*

If **only the middle name** is being added and it's not a hospital error, the amendment is handled at the Health Department and documentation is required. The amendment must be made as a birth straight correction.

2) To correct a hospital error for a child 12 months of age or younger at the Department of Health – Documentation is required *(This applies if a previous correction was completed and the hospital no longer has access to the case in EVERS).*

   a. Parents must complete the "Application for the Correction of a Birth Certificate" (VR172) and submit valid photo identification such as a driver's license.

   b. If the case is rejected, obtain from the hospital of birth a letter on the hospital's stationery which contains the following:
      1. A statement that the hospital made an error
      2. The child's full name
      3. The child's date of birth
      4. The parent's name(s)
      5. The incorrect information
      6. The correct information

   c. Parents must submit the completed application, the original hospital letter, and the Newborn Certificate to the Health Department.

   d. The Health Department will issue an AMENDED Newborn Certificate free of charge when the Newborn Certificate is retuned

   e. If the parents have lost the newborn certificate, they must purchase a new certificate.

**3)** To simultaneously add the first and middle names for a child 12 months of age or younger at the Department of Health – No documentation required.

   a. Parents must complete the "Application for the Correction of a Birth Certificate" (VR172).

b. To add the first name and middle names, no additional documentation is required.

c. Parents must submit the completed application and the Newborn Certificate to the Health Department.

d. The Health Department will issue an AMENDED Newborn Certificate free of charge when the Newborn Certificate is returned

e. If the parents have lost the newborn certificate, they must purchase a new certificate.

**IV. Correcting "Hospital Errors" on the certificate of a child over 12 months of age.**
**These corrections can only be made by the Health Department. The following steps must be taken:**

1. Parents must complete the "Application for the Correction of a Birth Certificate" (VR172).

2. Parents must have a Vital Records referral letter completed by the hospital or obtain from the hospital of birth, and submit to the Health Department, a letter which contains the following:
   a. A statement that the hospital made an error
   b. The child's full name
   c. The child's date of birth
   d. The parent's name(s)
   e. The incorrect information
   f. The correct information

**V. "Adding the First and Middle Names" of a child over 12 months of age and Correcting "Parents' Errors" for a child regardless of age. - These corrections can only be made by the Health Department.**
**Below are lists of acceptable documentation by type of correction.**

A. Adding the First and/or Middle names of a child over 12 months of age.
One of the following items of original documentation is required:
1. Immunization Record
2. Physician's Letter on Letterhead
3. School Admission letter (including date of admission on letterhead bearing stamp or seal)
4. Religious record with seal or stamp
5. Child's life insurance policy
6. First census record taken after birth (Federal or State)

B. Correcting the First and/or Middle name of a child over 12 months of age.
One of the following items of original documentation is required:
1. Immunization Record
2. Physician's Letter on Letterhead
3. School Admission letter (including date of admission on letterhead bearing stamp or seal)
4. Religious record with seal or stamp
5. Child's life insurance policy
6. First census record taken after birth (Federal or State)
7. Letter from hospital of birth

C. Correcting the spelling of a child's last name
One of the following items of original documentation is required:
1. Birth record of mother or father (depending upon whose last name the child has).
2. Marriage record of parents
3. An older child's (sibling's) birth record

4. Parent's passport
5. Parent's naturalization certificate

All documents must have been established prior to the child's birth. The spelling of the corrected last name will be the same as indicated on the supporting documentation.

D. Correcting the child's date of birth or sex
1. Letter from hospital of birth stating the correct date of birth or sex
The letter must also include the child's name, date of birth, and the parents' names.

E. Correcting the spelling of parent's information such as the parent's name or date of birth.
One of the following items of original documentation is required:
1. Parent's birth certificate
2. Older child's birth certificate (To correct the parent's date of birth it must be shown in full on the certificate)
3. Parent's marriage license (only for correcting spelling of the last name). This will only be accepted if the parents were married prior to the child's birth.

Each item corrected must have corresponding supporting documentation. All documents must have been established prior to the birth of the child.

F. Making a legal name change, correcting errors without documentation, and removing information.
A certified court order that includes the following:
a. Name on certificate
b. Date of birth
c. Place of birth
d. New information to appear on certificate

If a customer does NOT have the required documentation listed in the application form's boxes 1-3, then they will need to get a court order. Removals of information and name changes always require a court order (unless the hospital has made a mistake, see A above). For example, if a mother gave her child's first name as Jeanette when she first completed the birth certificate and now wishes to change it to June, this is a removal and replacement. If it is not a hospital error, a court order is necessary.

## VI. Related Issues

1. Reversing double surnames
   a. **Children 12 months of age and younger:**
   Switching of double surnames on birth certificates of children 12 months of age and younger requires a court order.
   
   **Example:** Smith – Jones
   to
   Jones - Smith

2. Misspelling vs. New Name
   There has been a lot of discussion regarding the correction of a child's name, particularly the first name. It can be difficult to determine whether a court order is needed. While it is true that we can't remove one name to add another, we can exercise some flexibility when typos make a name appear "different".

The following examples are offered to add some clarity to a troublesome topic. Please use these examples as a guideline.

**To Court or Not to Court**

| Name to be Corrected | Correction Requested | Reject to Court |
|---|---|---|
| Marie | Maria | No |
| Christine | Christina | No |
| Sandra | Sindra | No |
| Roberto | Robert | No |
| Marietta | Mary | Yes |
| Joan | Jeanette | Yes |
| Jean | Jeanette | Yes |

Please remember that even seemingly minor corrections also require documentation. We must insist on original or certified documentation established prior to age seven and identification that shows the continuous use of the name.

3. For children whose parents were married subsequent to their births and whose father's surnames are not on their certificates, an Acknowledgment of Paternity should be completed. Upon filing, a new certificate will be made bearing the father's last name if so requested.

4. Married but certificate does not have the father's name
An application to correct a birth certificate can be used in cases where the hospital has not placed the father's name on a child's certificate because the mother doesn't have proof of marriage at the time of the child's birth.

5. **Correcting a married mother's maiden name**
Sometimes due to misunderstanding or language barriers, item #6a of the birth certificate that requires the mother's maiden name, will be inadvertently completed with the mother's married name.

   In cases where the parents are married and the above error has been made, the following documentation is sufficient to correct the mother's maiden name:
   a. The parents' marriage certificate showing the mother's married and maiden name **and**
   b. The mother's birth certificate.

6. **Court Orders**
Identifying information in court orders should be sufficient to identify with certainty the record to be corrected. The following information must always be present:
   a. The child's name
   b. The child's date and place of birth
   c. The parent's names (depending on where court order was originated)

   These requirements are specifically for straight birth corrections. There are additional requirements for other types of Court Order.

7. Adding a parent's middle name

   If the parent's name, as it appears on the child's birth certificate, has a middle initial, the parent's middle name can be added if it appears on the parent's birth certificate and it agrees with the initial. If there is no middle initial, a court order is required to add the middle name or middle initial. Only the middle name or middle initial on the parent's birth certificate may be used on the child's birth certificate. Parents requesting to add an initial in front of their first name, must also go to court even if the initial agrees with the first name on the parent's birth certificate.

8. Identification: Name on Birth Record & I.D. doesn't match:

A. Parent(s) correcting their child's birth certificate

| Child's Birth Record | Parent's Identification | Documentation | Comments |
|---|---|---|---|
| Religious version of parent's name | English version of parent's name | Parents B.C. | Parents' names & DOB on their own B.C.'s must match the parent's name(s) & DOB on the child's B.C. |
| English version of parent's name | Religious version of parent's name | Parent's B.C.<br>or<br>2 Utility bills or entitlement letter with English version of name(s) | If parent's B.C. has English version of name, parent's names & DOB on their own B.C.'s must match the parent's names & DOB on the child's B.C.<br><br>If parent's B.C. has religious version of name, a B.C. is not acceptable. |
| English version of parent's name | Foreign version of parent's name (i.e. Passport) | | While some parents have Identification issued with a translation, many are not.<br><br>If the parent's name is recognizable in its foreign form and the parents' DOB matches, we may accept it. Determine whether there is official I.D. Two bills or entitlement letters are acceptable. If not it's recommended that parent(s) get non-drivers I.D. |

B. Adults correcting their own B.C.

| Births Records | Identification | Documentation | Comments |
|---|---|---|---|
| English version of applicant's name | Religious version of applicant's name | Two bills or entitlement letters | Name on bills must match name on B.C. if alternative I.D. is not available. Make referral for non-drivers I.D. |
| English version of applicant's name<br>or<br>Religious version of applicant's name | Foreign version of applicant's name | Two bills or entitlement letters | If alternative I.D. is not available. Refer for non-drivers I.D. |

## Examiner and Approver

### Birth Straights Pre-2008

**Note:** Below are the only items that were migrated for legacy birth records

Child's Name
Child's DOB
Child's Sex
Mother/Parent's Maiden Name
Father/Parent's Name
Place of Birth Borough, City, County, State, Country

**Note:** Not all amendments uploaded from Fox Pro to EVERS. Compare EVERS record to the certificate on file for the migrated fields ONLY. DCR must update any mismatched information before the requested amendment is completed.

**Note:** Upon Amendment Approval for a birth straight to a pre-2008 birth, the strike through amendment must be done to the vault copy for issuance. **DO NOT ISSUE FROM EVERS.**

Examiner

1) Click on **Queues** at the top of screen, and then click on **Amendment Work Queue Summary**. Select Birth Straights pre-2008 queue.
2) Select an amendment to process by clicking the **Amendment Number** to access the amendment page or click on the Registrant (name) access the record, and then click **on Amendment List** to access the amendment that the mailroom started.




3) Compare EVERS to VRMS record
4) Create **Fox Pro (pre-2008 births) amendment** if necessary to update the migrated information (compare EVERS to VRMS for name of child, mother, father, DOB, time of birth, place of birth borough/city/county/state/country).
   a. *The Deputy City Registrar must approve the Fox Pro amendment before the Birth Straight.*

Select the Page to Amend from the drop down and enter the requested amendment.




**Note: Most items on legacy records are BLANK. Just enter the corrected item for tracking purpose.**

**Note**: If the items to amend include Date of Birth, Time of Birth, Sex, Place of Birth, if more than one # of this child in order of delivery, or Number delivered in this pregnancy –

Do a Fact of Birth amendment.
This amendment will seal the original record and create a new certificate (VR 11E).

5) Select **Save** button when you're done entering the corrections.



6) Select the **Processing History** link under Amendments Menu on the top left.
7) Select **Approve Examination** for DCR review in Pending Approval queue or **Reject Amendment** from the Action dropdown
8) Select **Save** button



Deputy City Registrar

1) Click on **Queues** at the top of the page, and then select **Amendment Work Queue**, and then **Pending Approval** from the Queue dropdown.
2) Filter by Amendment Type = Fox Pro Birth (pre-2008 births) and approve amendments for pre-2008 cases
3) Filter by Amendment Type = Birth Straight
4) Sort queue by Date of Event so that pre-2008 cases are at the top



Office of Vital Records - Corrections Welcome back pgdcr Logout

Main Order Processing Life Events Queues Accounting Reports Forms Help

The City of New York Department of Health and Mental Hygiene

Search by Amendment Work Queue

Queue: Pending Approval Search Type: Value:

Display 15 rows per page. Filter: Amendment Type Value: Birth Straight

Search Show All Rows Clear

| All | Amendment Number | Amendment Type | Date Received | Priority | Event Type | Registrant | File Number | Date of Event ↓ |
|---|---|---|---|---|---|---|---|---|
| | 20013 | Birth Straight | 08/16/2011 | | Birth | Denny, Janette | 1925102861 | 01/01/1925 |
| | 20372 | Birth Straight | 12/08/2011 | | Birth | Jennings, Kasey | 1962146950 | 10/10/1962 |
| | 20159 | Birth Straight | 09/19/2011 | | Birth | Dweck, Murray Eli | 2006216549 | 03/13/2006 |
| | 21330 | Birth Straight | 02/06/2013 | | Birth | Leake, Tommy | 2007000001 | 12/25/2007 |
| | 20430 | Birth Straight | 12/29/2011 | | Birth | Arbogast, Johanna | 2008000396 | 01/01/2008 |
| | 20350 | Birth Straight | 12/05/2011 | | Birth | Ahrens, Gisselle | 2008040007 | 05/01/2008 |
| | 20420 | Birth Straight | 12/22/2011 | | Birth | Aultman, Trystan Test | 2009000193 | 01/01/2009 |
| | 20191 | Birth Straight | 09/20/2011 | | Birth | Jones, Angela Crystal | 2011000042 | 01/01/2011 |
| | 20190 | Birth Straight | 09/20/2011 | | Birth | Brown, Bobbie Lee | 2011000064 | 01/01/2011 |
| | 20192 | Birth Straight | 11/01/2011 | | Birth | Brown, Barbara Elle | 2011000065 | 01/01/2011 |
| | 20326 | Birth Straight | 12/01/2011 | | Birth | Test, Tara | 2011000008 | 02/23/2011 |
| | 20085 | Birth Straight | 09/07/2011 | | Birth | Wright, Pat Ann | 2011000014 | 03/18/2011 |
| | 20108 | Birth Straight | 09/28/2011 | | Birth | Unknown, Unknown | 2011000017 | 03/21/2011 |
| | 20109 | Birth Straight | 09/12/2011 | | Birth | Queen, Susie Anne | 2011000022 | 03/28/2011 |
| | 20092 | Birth Straight | 09/08/2011 | | Birth | DeMayo, Cinco | 2011000028 | 05/21/2011 |

First 1 2 Last Total records : 18

Actions
Assign To Another Queue

Add
Comments
Correspondence

Print
Queue List
Queue Aging Report

5) Click on the Amendment Number to access the amendment or click on the Registrant name to enter the record and review amendment via Amendment List
6) If amendment is approved, forward paper vault copy with strike through correction to Records Management for VRMS upload.

**DO NOT ISSUE PRE-2008 CERTIFICATE WITH BIRTH STRAIGHT FROM EVERS.**

***Fact of Birth amendments to Pre-2008 births***

Examiner

If the birth straight results in a new certificate as required for Fact of Birth Amendments; change from Birth Straight to Fact of Birth Type in the drop down –




1) Change amendment Type = **Fact of Birth (pre-2008 births)**.
2) A long scrolling screen will display (like when you do a Paternity)
3) Enter all the items for the new birth certificate
4) Click Save at the bottom
5) Select Processing History under the Amendments Menu on the top left of the screen




7) Select **Mailroom Complete** from the Action dropdown to push amendment into the Pending Examination queue.
8) Select Save button
9) Stay on the same page and Select **Approve Examination** for DCR review in Pending Approval queue **or Reject Amendment** from the Action dropdown
10) Select **Save** button



Deputy City Registrar (DCR)

1) Select Pending Approval queue to open by clicking on Queues Amendment Work Queues
2) Filter by Amendment Type = Fact of Birth (pre-2008 births)
3) Select the Registrant's name to enter the record and review amendment
    a. *If you don't select Registrant's name, you will need to locate the case again after amendment's approved in order to print the new certificate.*
4) If amendment is approved, then print EVERS vault copy (VR 11E) for VRMS upload
    a. Click on **Approve Amendment** at the bottom of the page
    b. Select **Current Case** under Other Links on the left menu in order to **access the new record**
    c. Select **Print Forms** under Other Links to print the new vault copy
    d. **DCR needs to sign the certificate before forwarding to Records Management for VRMS upload.**

**Birth Straights 2008-2010**

**Note:** Below are the only items that were migrated for legacy birth records

Child's Name
Child's DOB
Child's Sex
Mother/Parent's Maiden Name
Father/Parent's Name
Place of Birth Borough, City, County, State, Country

**Note:** <u>If an adoption, paternity, filiation, or transgender was migrated from mainframe, fields will be missing from the record</u>. A Mainframe Migration (2008-2010 births) amendment must be done to add the missing information.

**Note:** <u>Not all amendments were migrated from Fox Pro</u>. Compare EVERS record to the certificate on file and do a Fox Pro (2008-2010 births) amendment to add old amendments.

***Start and process Mainframe Migration and Fox Pro amendments on these records BEFORE processing the birth straight started by the mailroom.***

*Stage 1. Pre-processing amendments*
<u>Examiner</u>

1) Select Birth Straights 2008-2010 queue to open under Queues ⍰ Amendment Work Queue Summary




| Queue Name | Type ↓ | Count | Age of Oldest in Days |
|---|---|---|---|
| Adoptions | Amendment | 3 | 434 |
| Amendment Pending/Rejected | Amendment | 234 | 1308 |
| Birth Straights 2008-2010 | Amendment | 36 | 547 |
| Birth Straights 2011-present | Amendment | 3 | 463 |
| Birth Straights pre-2008 | Amendment | 2 | 434 |
| OVS-QI Amendments | Amendment | 12 | 926 |
| Paternities and Filiations | Amendment | 3 | 462 |
| Pending Approval | Amendment | 108 | 1007 |
| Pending Examination | Amendment | 2 | 429 |

Total Queues : 9

2) **Print Queue List** to create Mainframe Migration and/or Fox Pro amendments for these records (if applicable)



Office of Vital Records - Corrections | Welcome back, pgelamin | Logout

Main | Order Processing | Life Events | Queues | Forms | Help

The City of New York Department of Health and Mental Hygiene

Search In Amendment Work Queue

Queue: Birth Straights 2008-2010 | Search Type: | Value:

Display 15 rows per page. | Filter:

Search | Show All Rows | Clear | Return

| All | Amendment Number | Amendment Type | Date Received | Priority | Event Type | Registrant | File Number | Date of Event |
|---|---|---|---|---|---|---|---|---|
| ☐ | 19349 | Birth Straight | 09/29/2010 | | Birth | Enoch, Angeline | 2010037700 | 04/29/2010 |
| ☐ | 19357 | Birth Straight | 10/05/2010 | | Birth | Allan, Abigayle | 2010039107 | 04/23/2010 |
| ☐ | 19391 | Birth Straight | 11/12/2010 | | Birth | Alejandro, Caylee | 2010027679 | 03/21/2010 |
| ☐ | 19409 | Birth Straight | 12/06/2010 | | Birth | Baer, Kenley | 2010037687 | 04/28/2010 |
| ☐ | 20007 | Birth Straight | 08/10/2011 | | Birth | Vanderhorst, Lowell Jordan | 2008071715 | 08/02/2008 |
| ☐ | 20063 | Birth Straight | 09/06/2011 | | Birth | Acuff, Destinee Daffodil | 2008042488 | 05/05/2008 |
| ☐ | 20064 | Birth Straight | 09/06/2011 | | Birth | Aguilar, Lorelai | 2009001367 | 01/07/2009 |
| ☐ | 20065 | Birth Straight | 09/06/2011 | | Birth | August, Cortez | 2009001064 | 01/06/2009 |
| ☐ | 20083 | Birth Straight | 09/07/2011 | | Birth | Woodcock, Isis | 2008000380 | 01/01/2008 |
| ☐ | 20095 | Birth Straight | 09/08/2011 | | Birth | Archer, Maximo | 2009001781 | 01/03/2009 |
| ☐ | 20164 | Birth Straight | 09/19/2011 | | Birth | Abney, Jane | 2008000146 | 01/02/2008 |
| ☐ | 20166 | Birth Straight | 09/19/2011 | | Birth | Alba, Arabelle | 2008001249 | 01/04/2008 |
| ☐ | 20167 | Birth Straight | 09/19/2011 | | Birth | Alessy, Hamza | 2008001684 | 01/04/2008 |
| ☐ | 20168 | Birth Straight | 09/19/2011 | | Birth | Chamberlin, Alexandra Jewell | 2008000079 | 01/01/2008 |
| ☐ | 20169 | Birth Straight | 09/19/2011 | | Birth | Badger, Mariela | 2009002615 | 01/06/2009 |

First 1 2 3 Last | Total records : 36

Actions: Assign To Another Queue, Remove From Queue | Add: Comments, Correspondence | Print: Queue List

3) Compare EVERS to VRMS record
4) Create Mainframe Migration amendment to add missing information (e.g. Time of Birth) OR Fox Pro amendment to add amendments (depending on EVERS-VRMS comparison)
   a. *Leave mailroom Birth Straight alone for now.*
   b. *Leave Attendant/Certifier page blank if already blank.*
5) Click Save at the bottom
6) Select Processing History under the Amendments Menu on the top left
7) Select **Mailroom Complete** from the Action dropdown to push amendment into the Pending Examination queue.
8) Select Save button
9) Stay on the same page and Select **Approve Examination** from the Action dropdown for DCR review in Pending Approval queue
10) Select Save button

<u>Deputy City Registrar</u>

1) Select Pending Approval queue to open under Queues, Amendment Work Queue
2) Filter by Amendment Type = Mainframe Migration (2008-2010 births)
3) Review and approve Amendment
4) Return to Pending Approval queue
5) Filter by Amendment Type = Fox Pro (2008-2010 births)
6) Review and approve Amendment and **Edit/Delete change history as necessary**
7) Let Examiner know that Birth Straight is ready to process now

*Stage 2. Birth Straight 2008-2010 amendments*
Examiner

1) Select Birth Straights 2008-2010 queue to open under Queues, Amendment Work Queues
2) Select an amendment to process by clicking the Amendment Number or the Registrant's name
   *Any Fox Pro amendments, to make the EVERS record look like the certificate on file, should already have been*
   *approved by now.*
3) Select the Page to Amend and enter the requested amendment.
4) Select Save button when you're done entering the corrections.
5) Select the Processing History link under Amendments Menu on the top left.
6) Select **Approve Examination** for DCR review in Pending Approval queue or **Reject Amendment** from the Action dropdown
7) Select Save button

Deputy City Registrar

1) Select Pending Approval queue to open under Queues, Amendment Work Queue
2) Filter by Amendment Type = Birth Straight
3) Sort queue by Date of Event
4) Click on the Amendment Number or Select the Registrant's name to enter the record and review amendment
5) If amendment is approved, then print EVERS vault copy for VRMS upload
6) **If vault copy is a VR-8S, VR-11E, or VR-13 –**
   a. **Enter the Corrected Certificate Approved for Filing date before sending to VRMS.**
   b. **DCR needs to sign the certificate before sending to VRMS.**

**Birth Straights 2011-present**

Examiner

1) Select Birth Straights 2011-present queue to open under Queues, Amendment Work Queue Summary




2) Select an amendment to process by clicking the Amendment Number or the Registrant's name



3) Enter the updated information by using the Page to Amend dropdown. Select save after each page is updated




4) When the amendment is complete, select **Processing History** in the **Amendments Menu**



9) Select **Approve Examination** for DCR review in Pending Approval queue or **Reject Amendment** from the Action dropdown
10) Select **Save** button




<u>Deputy City Registrar</u>

1) Select Pending Approval queue to open under Queues, Amendment Work Queues
2) Filter by Amendment Type = Birth Straight
3) Sort queue by Date of Event
4) Click on the Amendment Number to go to the amendment page or Select the Registrant's name to enter the record and review amendment via Amendment List
5) If amendment is approved, then print EVERS vault copy for VRMS upload
6) **If vault copy is a VR-8S, VR-11E, or VR-13 –**
    a. For births with DOB 2011-present, the Corrected Certificate Approved for Filing date should display. b. **DCR needs to sign the certificate before sending to VRMS.**

## Adding Father's Name

**Methods to add a father's name**
There are four ways to add a father's name to a birth certificate after it has been filed. The method chosen depends upon marital status and family situation.

**Methods for unmarried parents:**
1. Voluntary Acknowledgment of Paternity
2. Court Order of Filiation

**Methods for married parents:**
3. Corrections Application
4. Court Order of Adoption

The chart below indicates the methods that should be used to add a father's name to a child's certificate. The method selected is based on the mother's marital status.

| Determine Mother's Marital Status | What must be done to add a Father's Name |
|---|---|
| Not married during pregnancy, not married now. | Complete an **Acknowledgment of Paternity Form** (LDSS 4418 NYC 8/98), **OR** Go to **Family Court for a Filiation Order**. |
| Not married during pregnancy, now married to biological father. | Complete an **Acknowledgment of Paternity Form** (LDSS-4418), **OR** Go to **Family Court for a Filiation Order**. |
| Married* during pregnancy, wants to add **husband's** name | Complete the **Application for the Correction of a Birth Certificate (VR172).** |
| Married* during pregnancy, but not to biological father. | You cannot use a form.<br>Go to **Family Court** for a **Filiation Order.** |
| Married* after child's birth, but not to biological father and want to add husband's name. | You cannot use a form.<br>Go to **Family** or **Supreme Court** for an **Order of Adoption**. |

***IMPORTANT:** Common law marriage is not recognized in New York State. Persons who are separated are still considered married under the law.

**Examining a Voluntary Acknowledgment of Paternity (AOP)**

The purpose of filing an Acknowledgment of Paternity is to legally establish who the child's biological father is. The AP carries the same weight as establishing paternity in court.

A mother's marital status is the key which determines whether an AP can be filed. The mother must be unmarried at the time of the child's birth and throughout the pregnancy.

This is of legal important because in the State of New York, a woman's husband is her child's legally recognized father even if he is not the biological father. In such cases a Court Ordered Filiation would be required to add the name of the biological father and to remove the legal father's name.

There are **two opportunities to file** an Acknowledgment of Paternity (**AP**)
1. At the **Hospital of Birth**, at the time of the child's birth.
2. At the **Department of Health** (DOH), after discharge from the hospital of birth.

Filing Method
**Filing with Hospital of Births - Best Method:**
1. The following are reasons that make filing with the hospital of birth the best method.
   a. The father's name is a part of the original Newborn birth certificate.
   b. The physician's signature appears on the certificate.
   c. Copies of the AP are sent to the parents along with the Newborn birth certificate.
   d. There isn't a need to come to the DOH for a correction.

**Filing with the DOH:**
2. The following are points to consider when filing an AP after discharge from the hospital:
   a. The father's name is added to the birth certificate after the birth of the child.
   b. The child's last name may need to be changed to that of the father.
   c. Copies of the **AP** are sent to the parents 3 to 5 weeks after filing.
   d. A replacement certificate is placed on file with the DOH and is available for a free exchange within one year.

Please note that it is not necessary to file a corrections application with the AP form unless if the child's name is not already on the birth certificate or if both the child and mother's information are incorrect on the child's birth certificate.

II. <u>Reviewing the Acknowledgment of Paternity</u>

A. **The following sections must be completed:**
   1. Information about the child
      a. Child's full name exactly as it now appears on the child's birth certificate.
      b. The child's last name <u>only</u> as it will appear on the new birth certificate.
      c. Place of birth
      d. Date of birth
      e. Sex

   2. Acknowledgment by the father
      The father must print a - e:
      a. Father's full name
      b. Father's address
      c. Father's birth place
      d. Father's date of birth
      e. Father's Social Security
      f. Father's signature *

g. Signatures of two witnesses who are not related to either parent. *
One of the witnesses should fill in the section regarding the father, which precedes the witness' signatures.

3. Acknowledgment by the mother
The mother must print a - e:
a. Mother's full name
b. Mother's address
c. Mother's birth place
d. Mother's date of birth
e. Mother's Social Security
f. Mother's signature *
g. Signatures of two witnesses who are not related to either parent. *
One of the witnesses should fill in the section regarding the father, which precedes the witness' signatures.

* White-outs and cross-outs are not accepted for these items.

B. **Parent's mailing address**

Both mailing address boxes should be completed. If not, please complete using the address on the front of the application.

The mother should also include her day and evening telephone numbers above her mailing address box.

III. Related Issues

A. **Photo-identification**
Photo-identification for each parent is not required by law to file on AP.

Acknowledgments should not be rejected when mailed in or when brought in by customers who don't provide photo-identification.

B. **Filing AP's for certificates that already have the father's name.**

The procedure to voluntarily establish paternity outside the court began in 1994. A Court Ordered Filiation and the Voluntary Acknowledgment of Paternity not only place the father's name on a child's birth certificate, they also legally establish who the father is; they can be the basis to establish custody and visitation rights; and either can establish the child's right to inheritance from the father.

Prior to 1994 a father's name could also be added to the certificate of a child whose parents were not married by completing a corrections application.

Many parents decide to establish paternity even though the father's name may already appear on the certificate. It may have been added by the hospital or by a correction application. In such cases, the child's last name can be changed to that of the father. If father's name is already on the child's birth certificate, then a court order is required to change the child's last name.

In other cases the father's name may appear on the certificate at the time the AP is filed and no change in the child's last name will be requested. Even when no change is requested, the Acknowledgment of Paternity must be filed with the New York City Department of Health.

IV. Processing Paternity Acknowledgments

The following are the procedures for handling the Acknowledgment applications received by the Corrections Unit. These guidelines, when followed, will ensure that Paternity Acknowledgments move to each processing stage according to the work that must be done.

1. All Paternity Acknowledgments must be keyed in.
2. Applications should be batched by two categories; those to which the father's name is to be added and those that require no correcting.
3. All Paternity Acknowledgment must go to an examiner.

Examiners will forward Paternity Acknowledgments that are not rejected and that don't require a correction, directly to the baskets for Deputy City Registrar (DCR) approval.

1. If approved, DCRs will finish Paternity Acknowledgments. They will process, file, and seal them with "Z" stamp.
2. The DCRs will forward the Paternity Acknowledgments to the Records Management Unit for further processing and filing.

Paternity Acknowledgments for which the father's name must be added, follow the usual routing.

Summary for Routing Paternity Acknowledgments

| *Father's name already on certificate | Adding the Father's name to the certificate |
|---|---|
| 1. Key-in Amendment Type as Administrative<br>2. Examine<br>3. DCR for Approval<br>4. Records Management Unit for filing. | 1. Key-in<br>2. Examine and Approve or Reject<br>3. DCR for Approval/Rejection<br>4. Records Management Unit - where Paternity Acknowledgment is filed. |

* This is completed by a DCR only. To finalize an application the DCR's must key-in "99999" in the Description box.

**Paternities**

**Note: A birth straight that was requested at the same time can be applied after Paternity amendment approval.**

Examiner

1. Select Current Activities and then Paternities and Filiations queue.
2. Select an amendment to process by clicking the Amendment Number or Registrant's name.
3. Go to the amendment and **select the amendment that the Mailroom started.**
4. Complete Documentation section, if missing, and click Save at the bottom of the screen.




Exhibit D Under Protective Order 30B6Depo000061

5. A long scrolling screen displays after clicking Save with sections for Child, Father/Parent, Mother/Parent, Mother/Parent's Address, Newborn, Place of Birth, and Father/Parent information.

**Note:** Unlike adoptions, you will see the original information in the amendment. Update as necessary.

**When entering date of birth for Mother/Parent and Father/Parent, click the arrow to calculate age.**



**Make sure you also complete the Father/Parent's Information section at the bottom.**




6. Click Save at bottom of screen when finished.
7. Select Processing History in the Amendments Menu, and select Approve Examination or Reject Amendment from the Action dropdown. Then click Save.




<u>Deputy City Registrar</u>

1. Select Pending Approval queue to open in Current Activities
2. Filter by Amendment Type = Paternity
3. Select the Amendment Number or Registrant's name to enter the record and review amendment via
   a. *If you select Registrant's name, you can review the amendment via Amendment List.*
4. If the amendment is approved, click on Approve Amendment and then click **Current Case** under Other Links on the left menu in order to **access the new record** and print the **VR-11E vault copy**.

After clicking Current Case, you will be taken to the new Paternity record. **The original record is now sealed.** Click **Print Forms** under Other Links to print the new vault copy.

**Sign** the certificate before issuing and VRMS scanning. *You will need to enter an administrative birth amendment for any errors that weren't caught earlier.*

***Note: For any amendment following this amendment (e.g. a birth straight), a DCR must sign the certificate again upon amendment approval.***

**Examining Filiation Order**

I. The Purpose of Filiation Orders

Filiation Orders are issued by family court and used to add a father's name to a child's birth certificate and to establish paternity and inheritance rights. Orders are also used to remove a "father's" name and to add another. A father's name may even be removed when no father's name will be added. Orders for custody alone cannot be used to add the father's name.

Filiation orders may be typed, handwritten, or computerized by the court. All Filiation Orders must have a raised seal and are signed by clerk of the Court.

II. Getting Started:

1. Check EVERS and/or VRMS to determine whether the adjudged father's name is already listed on the certificate.
2. These forms are grouped in bundles of 20 and are forwarded to the designed supervisor who will apply the Completion code and a document number ("Z").
3. Certificate without the father's name are keyed in the usual manner.

III. Comparing the Filiation Order with the Birth Certificate

The following items must appear the same on both documents:

1. Certificate number
2. Child's Name
3. Date of Birth
4. Place of Birth
5. Hospital
6. Mother's name
7. Non-adjudged father's name (if present)

IV. Filiation Orders from other jurisdictions

Filiation Orders from other jurisdictions are honored. If critical information is missing the order is sent back to the court for amendment. When the new completed order is received both documents should be sealed together. All Filiation Orders must have a certified seal.

V. Rejected Filiation Orders

When required information is missing, orders are returned to the issuing court. If the court chooses to amend information, the new information must be marked by the court's raised seal. Additionally, order may come to us for the first time with corrections. This is acceptable as long as the amendment has the raised seal.

**Filiations**

Examiner

1. Select Paternities and Filiations queue to open in Current Activities
2. Select an amendment to process by clicking the Amendment Number or Registrant's name.
3. Go to the amendment and **select the amendment that the Mailroom started.**
4. Complete Documentation section, if missing, and click Save




3. A long scrolling screen displays after clicking Save with sections for Child, Father/Parent, Mother/Parent, Mother/Parent's Address, Newborn, Place of Birth, and Father/Parent information.

**Note:** Unlike adoptions, you will see the original information in the amendment. Update as necessary.

**When entering date of birth for Mother/Parent and Father/Parent, click the arrow to calculate age.**




**You can leave Are you entering Father/Parent's Information blank so that the vault copy shows "court ordered."**

5. Click Save at bottom of screen when finished.

6. Select Processing History in the Amendments Menu, and select Approve Examination or Reject Amendment from the Action dropdown. Then click Save.




<u>Deputy City Registrar</u>

1. Select Pending Approval queue to open under Current Activities
2. Filter by Amendment Type = Filiation
3. Select the Amendment Number or Registrant's name to enter the record and review amendment.
   *Note: If you select Registrant's name, you can review the amendment via Amendment List.*

If the amendment is approved, Select Approve Amendment, and then click **Current Case** under Other Links on the left menu in order to **access the new record** and print the **VR-11E vault copy**.

After clicking Current Case, you will be taken to the new Filiation record. **The original record is now sealed.**

Click **Print Forms** under Other Links to print the new vault copy. *You will need to enter an administrative birth amendment for any errors that weren't caught earlier.*

**Sign** the certificate before issuing and VRMS scanning.

***Note: For any amendment following this amendment (e.g. a birth straight), a DCR must sign the certificate again upon amendment approval.***

**Examining Order of Adoption**

There are three documents used by states to accomplish an Adoption:

- Report of Adoption
- Final Decree
- Notification of Order of Adoption
- Adoption Decree

I. Reviewing the Adoption Document:

1. Look for the following:

    a. Seal of the Court

    b. Alterations, such as white-outs, cross outs, etc. If the court corrects or adds a statement, the court must place its seal on the correction.

    2. If an order is issued from outside the U.S. and its territories, it must be referred to the Office of the General Counsel. Please forward all such cases to your supervisor. Do not process without an approval.

    3. Ensure that the following items are on the order:

        a. Child's original name
        b. Child's new name
        c. Date of birth
        d. Natural mother's name (some state this)
        e. Type of adoption (step, single, two parent, same sex)
        f. Place of birth
        g. Adoptive parent(s)' name
        h. Adoptive mother's maiden name
        i. Lawyer's address
        j. Mother's address at the time of adoption
        k. Birth certificate number

II. Comparing the Adoption Document to the Birth Certificate

1. Ensure that the following are the same on the adoption order and the new certificate.

    a. Child's original name
    b. Child's new name
    c. Child's date of birth
    d. Birth certificate number
    e. Natural mother's name (only some states have this item)

2. Ensure that the following are the same on the original and the amended certificate:

    a. Birth Certificate number
    b. Child's date of birth
    c. Time of birth
    d. Gender of child

III. Rejecting the Application

Orders that are missing pertinent information, specifically section I part 3.d –h above, should be rejected back to the applicant or to the applicant's lawyer for the required information. The order should be sent back to the lawyer for an amended order.

If you have any question or are unsure about an application, please see your supervisor.

Examiner

**1.** Select Adoptions queue to open under **Queues, Amendment Work Queue Summary**




2. Select an amendment to process by clicking the Registrant's name or the Amendment Number.
3. **A)** If you clicked on the Registrant's name - Go to Amendment List in the record and select the amendment that the Mailroom started. **B)** If you clicked on the amendment number you will automatically be taken to the Amendment Page.
4. Complete Documentation section, if missing, and click **Save**




5. A long scrolling screen displays with sections for Child, Mother/Parent, Mother/Parent's Address, Are you entering Father/Parent's Information, Father/Parent, and Place of Birth.

You will need to enter **all** information. Any blank items will appear as blank on the new certificate, even if they weren't amended. **You can leave Are you entering Father/Parent's Information blank if you don't know it**

6. For Place of Birth, you can use the magnifying glass icon if it's a medical facility.




7. Click **Save** at bottom of screen when finished.

8. Select Processing History in the Amendments Menu located at the top left hand corner. Select Approve Examination or Reject Amendment from the Action dropdown. Then click Save.






Deputy City Registrar

1. Select Pending Approval queue to open under Current Activities
2. Filter by Amendment Type = Adoption
3. Select the **Registrant's name or Amendment number** to enter the record and review amendment.
   *Note: If you select the Registrant's name you can review the amendment via the Amendment List*
4. If the amendment is approved click on **Approve Amendment**, and then click on **Current Case** under Other Links on the left menu in order to **access the new record** and print the **VR-8S vault copy**.




After clicking Current Case, you will be taken to the new Adoption record. **The original record is now sealed.**

Click **Print Forms** under Other Links to print the new vault copy. ***You will need to enter an administrative birth amendment for any errors that weren't caught earlier.***

**Sign** the certificate before issuing and VRMS scanning.

***Note: For any amendment following this amendment (e.g. a birth straight), a DCR must sign the certificate again upon amendment approval.***

**Death Certificate Amendments**

<table>
<tr><td colspan="2">Death Certificate Identification Requirements<br>Death Certificate walk-in orders are mailed</td></tr>
<tr><td>I. Relatives of the Deceased: Generally, relatives of the deceased are entitled to receive certificated copies of the death record.<br><br>ID Requirements: Valid, signed photo-identification including: Driver's License, Employee ID, Government ID, Social Services ID, OR a Passport.<br><br>Without valid Photo ID: <u>Two</u> of the following showing your address: Utility Bill(s), Telephone Bill or Letter(s) from a Government Agency.<br><br>Without valid photo-ID certificates will be mailed.</td><td>I. Those Not Related to the Deceased: Only non-relatives who are able to establish a right to the certificate by providing documentation, are entitled to receive a certified copy.<br><br>Documentation showing entitlement includes but is not limited to: an Insurance Policy, a Bank Book, a Property Deed, and a Will.<br><br>ID Requirements: Valid, signed photo-identification including: Driver's License, Employee ID, Government Id, Social Services ID, OR a Passport<br><br>Without valid Photo-ID: Two of the following showing your address: Utility Bill(s), Telephone Bill or Letter(s) from a Government Agency, AND:<br>Documentation showing entitlement (see paragraph #2 above).<br><br>Without valid photo-ID certificates will be mailed.</td></tr>
</table>

**DEATH, ITOP, AND STOP AMENDMENT TYPES**
**Corrections Unit Only**

| | DEATH | ITOP | STOP |
|---|---|---|---|
| **Funeral Home** | 1. Personal<br>2. City to Private<br>3. City to Cremation 1<br>4. City to Cremation 2 | 1. Funeral Home Disposition - ITOP | 1. Funeral Home Disposition - STOP |
| **Medical Facility** | 1. Medical<br>2. OCME Requested COD Correction | 1. Funeral Home Disposition - ITOP | 1. Legal - Stop<br>2. Confidential Medical Report - STOP<br>3. Funeral Home Disposition - STOP |
| **OCME** | 1. OCME<br>2. Supersede | | |
| **Registrar Office** | 1. Change to interim disposition | | |
| **Application** | 1. Family | | |
| **Administrative** | 1. Administrative Death<br>2. Hybrid | 1. Administrative ITOP | 1. Administrative STOP |

**CRITICAL ITEMS FOR EACH AMENDMENT TYPE**
***Do NOT issue amended certificate from EVERS to public if there is no signature on front***

**DEATH**
**Personal**
Method of Disposition - CANNOT be amended from city burial to private or cremation
If changing method of disposition to city burial – date of disposition is the date of transport to city morgue, and place of disposition is City Cemetery at Hart Island, Bronx NY
**City to Private**
Method of Disposition – Original should be city burial or interim; Amended cannot be city burial
Date of Disposition
Place of Disposition
Funeral Home
Funeral Director

**City to Cremation 1**
Method of Disposition – Original should be city burial or interim; Amended cannot be city burial; CANNOT BE CREMATION IF NO CREMATION APPROVAL
Date of Disposition
Place of Disposition
Funeral Home
Funeral Director

**City to Cremation 2**
City to Cremation 1 should have been approved first

Only approve city to Cremation 2 if OCME approved cremation

**OCME amendments more than 1 year after death**

3-17-2011

**Paper case: OCME can't use interface to send amendments on paper records. Once from/to letter is received, use EVERS to enter and approve amendment after locating the case. Then do the strike-through amendment on the paper certificate.**

**Electronic case: Follow below steps**

**Hybrid case: Follow below steps and do a hybrid amendment**

- OCME submits amendment through interface, but cannot affirm amendment.
  - The amendment will likely be in Pending/Rejected status
- OCME will send From/To letter indicating items to be amended.
- Corrections Unit searches for certificate by Decedent Name
- Corrections Unit clicks Amendment ID of the amendment that OCME submitted
- Corrections Unit compares amendable item list to the From/To letter and edits/deletes items in EDRS if necessary.
- If the Approve Amendment button isn't available to DCR, then –
  - Go to Processing History under Amendments Menu
  - Select Return to Approver as the action
  - Click Save
  - Go to Amendment under Amendments Menu
  - Click the Approve Amendment button

- Review the death certificate, and process as usual.

**Death Amendments in EVERS by Record Source**

***All cause of death amendments still go to James Barnswell for coding***

Electronic Death Certificates – ISSUE CERTIFICATE FROM EVERS

- Medical: Submitted electronically by facility OR Corrections Unit can submit in EVERS based on application.
  - *Death certificates with amended cause of death should still go to DCR for coding.*

- Funeral Home: Submitted electronically by facility OR Corrections Unit can submit in EVERS based on application. *Funeral directors are able to submit Personal, City to Private, City to Cremation, and Private to City amendments electronically. Corrections Unit can also submit these amendment types in EVERS.*

- Family: This amendment type **family** will be created in EVERS by the Corrections Unit based on application request.
  - *Death certificates with amended cause of death should still go to death amendment staff for coding.*

- OCME: Even though OCME is sending new certificates electronically, amendments may come on paper for Supersedes. Create and approve the supersede amendment in EVERS, based on the amended paper certificate.

Hybrid Death Certificates - ISSUE CERTIFICATE FROM EVERS

- Corrections Unit submits **administrative hybrid** amendment in EVERS to complete personal particulars based on paper certificate.
  - If there is information in system, review information and correct if necessary. All information should be exactly like on paper certificate.

- After **administrative hybrid** amendment completed, follow guidelines for electronic certificates.

Paper Death Certificates - DO NOT ISSUE CERTIFICATE FROM EVERS

- **For non-ME deaths filed after April 1, 2010** - paper death certificates will be keyed in EVERS.
  - Corrections Unit uses EVERS to submit and track amendments BUT WILL NOT ISSUE CERTIFICATE FROM EVERS (original certificate contains doctor signature)
  - Make corrections to paper certificate

- **For non-ME deaths filed before April 1, 2010** - paper death certificates are not keyed in EVERS.
  - Follow old FoxPro procedures and send cause-of-death amendments to James Barnswell

- **For ME deaths filed before January 25, 2010** - OCME amendments are not submitted electronically.
  - Follow old procedures and send cause-of-death amendments to James Barnswell

*When the Corrections Unit submits amendments in EVERS for medical or funeral home amendment, they will use the same amendment type that the medical facility or funeral home would send electronically.*

**OCME**
Certifier title - MUST INCLUDE "MEDICAL EXAMINER"

**Hybrid** - MUST BE DONE BEFORE THE REQUESTED AMENDMENT
**ITOP**

**Funeral Home Disposition - ITOP** (Funeral homes, Medical facilities)
Will medical institution be responsible for disposition – YES IF CITY BURIAL
Method of Disposition
Date of Disposition – CAN BE BLANK IF CITY BURIAL
Place of Disposition – CITY CEMETERY IF CITY BURIAL
Funeral Home – OCME IF CITY BURIAL

Funeral Director – OCME Administrator
Patient's Legal Name

**STOP**

**Funeral Home Disposition - STOP** (Funeral homes, Medical facilities)
Does mother/parent request disposition – YES
Will medical institution be responsible for disposition – YES IF CITY BURIAL
Date of Disposition – CAN BE BLANK IF CITY BURIAL
Place of Disposition – CITY CEMETERY AT HART ISLAND IF CITY BURIAL
Funeral Home – OCME IF CITY BURIAL
Funeral Director – ROBERT KEARNEY IF CITY BURIAL
Individual Authorizing Disposition
Address of Individual Authorizing Disposition
Relationship to fetus of Individual Authorizing Disposition

**<u>Transgender requirements</u>:**

1. An original or certified court ordered name change. This order must have the name given at birth and the new name to be used, and include your complete date of birth.

2. The required payment for the certified copy and correction of your birth certificate. Payment of $15.00 is required for a certified copy of the birth certificate and payment of $40.00 is required for the amendment, for a total of $55.00, payable to the NYC Department of Health and Mental Hygiene. If you purchased a birth certificate within the last three months you may provide the birth certificate instead of the $15.00 certified copy fee.

3. A copy of current valid photo identification.

4. Documents that show you had convertive surgery. In order for the New York City Department of Health and Mental Hygiene (DOHMH) to determine that a person has had convertive surgery, DOHMH looks for information such as: 1) when the surgery was performed; 2) who performed the surgery; 3) the medically-specific details of the trans-surgeries and reconstructive surgeries performed, including the specific types of surgery performed (for example, penectomy, orchiectomy, vaginoplasty, hysterectomy, and/or phalloplasty); and 4) a signed statement or report from the surgeon who performed the surgery providing that the surgery was actually performed and successfully completed.

Please note that a letter/affidavit from a doctor simply stating that convertive surgery was completed is not sufficient to prove you had convertive surgery. As provided in DOHMH's instructions, the following documents are examples of what have been found to be useful and sufficient to demonstrate that convertive surgery has been performed and that the transition is complete and permanent:

***a)*** **Original or certified copies of surgical operative reports -** *These should include the medically-specific details of all trans-surgeries and reconstructive surgeries, the dates and signatures of the surgeons.*

**b) Post-operative examination -** *This report should specify that the surgical change of sex was completed; it should be signed by a physician.*

***All Transgender Amendments are currently processed by the Unit's Deputy Director with guidance from the City Registrar.***

## PROCESSING PENDING/REJECTED AMENDMENTS

*The Lead Examiner will have assigned the amendment to your queue.*

1. Enter the record by selecting the Registrant's Name and then select Amendment List.

2. Click Amendment List in the Registration Menu, and then click on the Amendment Id for the rejected amendment.




2. Add additional items to amendment if necessary by using **Page to Amend** and clicking **Save** when done with each page.



Select **Processing History** from Amendments Menu on bottom left. Select **Action** from dropdown.

There are 2 possible actions for you to take.

- **Return to Approver** – The amendment goes to Pending Approval queue for DCR
- **Reject Amendment** – The amendment again goes to Amendment Pending/Rejected queue and applicant is notified.

You also have the ability to add comments and view status history of the amendment.

When you are done with this page, click **Save** at the bottom of the screen.



**If Reject Amendment** – Select a Reject Reason from dropdown, and then click **Save**




Select **Correspondence** from Amendments Menu on bottom left. Click New **Correspondence.**



Select Birth – Corrections Rejection Letter.




Select Reject Reason and click **Add**



Click on **Download**




Click on **Open**






NYC Health

September 28, 2011

Name on Birth Certificate: Barbara Elle Brown

Date of Event: January 01, 2011

Certificate Number: [illegible] Case ID: 737711

Requested Change:

Dear Sir or Madam:

We have reviewed your application to make a correction to the birth certificate listed above. Your application is being returned for the reason(s) indicated below. If you have additional questions about how to correct a NYC birth certificate, please visit www.nyc.gov/vitalrecords.

Application is altered white out. Please fill in items checked in red.
99 Miscellaneous Reject Reason
A $40.00 correction fee is required. First, re-affirm the amendment and then pay the $40.00.
Thank you.

Thanks for your cooperation.

**Important: Please return this notice when you reapply or make any additional inquiries regarding this case. When you resubmit your application, you must enclose all requested documents as well as a self-addressed legal size envelope.**

*Examined by:*

Patricia Examiner

City of New York
Department Health and Mental Hygiene
Bureau of Vital Statistics
Office of Vital Records

EXHIBIT
PENGAD 800-631-6989

2013

# Records Management Manual



# Index


| Modules | Topics | Sections | Pages |
|---|---|---|---|
| | Records Management Organizational Unit Chart | | i |
| 1 | Introduction | 1.0 | M1-1 |
| 2 | Imaging Unit | 2.0 – 2.4 | M2/1-3 |
| 3 | Scanning Newborn Certificates | 2.5 | M3/1-3 |
| 4 | Supervisory Functions | 9.0 – 9.1 | M5/1-2 |
| 6 | Confidentiality and Sensitivity | 10.0 – 10.4 | M6/1-4 |
| 7 | Credit Card Unit | 11.0 – 11.21 | M7/1-13 |
| 8 | Reading Unit | 12.0 – 12.3 | M8/1-2 |
| 9 | Search Unit | 13.0 – 13.5 | M9/1-6 |
| 10 | Customer Service | 14.0 – 14.3 | M10/1-2 |
| 11 | Reconciliation Process | 15.0 – 15.2 | M11/1- |

# Records Management
# Unit Head
# Organizational Chart



# Records Management Unit



# MODULE 1



# Imaging Unit

Section: 1.0 – 11.0


| | Page # |
|---|---|
| ► Records Management Introduction | M1 - 1 |
| ► Imagining Unit Overview/VRMS Sign In | M1/1-2 |
| ► VRMS Main Menu Description | M1/3-4 |
| ► Scanning Newborn Certificates | M1/5-7 |

# Office of Vital Records
# Records Management Manual

## Section 1.0 – Introduction

There are approximately 18 million birth and death records on file at the Office of Vital Records (OVR) (birth 1910 to present and death 1949 to present). These records are classified as vital and they are never destroyed. The Office of Vital Records, Records Management Unit (RMU) is the lifetime guardian of all records on file at the OVR. However, records which reach their lifetime maturity are transferred to the New York City Department of Records, Office of Municipal Archives.

In addition to maintaining original birth and death records, the unit is also responsible for the maintenance of corrected and amended birth/death records, fetal deaths records (S.T.O.P.S.) and Termination of Pregnancy (T.O.P.S.) records. Moreover, the unit maintains documentary evidence submitted in the issuance and correction of birth and death records.

The Records Management Unit supports each public facing operating unit with the retention of records and documents. Moreover, the unit assists the Office of Vital Statistics Administration with the ordering and securing of certified security paper.

As you read this manual, you will obtain an understanding the RMU, as well as the processes for preserving, issuing and retrieving records.

---

The Records Management Unit (RMU) is comprised of three subgroups: the Photo-Operations Unit, the Manhattan Vault Operations, and Imaging/Microfilm. Listed below is a brief description of the three sub-units and its function:

Imaging and Microfilm Unit – The Image and Microfilm Unit is where newly registered birth and death certificates and legacy records are received to be scanned, indexed and stored. In addition, the Image Unit receives and scans Acknowledgements of Paternity (AOP), and corrected certificates along with the documentary evidence received from the Corrections and Amendments Unit.

Vault Operations Unit – The Manhattan Vault is both the repository for the filing and storage of recently registered vital records as well as legacy records.

The Photo-Operation Unit – The Photo-Operations is the area at which certificate requests for original copies of birth and death records are placed on certified security paper and issued.

## Section 2.0 – Imaging Unit Overview

At the completion of the registration process; the preserving of each registered record for lifetime maturity begins and it's the sole responsibility of the Records Management Unit, Imaging Unit. The Imaging Unit scans, verifies and uploads all newly registered birth and death certificates onto VRMS.

To upload records on to the OVRs imaging system, staff must: (1) confirm certificates are batched into groups of 100 and (2) Place bar codes onto each Acknowledgements of Paternity accompanied by a birth certificate. Once this preparation process is completed, the scanning process is ready to begin.

## Section 2.1 – Imaging Unit Overview

Staff must access VRMS using their assigned user name and password; then click







If the username and password does not match, retry. If the user forgets their User name or password, contact the unit supervisor for assistance.

## Section 2:1 – VRMS Main Menu

After a successful sign in, the Main Menu screen will appear (See below).



## Section 2:1 – VRMS Main Menu Description (Cont'd)

A brief explanation of the sub-menu function are described below:

- Scan Birth Certificates – To scan new birth certificates into VRMS
- Scan Death Certificates – To scan new death certificates into VRMS
- Verify Batch – To confirm the image of the scanned certificate is clear and the data matches the certificate
- Supervisor QA – Supervisors or designee performs the 2nd verification of scanned certificates
- Print Batch – To print newborn certificates after the 2nd verification of scanned certificates
- Upload Batch – To upload scanned certificates into Documentum (system which stores cert.)
- Print Bar Code – To print barcode sheets for Acknowledgement of Paternities (AOP)
- Scan Late Registration – To scan certificates that were filed late; scans one record at a time
- Scan Amended Certificates – To scan amended/corrected BC/DC cert. – **scans one record at a time**
- Scan Adhoc Birth/Death – To scan a multiple number of amended certificates
- Scan AOP Certificates – To scan 1 or multiple AOP's at a time
- Reset Uploaded Batch – To retrieve previous uploaded batch of certificates you want to delete or correct. The batch and range of the certificate numbers is required to use this function.
- View/Print – To view or print the certificate or AOP
- Retry Upload – To retry an upload due to an error message
- Bypass Print Batch – To upload certificates into Documentum without printing the batch
- Maintenance – To unlock/release a batch that has an assigned user
- Select Scanner – To select a scanner to work on
- Scanner Settings – To set the scanner to the correct setting for scanning documents

## Section 2:1 – Scanning Newborn Certificates

Upon a successful sign in, the system will display the Main Menu options based on your access level. Below is an example of the Main Menu for someone with a User Admin Access.



## Section 2:1 – Scanning Newborn Certificates (Cont'd)

Once you click on **Scan Birth Certificates**, the scan certificate screen will appear (shown below). Key in the **start** and **end** certificate numbers into the first box on the top right. Afterwards, click **Reserve;** then **Start Scan**.







- Once you click start scan, the **Feeder Empty** dialog box opens. Insert certificates; and click **Continue.**
- Click Stop Scan if certificates are out of order; then click Resume Batch.
- Click Delete Batch; if needed

- Once the scan is completed, the dialogue box below will appear indicating the scan was successful; then Click **OK**



## Section 2:1 – Scanning Newborn Certificates (Cont'd)

The last certificate in the batch series will appear on the screen. At the completion of the scanning process; click **Complete Batch**. The Batch Complete dialog box appears; click **OK**, then click **Return to Menu**.




- The next step in the processes is **Verifying**, which is often called "Indexing"

## Section 2:2 –Verifying (Indexing) Newborn Certificates

To verify certificates, click on the **Verify Batch** button.



## Section 2:2 –Verify (Indexing) Newborn Certificates

Once you click **Verify Batch**, the Verify Batch dialog screen shown below will appear. Staff can elect to retrieve the certificates requiring verification via the batch ID or the certificate number. Click on **Verify**.




| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Rescan Batch |
|---|---|---|---|---|---|---|---|
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | FCARRASC on X125W-J40... | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |

## Section 2:2 –Verify (Indexing) Newborn Certificates

The verify Details screen shown below will appear and the certificate will display in certificate number order.




To verify the batch, staff will confirm the image scanned into VRMS matches the data which appears on the certificate (number and date of birth). In addition, staff will check the scanned image clarity; in other words, can the certificate be read and it's free from lines and smudges.

If so, the first 2 characters of the certificate holder's **last name** is typed into the Certificate Identification box (top right); then click, **Approve.** If the incorrect certificate or a poor image quality is displayed; the image must be replaced; click **Replace.**

If the certificate has an AOP; the AOP page must be reviewed prior to the certificate. Approval.



## Section 2:3 –Replacing a Newborn Certificate During Verifying Process

If the scanned certificate has lines or a poor image quality; the certificate must be replaced. Locate the batch ID and certificate number; then click on **Replace**




Put certificate in the scanner and click **Replace**; once the document has been replaced the status bar at the top will indicate replace document.




**Click Start Scan**

Review the replaced certificate and confirm that the image quality is good. If so, continue on with the verification process by entering the first two digits of the last name; then click **Approve Image**. If not, replace the image again. The **Replace Complete** dialog box will appear; click **OK** when the image meets imaging standard. Continue verifying until the batch is completed.

## Section 2:4 – Completing the Verifying Process

When last certificate of the batch has been verified, the Verify Batch dialog box appears indicating "**End of Batch Reached** – Do you want to approve the batch?" Click **Approve**.




At this point, the batch is ready for review by a supervisor or a designee.

## Section 2:5 – Supervisor QA Process

To ensure the integrity of each certificate issued; the scan certificate undergoes a second verification check by the unit supervisor or a designee. The supervisor or the designee will confirm the information displayed in VRMS corresponds to the certificate (certificate holder's name and the certificate number) for each record in the batch.

To perform the second check; select **Supervisor QA** from the main menu.



## Section 2:5 – Supervisor QA Process (Cont'd)

The system will generate all records which require a second verification check. Locate the batch number; then click **Verify** (A batch can also be rejected at this stage; if so, click **Reject**).

**Vital Records - Supervisor QA**

Supervisor QA - 27 batches pending   Batch ID: [ ] Search   Cert ID: 156- 20 - - Search   Fanny Carrase Sign Out

| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Rescan Batch |
|---|---|---|---|---|---|---|---|
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | FCARRASC on X125W-J40... | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |

Refresh   Return to Menu



## Section 2:5 – Supervisor QA Process (Cont'd)

Once the Supervisor or the designee completes the image review process (VRMS and Certificate matches); the image is approved by clicking **Approve**.




The system is ready for a new batch to be verified. A new batch can be reviewed or the operator may exit and return to the main menu.




| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Rescan Batch |
|---|---|---|---|---|---|---|---|
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | FCARRASC on X125W-J40... | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |
| 175693 | Birth Certificates | 5/30/2013 | 156-2013-044432 | 156-2013-044499 | | Verify | Rescan |
| 175691 | Birth Certificates | 5/30/2013 | 156-2013-044400 | 156-2013-044430 | | Verify | Rescan |
| 175692 | Birth Certificates | 5/30/2013 | 156-2013-044431 | 156-2013-044431 | | Verify | Rescan |

## Section 2:6 – Uploading Birth Certificate

To upload the scanned certificates into the Documentum system; select the **Upload Batch** button from the main menu. The Documentum system stores all birth, death and AOP records.




- The upload dialog box below will appear



## Section 2:6 – Uploading Birth Certificate (Cont'd)

Locate the batch number or the certificate number range; then click **Upload All New BCs** to upload newborn certificates.

Once the certificates are uploaded into the Documentum system; records are available for viewing on the following day via VRMS.







## Section 2:6 – Reverting a Batch

If a certificate has a poor image quality, the batch must be reverted back to the Supervisor QA queue. The supervisor or the designee will rescan and re-upload the batch.

To revert a batch and correct any errors or images; select **Revert** and the batch will now appear in the Supervisor QA queue.

## Section 3:0 – Scanning Death Certificates

Upon a successful sign in, the system will display the Main Menu options based on access level. Below is an example of the Main Menu for someone with a User Admin Access.



## Section 3.0 – Scanning Death Certificates

Once you click on **Scan Death Certificates**, the scan certificate screen will appear (shown below). Key in the **start** and **end** certificate numbers into the first box on the top left. Afterwards, click **Reserve**; then **Start Scan**.







- Once you click scan, the **Feeder Empty** dialog box opens. Insert certificates; then click on **Continue**.
- Click Stop Scan if certificates are out of order; then click Resume Batch.
- Click Delete Batch; if needed

- Once the scanning process is completed, the dialogue box below will appear indicating the scan was successful; then Click **OK**



## Section 3.0 – Scanning Death Certificates

The last certificate in the batch series will appear on the screen. At the completion of the scanning process; click **Complete Batch**. The Batch Complete dialog box appears; click **OK**, then click **Return to Main Menu**.




- The next step in the processes is **Verifying,** which is often called "Indexing"

## Section 3:1 –Verifying (Indexing) Death Certificates

To verify certificates, click on the **Verify Batch** button.




Once you click on the **Verify Batch button**, the Verify Batch dialog screen shown on page M2-5 will appear.

## Section 3:1 –Verifying (Indexing) Death Certificates (Cont'd)

Once you click **Verify Batch**, the Verify Batch dialog screen appears. Staff can elect to retrieve the certificates requiring verification via the batch ID or the certificate number; then click on Verify.




| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Rescan Batch |
|---|---|---|---|---|---|---|---|
| 163718 | Death Certificates | 11/20/2012 | 156-1974-502001 | 156-1974-502125 | | Verify | Rescan |
| 163720 | Death Certificates | 11/20/2012 | 156-1974-502126 | 156-1974-502250 | | Verify | Rescan |
| 163721 | Death Certificates | 11/20/2012 | 156-1974-502251 | 156-1974-502375 | | Verify | Rescan |
| 163723 | Death Certificates | 11/20/2012 | 156-1974-502376 | 156-1974-502500 | | Verify | Rescan |
| 163725 | Death Certificates | 11/20/2012 | 156-1974-502501 | 156-1974-502625 | | Verify | Rescan |
| 163726 | Death Certificates | 11/20/2012 | 156-1974-502626 | 156-1974-502750 | | Verify | Rescan |
| 163727 | Death Certificates | 11/20/2012 | 156-1974-502751 | 156-1974-502874 | | Verify | Rescan |
| 163916 | Birth Certificates | 11/29/2012 | 156-2012-107400 | 156-2012-107474 | CPALLONE on X125WD-G... | Verify | Rescan |
| 163918 | Birth Certificates | 11/29/2012 | 156-2012-107475 | 156-2012-107475 | | Verify | Rescan |
| 163919 | Birth Certificates | 11/29/2012 | 156-2012-107476 | 156-2012-107499 | | Verify | Rescan |
| 163941 | Death Certificates | 11/29/2012 | 156-2012-100000 | 156-2012-100000 | | Verify | Rescan |

# Section 3:1 –Verifying (Indexing) Death Certificates (Cont'd)

The Verify Details screen will appear and the certificate will display in certificate number order.




To verify the batch, staff must confirm the image scanned into VRMS matches the data which appears on the certificate (number and date of birth). In addition, staff must check the scanned image for clarity; in other words, can the certificate be read and it's free from lines and smudges.

If so, the first 2 characters of the certificate holder's **last name** is typed into the certificate identification box (top right); then click **Approve**. If the incorrect certificate or a poor image quality is displayed; the image must be replaced; click **Replace**.

## Section 3:1 –Replacing a Death Certificate During Verifying Process

If the scanned certificate has lines or a poor image quality; the certificate must be replaced. Locate the batch ID and certificate number; then click on **Replace**







Put certificate in the scanner and click **Replace**; once the document has been replaced the status bar at the top will indicate replace document.

## Section 3:1 –Replacing a Death Certificate (Cont'd)




**Click Start Scan**

Review the replaced certificate and confirm that the image quality is good. If so, continue on with the verification process by entering the first two digits of the last name; then click **Approve Image**. If not, replace the image again. The **Replace Complete** dialog box will appear; click **OK** when the image meets imaging standard. Continue verifying until the batch is completed.



## Section 3:1 –Verifying (Indexing) Death Certificates (Cont'd)

When the last certificate in the batch has been verified, the **Verify Batch** dialog box appears indicating the "End of Batch Reached – Do you want to approve the batch?" Click **Approve**.




At the completion of the batch, the Verify Batch screen re-appears. Staff may elect to verify another batch or return to the main menu.

- The next step in the processes is the **Supervisor QA.**

## Section 4:0 – Supervisor QA Process

To ensure the integrity of each certificate issued; the scan certificate undergoes a second verification check by the unit supervisor or a designee. The supervisor or the designee will confirm the information displayed in VRMS corresponds to the certificate (certificate holder's name and the certificate number) for each record in the batch.

To perform the second check; select **Supervisor QA** from the main menu.



# Section 4:0 – Supervisor QA Process (Cont'd)

The system will generate all records which require a second verification check. Locate the batch number; then click **Verify** (A batch can also be rejected at this stage; if so, click **Reject**).




| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Reject Batch |
|---|---|---|---|---|---|---|---|
| 163929 | Adhoc Birth Certificates | 11/29/2012 | 156-2009-098050 | 156-2009-098050 | | Verify | Reject |
| 163930 | Death Certificates | 11/29/2012 | 156-1974-321876 | 156-1974-322000 | | Verify | Reject |
| 163931 | Adhoc Birth Certificates | 11/29/2012 | 156-2009-053261 | 156-2009-053261 | | Verify | Reject |
| 163932 | Adhoc Birth Certificates | 11/29/2012 | 156-1965-317859 | 156-1965-317859 | | Verify | Reject |
| 163933 | Adhoc Birth Certificates | 11/29/2012 | 156-2012-011539 | 156-2012-091422 | | Verify | Reject |
| 163935 | Death Certificates | 11/29/2012 | 156-1974-321626 | 156-1974-321750 | | Verify | Reject |
| 163937 | Adhoc Birth Certificates | 11/29/2012 | 156-2012-088094 | 156-2012-050403 | | Verify | Reject |
| 163938 | Adhoc Birth Certificates | 11/29/2012 | 156-2011-117814 | 156-2012-018415 | | Verify | Reject |
| 163939 | Adhoc Birth Certificates | 11/29/2012 | 156-2012-081920 | 156-2012-079456 | | Verify | Reject |
| 163940 | Adhoc Birth Certificates | 11/29/2012 | 156-2012-090221 | 156-2012-095065 | | Verify | Reject |
| 163941 | Death Certificates | 11/29/2012 | 156-2012-100000 | 156-2012-100000 | | Verify | Reject |



## Section 4:0 – Supervisor QA Process (Cont'd)

Once the Supervisor or the designee completes the image review process (VRMS and Certificate matches); the image is approved by clicking **Approve**.




The system is ready for a new batch to be verified. A new batch can be reviewed or the operator may exit and return to the main menu.




| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Verify Batch | Reject Batch |
|---|---|---|---|---|---|---|---|
| 163639 | Death Certificates | 11/19/2012 | 156-1974-320126 | 156-1974-320250 | PDURANT on X125WD-4Y... | Verify | Reject |
| 163648 | Death Certificates | 11/19/2012 | 156-1974-320626 | 156-1974-320750 | | Verify | Reject |
| 163650 | Death Certificates | 11/19/2012 | 156-1974-320751 | 156-1974-320875 | | Verify | Reject |
| 163651 | Death Certificates | 11/19/2012 | 156-1974-320876 | 156-1974-321000 | | Verify | Reject |
| 163653 | Death Certificates | 11/19/2012 | 156-1974-321251 | 156-1974-321375 | | Verify | Reject |
| 163657 | Death Certificates | 11/19/2012 | 156-1974-321126 | 156-1974-321250 | | Verify | Reject |
| 163660 | Death Certificates | 11/19/2012 | 156-1974-321376 | 156-1974-321500 | | Verify | Reject |
| 163661 | Death Certificates | 11/19/2012 | 156-1974-321501 | 156-1974-321625 | | Verify | Reject |
| 163665 | Death Certificates | 11/19/2012 | 156-1974-321751 | 156-1974-321875 | | Verify | Reject |
| 163668 | Death Certificates | 11/20/2012 | 156-1974-322001 | 156-1974-322125 | | Verify | Reject |
| 163669 | Death Certificates | 11/20/2012 | 156-1974-322126 | 156-1974-322250 | | Verify | Reject |

- The upload dialog box below will appear

## Section 5:0 – Uploading Death Certificate

To upload the scanned certificates into the Documentum system; select the **Upload Batch** button from the main menu. The Documentum system stores all birth, death and AOP records.



## Section 5:0 – Uploading Death Certificate

Locate the batch number or the certificate number range; then click **Upload All New BCs** to upload newborn certificates.

Once the certificates are uploaded into the Documentum system; records are available for viewing on the following day via VRMS.



Vital Records - Upload Batch

Upload Batch - 9 batches pending

Fanny Carrase Sign Out

| Batch ID | Batch Type | Start Date | Starting Certificate | Ending Certificate | Locked By | Send to Documentum | Revert to QA |
|---|---|---|---|---|---|---|---|
| 163991 | Death Certificates | 11/30/2012 | 156-1973-101376 | 156-1973-101500 | | Upload | Revert |
| 163992 | Death Certificates | 11/30/2012 | 156-1973-101501 | 156-1973-101625 | | Upload | Revert |
| 163993 | Death Certificates | 11/30/2012 | 156-1973-101626 | 156-1973-101750 | | Upload | Revert |
| 163995 | Death Certificates | 11/30/2012 | 156-1973-101751 | 156-1973-101875 | | Upload | Revert |
| 163996 | Death Certificates | 11/30/2012 | 156-1973-101876 | 156-1973-102000 | | Upload | Revert |
| 164019 | Death Certificates | 11/30/2012 | 156-1973-103876 | 156-1973-104000 | | Upload | Revert |
| 164177 | Birth Certificates | 12/5/2012 | 156-2012-109400 | 156-2012-109499 | | Upload | Revert |
| 164186 | Birth Certificates | 12/5/2012 | 156-2012-109500 | 156-2012-109599 | | Upload | Revert |
| 164220 | Birth Certificates | 12/6/2012 | 156-2012-130000 | 156-2012-130000 | | Upload | Revert |

Upload All New BCs | Upload All New DCs | Upload All Adhoc BCs | Upload All Amendments | Upload All AOPs

Upload All Old BCs | Upload All Old DCs | Upload All Adhoc DCs | Refresh | Return to Menu




## Section 5:1 – Reverting a Batch

If a certificate has a poor image quality, the batch must be reverted back to the Supervisor QA queue. The supervisor or the designee will rescan and re-upload the batch.

To revert a batch and correct any errors or images; select **Revert** and the batch will now appear in the Supervisor QA queue.

# Section 6:0 – Scan Late Registration



## Section 6:0 – Scan Late Registration – Birth/Death

Select the **Scan Late Registration** button, the Late Registration dialog screen shown below will appear. Select the type of registration **Death** or **Birth**; then select the year prefix; input the Year and enter the certificate number into the Certificate Number box (same number for both boxes). Click **Continue.**




Once you click **Continue**:




- Once you click scan, the **Feeder Empty** dialog box opens. Insert certificates; then click on **Continue.**
- Click Stop Scan if certificates are out of order; then click Resume Batch.
- Click Delete Batch; if needed
- Once the scan is completed, the dialogue box below will appear indicating the scan was successful; then Click **OK**

- The next step in the processes is Verifying, **QA and Upload**



## Section 7:0 – Scan Adhoc Birth



## Section 7:0 – Scan Adhoc Birth

The Scan Adhoc Birth Certificates dialog box show below will appear on the screen. Click **Start Scan**, the **Feeder Empty** dialog box shown below will indicate the feeder is empty and to insert documents into the scanner.




Place the certificate in the scanner; click on **Start Scan**




If more certificates need to be scanned; click **Continue**, if not click **Stop Scan**.

## Section 7:0 – Scan Adhoc Birth (Cont'd)

Once you click Stop, the next step in the process is verifying. Click on **Verify** from the Main Menu. The Verify Batch screen shown below will appear. Locate the Batch ID or the certificate number to retrieve the records; then click on Verify. The Verify Details screen shown below will appear; place the first 2 characters of the last name into the box (top right).




The certificate will be QA by a supervisor or a designee and uploaded to complete the process like the newborn certificates.



## Section 8:0 – Scan Adhoc Death



## Section 8:0 – Scan Adhoc Death (Cont'd)

The Scan Adhoc Death Certificates dialog box show below will appear on the screen. Click **Start Scan**, the **Feeder Empty** dialog box shown below will indicate the feeder is empty and insert documents into the scanner.




Place the certificate in the scanner; click on **Start Scan**




If more certificates need to be scanned; click **Continue**, if not click **Stop Scan.** The Scan Adhoc Death Certificates dialog box shown above will appear.

## Section 8:0 – Scan Adhoc Death (Cont'd)

The scanned death certificate shown below will appear; review the certificate to confirm the image is clear; in addition, to the certificate number and date of death.




The **Batch Complete** dialog box will appear; click **OK** and then click Return to Menu



## Section 9:0 – Scan Adhoc AOP



## Section 9:0 – Scan Adhoc AOP (Cont'd)

The Scan Adhoc AOP dialog box show below will appear on the screen. Click **Start Scan**, the Feeder Empty dialog box shown below will appear.



## Section 10:0 – Reset Uploaded Batch

To retrieve a previous uploaded batch of certificates, select **Reset Uploaded Batch**. Reset uploaded batch is used to delete a batch of certificates due to imaging clarity or incorrect certificates listed in a batch.



## Section 9:0 – Reset Uploaded Batch

Once you select the Reset Uploaded Batch, the dialog box shown below will appear. Input the Batch ID; in addition to the start and end number of the certificate numbers for the batch. Click Reset.




The **Delete Batch** dialog box shown below will appear. The batch number and the starting certificate number will display in the box. In addition, a warning message indicating that all previous scanned records in the selected range will be deleted. Click on **Delete** and the **Batch Deleted dialog** box will appear; then click **OK**.






New York City Department of Health and Mental Hygiene

Bureau of Vital Statistics

EXHIBIT
PENGAD 800-631-6989
Schwartz 9
7/8/15 AB

2013

# Birth Registration Protocols



Created: December 2011

Revised: January 2013

# Death Registration Unit
# Head Organizational Chart



# Table of Contents

Unit Overview ....... 1
Time Period for Registering a Birth ....... 1
Authorized To File a Birth Certificate ....... 1
Who's Responsible for Reporting Unattended Births ....... 1
Facilities That Are Required to Report Births via EVERS ....... 1
What Happens Once a Birth is Registered and Submitted via EVERS ....... 2
Types of Paper Used to Print Birth Certificates and AOPs ....... 2
How Do Parents Submit Requests to Correct Data on a Birth Certificate ....... 2
Registering a Manual (non-EVERS) Birth Certificate ....... 3
Registering an Unattended Home Births ....... 3
Registering a Foundling ....... 4
Processing Non-Evers Acknowledgement of Paternity ....... 4
Rejected Acknowledgement of Paternity Forms ....... 4
Approved Acknowledgment of Paternity Forms ....... 5
Outstanding Acknowledgement of Paternity Forms ....... 5
Duplicate Records ....... 5
Disinterment Request ....... 5-6
Type of Data Collected from Birth Records ....... 6
Returned Certificates ....... 7-9
Expedited Certificate Request ....... 9
Voided Return Mail ....... 10
Letter of Exemplification Request ....... 10
Attachment A – Application for a Birth Record
Attachment B – Acknowledgement of Paternity (AOP) Application

# BIRTH REGISTRATION

## Overview

The New York City Office of Vital Records, Birth Registration Unit is responsible for registering all births which occurs in the city of New York. There are approximately 123,000 births which occur in New York City each year. The majority of these events are registered by the Birth Registration Unit via the Electronic Registration Events System (EVERS). EVERS electronically submits the original certificate over a secured network into the EVERS; a small percentage of birth certificates are registered manually by the staff. The Birth Registration Unit also receives a form called an Acknowledgement of Paternity (AOP); about 25 to 30 percent of all birth certificates have an accompanying AOP. The AOP form is utilized by unmarried parents who desire to name the biological father on the birth certificate and establish paternity legally.

## Is There a Time Period to Register a Birth?

Yes, the New York City Health Code requires that all births be registered within five days of the birth at the New York City Department of Health and Mental Hygiene.

## Who Is Authorized to File a Birth Certificate at the DOHMH?

Midwives or medical practitioners who are licensed and registered by the New York State Medical Board are authorized to file a birth certificate at the DOHMH.

## Who Is Responsible for Reporting Unattended Home Births and Births Which Occur In Route To a Hospital?

Births in which a child is born at home or in route to a hospital/birthing facility are registered by the hospital. Unattended homebirths, that is, where there is no presence of a medical professional, are registered by the Birth Registration Unit. Parent(s) must submit documentation to establish and support that the birth occurred in New York City.

## Are All Facilities Required to Report Births via EVERS?

Facilities with more than 100 births a year are required to use EVERS to report birth events.

## What Happens Once a Birth is Registered and Submitted via EVERS?

After a birth is registered in EVERS, the following must occur: (1) The record is assigned a certificate number in EVERS and placed into the birth vault copy issuance queue for printing. (2) Once printed, birth certificates are interfiled with non-EVERS birth certificates and AOPs. (3) A Route Slip is filled out by BRU staff to track the names and signatures of all staff who have reviewed the birth certificate documents. (4) The Route Slip will also note the certificate numbers of all records where a certified copy should not be issued. (5) The birth certificates and AOP forms are batched in bundles of 500. (6) After the sequence of certificate numbers has been verified and the certificates have been reviewed for printing quality, the batched certificates are forwarded via EVERS to Records Management for scanning. The Records Management Unit will also print the certified copy of the birth certificate to be mailed to the parent.

## What Type of Paper Is Used To Print Birth Certificates and AOPs?

Birth certificates are issued on certified cotton archival security paper, and AOPs if applicable, are printed on regular bond paper and affixed with the City seal. A free certified copy of the birth certificate is mailed to the mother, and if there is a registered AOP on file, a birth certificate and AOP form are also mailed to the father; married couples will only receive one birth certificate.

## How Do Parents Submit a Request to Correct An Error on a Birth Certificate?

All birth certificates are mailed with Newborn and health insurance informational brochures. To correct an error identified on the birth certificate, an application for the correction of a birth certificate must be submitted to the hospital by the parent. The hospital will submit an amendment request electronically in EVERS. Following the approval of an amendment request in EVERS by the Corrections Unit, the Records Management Unit will issue a corrected birth certificate to the parents upon submission of the original birth certificate. Corrections to birth certificates not submitted by a hospital may be mailed or submitted in-person to the Corrections Unit by the parent with the original birth certificate, applicable fee payment and the correction application.

## How Are Manual (non-EVERS) Birth Certificates Registered?

Non-EVERS registrations of birth are submitted from entities that do not host birthing facilities, such as midwives who do not routinely attend NYC births, unattended births and foundlings (infants that are left abandoned in a safe haven or other location). The birth reporter (midwife, ACS, etc.) must submit hard copies of non-EVERS birth certificates and Acknowledgements of Paternity by mail or in person. After being logged into a tracking book, each certificate is reviewed for errors by BRU staff. If the certificate is not approved, it is returned to the submitter with a rejection notice. If a response to the rejection is not received within five business days, BRU staff will contact the submitter to ensure the correction is submitted. The information for these cases is entered into EVERS by Health Department staff and no biometric signature is required. BRU then registers the certificate, and AOP if applicable, and applies a certificate number. The certificates are then organized in sequential order and interfiled with EVERS certificates.

## How Are Unattended Home Births Registered?

In the case of unattended home births, the person who delivered the baby is listed as the attendant and certifier, which may be could be the mother, father, friend or other person present at the time of the birth. A Department of Health and Mental Hygiene letter detailing the documentation requirements is mailed to the mother. Documentation is required to show that these births are legitimate NYC births. Legitimacy may be proved by providing evidence of NYC residency including utility bills or other forms of proof of address. Valid identification of each parent named on the certificate is also required. The Deputy Director of the Registration Unit is responsible for reviewing the documentation and interviewing the mother. If there is insufficient documentation, the mother may be asked to wait at least 1 year to establish documentation (e.g. religious ceremony papers, vaccination or medical appointment records), after which she may file a "Delayed Registration of Birth" with the Corrections Unit. In rare cases, the parent may be directed to obtain a court order.

## How Are Foundling Registered?

Submission of birth certificates for foundlings is under the jurisdiction of the Administration for Children's Services (ACS). For each case, ACS completes a "Report of Foundling" form which is mailed or delivered to Registration. Any extra paperwork submitted by ACS, such as police reports or medical records, is kept on file by BRU. The registration of foundlings follows the same registration procedure as manual (non-EVERS) certificates.

## How Are Non-EVERS Acknowledgement of Paternity (AOP) Certificates Processed?

AOP forms must be delivered to the Health Department by hand or by mail. Birth certificates associated with AOP forms are registered manually into EVERS by BRU staff within 1-2 business days of receipt. AOPs are entered into a tracking book and batched by hospital group. The corresponding birth record for each AOP is located in EVERS. BRU staff verifies the AOP information with the EVERS birth certificate.

## What Happens When An Acknowledgment of Paternity Is Rejected?

If the AOP is rejected, the Registration Approval page of the EVERS record will be rejected by the BRU staff. EVERS will then generate an electronic message and inform the submitter the reason (the specific error) the AOP was rejected, and he/she will be required to verify and reconcile the birth record information with the AOP. Alternatively, BRU staff may request that the hospital answer "NO" to the paternity question on the birth certificate, thereby removing the father's information from the birth certificate. The AOP is then placed in a hospital-held folder in the Registration Unit until the required changes are made. Once the correction has been made by the hospital, the certificate will be registered in EVERS by BRU staff. If the father's information has been removed, the AOP is voided and the record is automatically registered in EVERS without the father's information. The EVERS birth record moves into the birth vault copy issuance queue.

## What Happens Once An Acknowledgment of Paternity Is Approved?

If the AOP form is approved, BRU staff will register the birth record in EVERS. EVERS will apply a certificate number, DCR signature and date to the AOP form. The electronic birth record moves into the birth vault copy issuance queue. The birth certificate registration date is the file date that BRU registers the AOP in EVERS.

## What Is An Outstanding Acknowledgment of Paternity?

AOP certificates are considered outstanding if they have remained in the work queue for more than five business days from the date of birth. BRU staff conducts follow-up on all outstanding AOP certificates via phone or through an EVERS email to the hospital administrator. There are three "aging queues," categorized by length of time in the queue: <29 days, 30-59 days and 60 - 89 days and > 89 days. These queues are monitored by BRU staff who systematically contacts hospital personnel to correct the AOP, starting with the birth registrar at the hospital and following up with a supervisor or a hospital administration member if needed. If a record is to be abandoned, the hospital must submit an EVERS message to the DOHMH indicating the case ID of the record. If a record is to be resubmitted, the hospital must submit the record through the EVERS with a late comment.

If a birth record that has an associated AOP form is automatically registered in EVERS and the hospital answered the paternity question incorrectly, such as "No, or "Yes, Married, the AOP form is forwarded to the Corrections Unit.

## What Happens To Duplicate Records?

Duplicate birth records in EVERS may be identified by a reporting facility or BRU. If an outstanding record is a duplicate, it must be voided. The hospital must submit an EVERS message to the DOHMH to remove the duplicate record, including the case ID of the record. The DOHMH will compare the case information of the duplicate record with the original and make the final determination regarding potential duplication. Once a certificate has been identified as a duplicate by DOHMH staff, the duplicate certificate is assigned a special status in EVERS, to be either voided (void status applies to registered records) or abandoned (abandon status applies to

## What Happens To Duplicate Records? (Cont'd)

unregistered records), and a comment is inserted referencing the index number of the certificate being kept. The hardcopy record for voided duplicates will be stamped expunged and scanned (overriding the original record) into the Vital Records Record Management System (VRMS.)

### Problem Records

Problem records, including AOPs and non-EVERS birth certificates, require supervisory review. When a birthing facility encounters a problem record, the DOHMH supervisor is contacted via telephone or an EVERS email inquiry. Below are the steps to be taken with each type of problem records:

### EVERS Records (Certificate/AOPs)

For EVERS records, the supervisor will first identify the record from the AOP work queue or AOP aging queue. If the certificate is not registered within five days, the supervisor will ask the hospital to verify the response on the paternity page and if necessary to remove the father's information which will result in an automatic registration of the birth record. If the certificate is registered, no further action is taken and the AOP is voided, if necessary.

### Non-EVERS Records

For non-EVERS records, the supervisor will first verify the registration status of the record. If the record is not registered, the supervisor will call the facility or submitter for resolution. If the certificate is not registered, the facility will be requested to resubmit the certificate to the DOHMH with a late letter to explain why the hospital has taken longer than five business days.

### Birth Certificate

If a birth record is not registered in EVERS or is uncertified (only applies to AOP records) and has incomplete or incorrect information, then the hospital can correct the error in EVERS.

## Is Data Collected from Birth Records?

There is daily extraction of files from EVERS, including statistics for Vital Statistics, information provided to the Social Security Administration for assignment of social security cards to newborns, information provided to New York State for babies who are eligible for Medicaid, and additional information to New York State for statistical purposes.

## What Must Occur When Mailed Birth Certificates Are Return To The BRU?

If a mailed birth certificate is returned to BRU by the postal service, BRU staff attempts to contact the parent and identify the correct mailing address. Two attempts are made to contact the parent. A message is left if voicemail is reached. Because birth certificates cannot be delivered if the recipient's name is not on the receiving mailbox, BRU staff may instruct the parent to make sure the mother's name is displayed on the mailbox.

## What Occurs When Newborn Certificates Are Returned to Birth Registration?

**Step 1:** BRU staff enters selected data from the newborn certificate into EVERS via the Return Mail Link. If applicable, staff must make separate entries for each parent's returned mail birth certificate.

**Step 2:** A green sticker and a cover sheet is placed on each returned certificate before they are filed by last name and date of birth order.

**Step 3:** BRU staff contacts the corresponding hospital to verify the mailing address. If the information in the hospital chart matches information in EVERS, the parent will be called to obtain the correct mailing address. If the parent is successfully contacted, BRU staff will verify the address and re-mail the certificate to the parent. Parents may opt to pick the certificate from the Newborn Services Unit; if so, he/she are advised to bring valid photo identification. If no contact number is available in EVERS, the certificate is held until it is claimed by the parent. The certificate will be held for one year and then voided if not claimed.

## To Ensure the Re-delivery of the New Born Certificate, What Steps Must Be Taken By Parents?

Parents may claim a returned certificate by submitting an Application for a Birth Record to BRU. These requests may be submitted in-person, by mail or facsimiles to the DOHMH.

### Walk-in Requests

Walk-in applications must be completely filled out with contact information and presented with a valid, signed photo ID. If no photo ID is available, the parent must present proof of address and one certificate will be mailed to the parent(s) at that address. If no proof of address can be provided, a supervisor is alerted for issue resolution.

### Mailed/Facsimiles Requests

For mailed or faxed applications, a notarized letter from the parent(s) and a copy of photo identification of the parent(s) is submitted for cases that the birth certificates are not returned to BRU.

**Step 1:** Upon receipt of the application, BRU staff will stamp the application with the time and date.

**Step 2:** Return mail will then be checked, to ensure that the certificate has ~~not~~ been returned to BRU by the USPS. If the certificate can be located in BRU's returned mail file, if so, the certificate is re-issued to the mother or father.

**Step 3:** If the certificate cannot be located within BRU's returned mail file, BRU staff will check EVERS and if the birth record is registered, the parent is instructed to purchase the certificate in the PSO Unit. If the parent indicates that the birth certificate was never received and do not wish to purchase a certificate then; the parent(s) must submit a notarized letter stating that the certificate was not received.

Regardless to which method the request application is submitted, parents who elect to pick-up the certificate in person must be named on the certificate and he/she must present a valid, non-expired photo identification card.

## To Ensure the Re-delivery of the New Born Certificate, What Steps Must Be Taken By Parents? (Cont'd)

If a parent calls to report that no certificate has been received after a second mailing or after submitting a request, the caller will re-verify information from the birth certificate as well as the mailing address. The parent is instructed to pick up the certificate if the certificate is returned to BRU by the post office and they did not receive the second certificate mailed.

## Can Parents Request to Have the Issuance of the Birth Certificate Expedited?

Yes. If necessary, the parent(s) may request expedited service. Same day expedites may be requested for emergency situations (e.g. travel or court date for the next day or same business date) must be approved by the Unit Director or designee upon submission of proof. If the record is in EVERS, the parent(s) will be referred to Public Service Operations to purchase the computer certified certificate. In some cases, the record is not registered in EVERS. For these cases, the parent(s) pays for the certificate and the request is routed back to the Newborn Services Unit to handle the issuance via the Records Management Unit.

## How Are Expedites Processed?

Each morning, a daily list of expedited requests is compiled by BRU staff using the Newborn Birth Certificate Request form. The Unit Supervisor is responsible for reviewing and signing off on all items on the expedited list. By 10:30 AM the list is approved by the Unit Supervisor and submitted to Records Management for processing. A Records Management supervisor will review all expedited certificates before a Newborn Services Unit staff member retrieves them by 2:30 PM each business day.

All expedites received after the daily list has been submitted to Records Management are placed on the next business day's list. Same day requests that are received after 10:30 AM are called into Records Management if urgent (e.g., travel).

## How Are Returned Mail Birth Certificates Voided?

Once all attempts to reissue the certificate have been exhausted, certificates are stored in a secure cabinet in the Newborn Unit. Birth certificates not claimed after one year are stamped void and the certified seal is cut or torn. Void information such as the void status and void date are entered in EVERS via the Returned Mail link.

Once voided, the birth certificates are listed on the "Void Document Log Sheet". The voided certificates are attached to the log sheet, reviewed by a supervisor and Deputy Director, and forwarded to the Records Management Unit to verify and shred.

## Can A Letter of Exemplification Be Issued With Newborn Certificates?

Yes. If the certificate was issued by the Newborn Services Unit within the past 8 business days, a letter of exemplification can be issued to the parent(s) with appropriate ID. If it has been more than 10 business days since the certificate was issued, a new certificate must be purchased by the parent. Parents should be instructed to request a vault copy from the PSO Unit. If a computer-certified certificate was issued in error by Public Service Operations (PSO), the parent should be referred back to the PSO Unit to exchange the computer-certified copy for a vault copy.

Attachment A

NYC
Health
Office of Vital Records
125 Worth Street, CN-4, Room 133
New York, N.Y. 10013-4090

SEE INSTRUCTIONS AND APPLICABLE FEES BELOW AND ON BACK

*OFFICE USE ONLY*

## BIRTH CERTIFICATE APPLICATION

*(Please Print Clearly)*

1. LAST NAME ON BIRTH CERTIFICATE
2. FIRST NAME
3. ☐ FEMALE ☐ MALE

4a. IF YOU KNOW THE EXACT DATE OF BIRTH: MM DD YYYY

4b. IF YOU DON'T KNOW THE EXACT DATE OF BIRTH: BEGIN SEARCH MM DD YYYY — END SEARCH MM DD YYYY

*SEE BELOW FOR FEE INFORMATION*

5. NAME OF HOSPITAL OR ADDRESS WHERE BORN
6. BOROUGH WHERE BORN
7. MOTHER/PARENT'S NAME BEFORE MARRIAGE (MAIDEN NAME) — FIRST — LAST
8. BIRTH CERTIFICATE NUMBER (if known)
9. FATHER/PARENT'S NAME — FIRST — LAST
10. WHY DO YOU NEED THIS BIRTH CERTIFICATE
11. DO YOU NEED A LETTER OF EXEMPLIFICATION? ☐ YES ☐ NO
12. HOW MANY COPIES DO YOU NEED? 1☐ 2☐ 3☐
13. HOW ARE YOU RELATED TO THE PERSON ON THIS BIRTH CERTIFICATE? SELF/PARENT/OTHER (please explain)

**PLEASE PRINT YOUR MAILING AND CONTACT INFORMATION CLEARLY BELOW**

NAME

DAYTIME PHONE NUMBER — Area Code — Telephone Number

STREET ADDRESS — APT. NO.

CITY — STATE — ZIP CODE

E-MAIL ADDRESS

**NOTE:** Copy of a birth record can be issued only to persons to whom the record of birth relates, if of age, or to a parent or human service organizations. It is a violation of law to make a false, untrue or misleading statement or forge the signature of another on this application. Violations are a misdemeanor punishable by a fine of up to $2,000.

14. CUSTOMER SIGNATURE AND DATE

SIGNATURE: ____________ DATE: ________

15. CUSTOMER COMMENTS/ADDITIONAL INFORMATION

## FEES

$15 per copy x ______ copies $ ______

Cost of certified copy includes a two consecutive year search

$3 for each extra year searched x ______ years $ ______

Total Amount Enclosed: $ ______

IF RECORD IS NOT ON FILE, A CERTIFIED "NOT FOUND STATEMENT" WILL BE ISSUED. CASH IS NOT ACCEPTED BY MAIL OR IN PERSON.

**APPLICATIONS SUBMITTED BY MAIL MUST BE NOTARIZED**

STATE OF ____________

COUNTY OF ____________

SUBSCRIBED AND SWORN BEFORE ME

THIS ______ DAY OF ________ 20 ___

NOTARY PUBLIC SIGNATURE

**NOTARY PUBLIC SEAL**

**ORDER BIRTH CERTIFICATES QUICKLY AND SECURELY AT WWW.NYC.GOV/VITALRECORDS**

VR 6T (Rev. 7/11)

Attachment B

LDSS 4418 NYC (Rev. [illegible])
NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE, Vital Records
NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
Pursuant to Section 4135-b of Public Health Law

# ACKNOWLEDGMENT OF PATERNITY

(Please Type or Print with Black Ink)

*(For Official Use Only)*
Hospital Code: ____________ (4 DIGIT PFI No.)
Birth Number: ____________

INDICATE BY CHECKING THE APPROPRIATE BOX WHERE THE ACKNOWLEDGMENT IS BEING SIGNED:
☐ HOSPITAL ☐ CHILD SUPPORT OFFICE ☐ BIRTH REGISTRAR ☐ OTHER ____________

## INFORMATION ABOUT THE CHILD FOR WHOM THE ACKNOWLEDGMENT OF PATERNITY IS SIGNED:

| PRINT CHILD'S FULL NAME AS IT NOW APPEARS ON THE BIRTH CERTIFICATE (First, M.I., Last) | | | | PRINT CHILD'S LAST NAME ONLY AS IT WILL APPEAR ON NEW BIRTH CERTIFICATE |
|---|---|---|---|---|
| PLACE OF BIRTH (Name and Address of Hospital where child was born) | DATE OF BIRTH MONTH | DAY | YEAR | SEX ☐ FEMALE ☐ MALE |

## ACKNOWLEDGMENT OF PATERNITY BY FATHER:

I, ____________ (First, Middle, Last Name), residing at ____________ (House/Apt. Number and Street)
in the City of ____________ State of ____________ Zip Code ____________
my place of birth (City, State Or Foreign Country) ____________ my date of birth ___/___/___ (Month Day Year)
Social Security Number ____________ hereby acknowledge that I am the biological father of the child named above.

I UNDERSTAND THAT SIGNING THIS ACKNOWLEDGMENT WILL ESTABLISH THE PATERNITY OF THE CHILD AND HAVE THE SAME FORCE AND EFFECT AS AN ORDER OF FILIATION ENTERED AFTER A COURT HEARING INCLUDING AN OBLIGATION TO PROVIDE SUPPORT FOR THE CHILD, EXCEPT THAT ONLY IF THIS ACKNOWLEDGMENT IS FILED WITH THE REGISTRAR WHERE THE BIRTH CERTIFICATE IS FILED WILL THE ACKNOWLEDGMENT HAVE SUCH FORCE AND EFFECT WITH RESPECT TO INHERITANCE RIGHTS. I HAVE RECEIVED WRITTEN AND ORAL NOTICE OF MY LEGAL RIGHTS AND THE CONSEQUENCES OF SIGNING THE ACKNOWLEDGMENT OF PATERNITY, AND I UNDERSTAND WHAT THE NOTICE STATES. A COPY OF THE WRITTEN NOTICE HAS BEEN PROVIDED TO ME. I CERTIFY THAT THE ABOVE INFORMATION IS TRUE.

SIGNATURE ____________ Date ___/___/___ (Month Day Year)

The above named ____________ signed and affirmed before us this ___ day of ____________ , that the information contained herein is true.

____________ First Witness ____________ Second Witness
(Witnessed by two people not related to the mother or father.)

## ACKNOWLEDGMENT OF PATERNITY BY MOTHER:

I, ____________ (First, Middle, Last Name), residing at ____________ (House/Apt. Number and Street)
in the City of ____________ State of ____________ Zip Code ____________
my place of birth (City, State Or Foreign Country) ____________ my date of birth ___/___/___ (Month Day Year)
Social Security Number ____________ hereby consent to the acknowledgment of paternity for my child named above, and acknowledge that the man named above is the only possible father of my child who was born to me. I state that I was not married at any time during the pregnancy or when the child was born OR, I state that I was not married when the child was born or at any time during the pregnancy but I have subsequently married the child's biological father.

I UNDERSTAND THAT SIGNING THIS ACKNOWLEDGMENT WILL ESTABLISH THE PATERNITY OF THE CHILD AND HAVE THE SAME FORCE AND EFFECT AS AN ORDER OF FILIATION ENTERED AFTER A COURT HEARING INCLUDING AN OBLIGATION TO PROVIDE SUPPORT FOR THE CHILD, EXCEPT THAT ONLY IF THIS ACKNOWLEDGMENT IS FILED WITH THE REGISTRAR WHERE THE BIRTH CERTIFICATE IS FILED WILL THE ACKNOWLEDGMENT HAVE SUCH FORCE AND EFFECT WITH RESPECT TO INHERITANCE RIGHTS. I HAVE RECEIVED WRITTEN AND ORAL NOTICE OF MY LEGAL RIGHTS AND THE CONSEQUENCES OF SIGNING THE ACKNOWLEDGMENT OF PATERNITY, AND I UNDERSTAND WHAT THE NOTICE STATES. A COPY OF THE WRITTEN NOTICE HAS BEEN PROVIDED TO ME. I CERTIFY THAT THE ABOVE INFORMATION IS TRUE.

I am currently in receipt of public assistance and/or child support services from a social services district in New York state.

☐ NO ☐ YES If "Yes", identify the county and address of the social services district, if known: ____________

SIGNATURE ____________ Date ___/___/___ (Month Day Year)

My maiden name is (Last name only) ____________

The above named ____________ signed and affirmed before us this ___ day of ____________ , that the information contained herein is true.

____________ First Witness ____________ Second Witness
(Witnessed by two people not related to the mother or father.)

IMPORTANT NOTICE: This form must be completed and filed with the New York City Department of Health & Mental Hygiene.

*(For Official Use Only)*
The above ACKNOWLEDGMENT OF PATERNITY is hereby filed with the New York City Department of Health & Mental Hygiene on ___/___/___ (Month Day Year)

This is to certify that I have examined the original record which this document seeks to amend. There are no omissions or apparent errors in this document that renders it unacceptable from amending the record. This document is, therefore, approved.

____________ Deputy City Registrar ___/___/___ (Month Day Year)

# PUBLIC SERVICE OPERATIONS MANUAL

2
0
1
3

EXHIBIT
PENGAD 800-631-6989
Schwartz
10
7/8/15 AB



CREATED: DECEMBER 2012
REVISED: MARCH 2013

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
BUREAU OF VITAL STATISTICS

# Public Service Operation
# Unit Head
# Organizational Chart



# Index


| Modules | Topics | Sections | Pages |
|---|---|---|---|
| 1 | General Information | 1.0 – 5.5 | M1/1-8 |
| 2 | Special Cases | 6.0 – 6.11 | M2 /1-5 |
| 3 | Daily Duties Performed Prior to the Arrival the Customers | 7.0 – 7.2 | M3/1-2 |
| 4 | The Arrival and Processing at the Window | 8.0 – 8.7 | M4/1-6 |
| 5 | Supervisory Functions | 9.0 – 9.1 | M5/1-2 |
| 6 | Confidentiality and Sensitivity | 10.0 – 10.4 | M6/1-4 |
| 7 | Credit Card Unit | 11.0 – 11.21 | M7/1-13 |
| 8 | Reading Unit | 12.0 – 12.3 | M8/1-2 |
| 9 | Search Unit | 13.0 – 13.5 | M9/1-6 |
| 10 | Customer Service | 14.0 – 14.3 | M10/1-2 |
| 11 | Reconciliation Process | 15.0 – 15.2 | M11/1-10 |
| 12 | Rights | 16.0 – 16.2 | M12/1-2 |

Attachment A – Verification Document

Attachment B – Photo Identification Sample

Attachment C – Confidentiality Statement

Attachment D – Sample Registration Letter

Attachment E – Durable Power of Attorney

Attachment F – Critical Events Report Form

Attachment G – Certificate Issuance Error Report Form

Attachment H – BVS Fraud & Security Report

Attachment I – Incident Report Follow-up/Final Disposition Form

# PSO – Cashiering Unit



# MODULE 1

# General Information

Section: 1:0 – 5:4 Page #


- Introduction M1 - 1
- Types of Certificates M1 - 2
- Certificate Cost & Mailing/Service Fees M1 - 2
- Acceptable Photo Identification M1 - 3
- Expired Driver's License/Interim Driver's License M1 - 3
- Acceptable Proof of Address M1 - 4
- Acceptable Forms of Payment M1 - 4
- Location/Hours of Operation M1 - 4
- Eligible Recipients for Birth Records M1 - 5
- Non-Eligible Recipients Request for Birth Records M1 - 6
- Eligible Recipients for Death Records M1 - 7
- Non-Eligible Recipients for Death Records M1 - 8
- Death Relationship or Proof of Entitlement Chart M1 - 8

# Office of Vital Records
# Public Service Operations Manual

## Section 1.0 – Introduction

The Office of Vital Records (OVR) is the repository for all records of birth (1910 to present) and all death (1949 to present) which occurred within the five boroughs (Brooklyn, Bronx, Manhattan, Queens and Staten Island) of New York City.

There are two kinds of vital records jurisdiction within the United States, open vital records and restricted vital records. The Office of Vital Records is a restricted vital records jurisdiction; it limits the issuance of birth and death certificates only to eligible and entitled recipients.

This manual will describe the units within PSO, the policies and procedures governing OVR issuance of birth and death records and an appendix on how to process request via the Electronic Vital Events Records System (EVERS).

---

The Office of Vital Records Public Service Operations Unit (PSO) is responsible for verifying customer's eligibility prior to the timely and accurate issuance of certified birth and death certificates. PSO consist of five units: Cashiering, Reading, Credit Card, Search and Customer Service. Listed below is a brief description of each units function:

Cashiering – Retrieves customer's personal data and certificate requests from the kiosk system, verify the data; then processes and issues all eligible applicant's request for birth and death certificates. The window staff retrieves and process certificate request from an assigned queue (see Queue Distribution - M4-2 Section 8.1).

Reading – Processes certificate requests received via regular and courier mail service submitted by the public and entitled government agencies. In addition, the Reading Unit performs expedite service for request submitted by US Priority, Express Mail or courier service.

Credit Card – Receives and processes birth and death certificate requests submitted via Internet through the VitalChek Network each morning. Customers generally receive computer-generated certificates mailed out via regular mail within 7 to 10 business days. Customers seeking expedited service generally receive their request within 3 to 5 business days. However, request for certified copies of original birth and death records usually take longer to issue.

Search – Supports each processing unit by researching and locating records that are difficult to locate (i.e. homebirths, misspellings, maritime, etc.).

Customer Service – Supports all units which has interactions with customers. The Customer Service unit responds to customer inquiries and complaints submitted by DOHMH's Call Center via an electronic correspondence system (VRRT).

## Section: 1.1 – Types of Certificates Issued by the Office of Vital Records

OVR issues five different types of certified birth and death certificates, as well as a certified "Not Found Statements" for certificate requests which are not located. A description of these records is listed below:

| Certificate Type & Form# | Certificate Function |
|---|---|
| Certificate of Birth Registration - VR 133 | The first certificate issued for a newly born infant (often referred to as the "Newborn Certificate") |
| Certificate of Death Transcript - VR 140 | The first copies of decedent's death certificate issued |
| Certificate of Birth or Death - VR 134 | Subsequent original certified copies of birth/death records. |
| Certification of Birth - VR 115 | Computer generated certified abstract of original birth certificate. Information limited to registrant's name, parents' names, gender, birth date, record's file date and borough of birth |
| Not Found Statement | A certified raised seal document which states that a diligent search of a record was conducted but "Not Found" – see M9-6 |

## Section: 1.2 – Certificate Cost and Mailing/Service Fees

The cost of mailing certificates varies; the chart shown below will provide you with the cost and fees associated with mailing birth and death certificates.

| Certificate Cost & Mailing/Service Fee | | | |
|---|---|---|---|
| **Service Type** | **Security Fee** | **Birth/Death Fee** | **Mailing & Service Fees** |
| In-Person | $2.75 | $15.00 per copy<br>Applications are only required for death certificates request | Reg. Mail – No Fee<br>Express Mail - $17.75<br>**Other Areas See Prices Below** |
| Mail-In | N/A | $15.00 per copy | Reg. Mail – No Fee |
| Internet | Included in service fee | $15.00 per copy | Mailing/Svc. Fee – $8.30<br>**Express Mail Request**<br>UPS Next Day - $15.00<br>UPS Alaska/Hawaii - $23.00<br>UPS Canada/Mexico - $27.50<br>UPS World Wide- $49.50 |
| In-Person Search | $2.75 | Search Includes:<br>*Consecutive 3 Yrs. Search<br>1 – Certificate (if located)<br>1 – Not Found Statement (if, cert. is not located)<br>*Fee – $15.00<br>$3.00 each additional Yr. | Reg. Mail – No Fee |
| Mail-In Search | N/A | | |

## Section 2.0 – Acceptable Photo Identification

The Office of Vital Records requires valid photo identification for the issuance of birth and death records. OVR defines acceptable photo identification as identification which meets the following **3 point** standard: (1) a **pictured ID** issued by a government agency, (2) an indicated expiration date (non-expired ID) and (3) date of birth.




### Types of Acceptable Identification:

- Current Military card
- Driver's License and Non-driver's ID from all states and U.S. territories
- Employee ID from verifiable employer AND recent pay stub
- Foreign Passport
- MTA Reduced Fare Metro Card (With expiration date
- New York State Benefit card (if in use)
- Student ID AND transcript from accredited and verifiable institution **(ID must be current)**
- U.S. Certificate of Naturalization
- U.S. Employment Authorization card
- U.S. Passport and Passport card
- Interim driver's license

Customers presenting a valid photo identification card from the list above will be issued a certified copy of a birth certificate in-person or by mail. If a walk-in customer's ID is not sufficient to allow the release of the certificate, he/she must present acceptable proof of address (see M1-4 Section 2.1).

Interim Driver's License
Customers with an interim driver's license and a recently expired driver's licenses are given a grace period of five business days after the expiration date of their expired license to obtain their request.

**Please note: Interim driver's license presented with an expired driver's license after five business days will not be honored as an immediate issuance but used as one form of proof of address.**

## Section 2.1 – Acceptable Proof of Address

Without Valid-Photo Identification (Certificates Must Be Mailed)

Walk-in customers who submit two original proofs of address will receive their request via mail. The two documents presented must be dated recently (60 days or less). Acceptable proofs-of-address is classified as letters issued by a government agency, banking institution or utility bills. The documents presented must be from **two different** sources which show their current address:

1. Cable, Direct TV, or Satellite TV bills
2. Cell Phone bill
3. Electricity bill
4. Gas bills
5. Internet
6. Telephone bill
7. Water bill
8. Housing Lease
9. Bank Statement

## Section 3.0 – Acceptable Payments

Walk-in Customers

Walk-in customers may pay for their birth/death certificate request via credit card, debit card, an electronic check (EFT) or a money order made payable to NYC DOHMH. Customers may pay for birth and death records by using another person's credit or debit card; both parties must present valid photo-ID.

Mail-In Orders

Customers may pay for birth and death records request submitted by mail via a personal check or money order made payable to NYC DOHMH.

Internet Orders

Request made via the Internet are payable by electron checks (EFT), credit and debit cards at www.vitalchek.com.

## Section 4.0 – Service Hours/Location

The PSO Cashiering unit is located at 125 Worth Street, Room 133; New York, NY. The unit is open to the public from 9am to 3:30pm; Monday through Friday; except on recognized city holidays. During peak seasons, the OVR can experience an influx of customers waiting in the lobby corridors after closing hours; these customers will receive service as long as they were on line at the close of business.

## Section: 5.0 – Eligible Recipients and Entitlement for Birth Records

Eligible Recipient Named on Birth Certificate

The eligibility criteria for obtaining a birth record is very simple; you must be named on the birth record (mother, father and of age child). The issuance requirements for an eligible recipient are listed below:

1. Valid photo-identification card (signed, non-expired ID with a photo or 2 current proofs of address (certificate is mailed) – see M1-3 Section 2.0 and 2.1);
2. Payment; and
3. The registrant must be at least 18 years old to receive a certified certificate which shows the name, date of birth and the parent(s) names on the certificate. Registrants who are 16 to 17 years of age will receive a **Minor Birth Certification.**

**A Minor Birth Certifications is a computer-generated birth record** with **only the registrant's name, date of birth, sex and the filing date.**

Legal Right to Birth Certificate

Individuals who are legally entitled to receive a copy of a birth record must provide valid photo identification; in addition to original documentation demonstrating their right to the record such as: legal guardianship, legal custody, a name change order, an adoption decree, etc. These documents must be an original with the judge's signature and the court seal. Moreover, the documentation presented must include identifiable information such as the **child's name, date of birth, place of birth and the entitled recipient's name** when applicable (i.e. guardianship and legal name change).

Individuals who have temporary guardianship or temporary custody must demonstrate their need for the registrant's birth record. OVR will review the request and the documentation presented; if approved, a **Minor Birth Certifications** will be issued. If the requestor insists on obtaining the complete record to due to a court proceeding; the certificate will be mailed directly to the court. The requestor must provide the case docket number and the complete address of the court.

## Section: 5.1 – Eligible and Entitled Recipients for an Acknowledgement of Paternity

The only persons who are entitled to receive a certified copy of an Acknowledgement of Paternity are the parents named on the birth record or an administrative of Family Court. Customers seeking to obtain an Application for the Request of an Acknowledgement of Paternity may request to have an application mailed to them or report to 125 Worth Street, Room 133 to complete and submit an application. AOPs are not issued to attorneys, family or friends.

In-person request are generally processed and mailed within two weeks of submission; however, mail-in request may take up to 6 to 8 weeks. In addition, AOP request are not expedited.

## Section: 5.2 – Non Eligible Recipient Requests for a Birth Record

An individual or an agency representative may assist an entitled person with obtaining their birth record; and the following conditions are met:

- An individual (friend, family, member, etc.) must submit an original durable Power of Attorney which indicates the representative's name and the POA records and reports must be initialed by the entitled person (see Attachment E).

- Registered agencies that care for children or disabled adult (who are unable to care for themselves) must present payment, a letter of agency letterhead stating they are commissioned to work on their behalf, indicate the purpose of the request and documentary evidence (court order, ACS custody, wards of the state) of the individual commissioned to the agency. The request should be forwarded via **Email to: NYCDOHVR@HEALTH.NYC.GOV (see Attachment D for sample registration letter).**

Obtaining a Decedent's Birth Record for Genealogical or Business Purposes

To obtain a decedent's birth record, the entitled recipient must submit valid photo ID and original documentation such as a lease, a joint property deed, a certificate of business/501C, joint accounts, etc. These documents are subject for review and the certificate will only be release once a determination of the authenticity of documentation is completed. The certificate will be issued and the word "**Deceased**" will be watermarked on the certificate in a clear and visible fashion.

## Section 5.3 – Eligible Recipients for Death Records

All applicants must be at least 18 years of age to obtain a death record. The eligibility criteria are listed below:

1. Generally, family members;
2. Able to prove that they have a legal right to the record; or the
3. Funeral Director of record for the first year after the decedent's death

Family Legacy/Marriage

The applicant must be a relative such as parent/grandparents; children/grandchildren; uncles/aunts; cousin, niece and nephew. In addition, relatives must be able to respond accurately to at least two lineage questions (decedent's mother's maiden name, father's name, etc.) listed on the death certificate. Moreover, a child's mother or father of record may receive the deceased parent's death record for social security payment. Spouses or former spouses who use another last name may present a marriage certificate, or a divorce decree to prove eligibility.

Legal Right to Death Records - Individuals

Individuals who are legally entitled to receive a copy of a death record must present valid photo-identification and acceptable original documentation linking the entitled person to the decedent. The documentation must be dated 60 days or less from the date the document is being review. Types of acceptable evidence but not limited to; titles, deeds, lease, utility bills, bank accounts, insurance policies, etc.

## Section 5.3 – Eligible Recipients for Death Records (Cont'd)

Legal Right to Birth /Death Records – Government/Law Enforcement

Government agencies that are legally entitled to receive a copy of a birth/death record must submit their request on letterhead; indicating why the record is needed and a copy of their employment Identification card. Examples of government agencies that are entitled to birth/death records are NYS Department of Probations, NYC Department of Social Services, NYC, Department of Corrections, NYC Public Administrator's Offices, etc. *The cost of the certificate is waived for these agencies. All records are watermarked "For GOVT Use Only" except for the Department of Corrections.

Death Certificate for Veterans and Police Officers

All applicants must pay for death records. However, the fee is waived for applicants who are the informant for the following exemption class:

- **NYC Police Officers and NYC Fire Fighters** – who expired in the line of duty, may receive an unlimited number of death certificates. This one time issuance **usually occurs at the time of registration**); and
- **Veterans** – all veterans – The line of duty requirement **is not** applicable for the fee waive; the informants may order up to 3 copies.

**Cashiers should check the system to confirm whether or not any fee waive certificates were previously issued; if so, the requestor must purchase their request.**

Funeral Director of Record

Funeral directors of record may request the death record for the first year after the decedent's death. Afterwards, customers requesting funeral director's assistance with obtaining a death record will be directed to purchase the certificate online or through the DOHMH.

## Section 5.4 – Non Eligible Recipient for a Death Record

Non eligible recipients requesting a death record without documentary evidence must be informed why they are not entitled to the record. Moreover, information on how to obtain the certificate should be given; including redirecting the requestor to an eligible recipient he/she may know.
If the customer insists on receiving the record themselves, inform him/her that a supervisor will be out to assist them.

## Section 5.5 – Relationship or Proof of Entitlement Chart – Death

The chart below lists some of the relationships which, with proper evidence, allow the issuance of death records to applicants. This list does not include all categories. It does include those seen most frequently. The use of the word current in most instances is defined as within 60 days.

**Relationship or Proofs of Entitlement**

1. Relatives includes parents/grandparents; children/grandchildren; uncles/aunts; cousins, nieces and nephews
2. Marriage Certificate; Domestic Partnership, Annulment or Divorce Decree
3. Funeral Directors of record for first year after decedent's death
4. Current mortgage statement, lease, or utility bill naming decedent and applicant
5. Beneficiary: Named on current insurance policy, bank account, or "In Trust for" financial document
6. Certified (filed) copy of decedent's will in which applicant has been named
7. Business Partners named in letters of corporation, or partnership agreements of current venture
8. Named in Letter of Testamentary as Executor, or Administrator of decedent's estate
9. Office of the Public Administrator in five NYC boroughs; Verified or unverified DCs
10. Government or law enforcement agency on letterhead request and written statement defining need
11. Lawyers – See M2-1 Section 6.2
12. Informants - Individuals listed on the death certificate as the informant
13. Church's need of certificate to remove decedent's name from stationary as officer of church
14. Land Purchase/Sale: Requirement to show decedent's previous ownership of land in title search

# MODULE 2

# Special Cases for Issuance

Section: 6.0


| | Page # |
|---|---|
| ▶ Special Cases | M2 - 1 |
| ▶ Requests for Birth Records Other Than Yourself or Your Child | M2 - 1 |
| ▶ Attorney's Request for Birth Records | M2 - 1 |
| ▶ Durable Power of Attorney | M2 - 2 |
| ▶ Extreme Illness Without a Durable Power of Attorney | M2 - 2 |
| ▶ Applicants Without Valid Photo-ID or Proof of Address | M2 - 3 |
| ▶ Applicants Living in Shelters, Temporary Residences and Referrals to Rehabilitation Centers | M2 - 3 |
| ▶ Persons Living with Friends or Relatives | M2 - 3 |
| ▶ Name Used Different than on Record | M2 - 4 |
| ▶ Government Agency Request for Certificates and Verifications | M2 - 5 |
| ▶ Inmate Request | M2 - 5 |

## Section 6.0 – Special Cases

There are many requests which fall into the category of "special cases." Special cases may range from customer's using different last names than the name appears on the birth record to request with customer's without valid photo ID or proof of address.

## Section 6.1 – Requests for Birth Records of Persons other than Yourself or Your Child

Request for birth records of persons other than yourself or your child can only be fulfilled by a Attorney protocol, Durable Power of Attorney (listing records/reports), legal guardianship, custody and temporary custody orders. To see a sample Durable Power of Attorney go to Attachment E. Please note: OVR no longer accepts a notarized **authorization letter** to obtain another person's birth record.

## Section 6.2 – Attorney's Request for Birth Records

An attorney who represents an active client is the only representative of a firm who may submit requests for NYC birth certificates on their client's behalf. To obtain the certificate, the attorney must meet the following conditions:

In-Person Request

(1) A completed Application for a Birth Record signed by the attorney or the entitled party
(2) Valid photo identification from the attorney as well as the entitled party
(3) A notarized letter authorizing the attorney to receive the certificate and
(4) A signed letter requesting the record from the attorney on his/her firm's letterhead stating that the firm represents the entitled party.

Mail-In Request

Send mail-in request to NYCDOHMH, Office of Vital Records, 125 Worth Street, Room 133, CN-4, NY, NY 10013– Attention: Attorney Requests; along with the following:

(1) A completed Application for a Birth Record signed by the attorney or the entitled party
(2) Valid photo identification – attorney's as well as the entitled party
(3) A notarized Letter authorizing the attorney to receive the certificate and
(4) A request signed by the attorney on his/her firm's letterhead stating that the firm represents the entitled party.

## Section 6.3 –Durable Power-of-Attorney

A Power-of-Attorney document is a notarized stating the person(s) named on the power of attorney is authorized to obtain documents, conduct business, and perform transactions on the behalf of the registrant or eligible recipient. Some Power-of-Attorney papers are issued for a limited period of time and the period is noted on the document. Others are for specific kinds of business. If the Power-of-Attorney document does not indicate that it is for a specific period, assume that it is still in effect. If you are reviewing a Power-of-Attorney document and are unable to determine the limits of the privileges being given, request the assistant of a supervisor. To review a sample power of attorney form; see attachment E.

## Section 6.5 –Temporary Court Orders

The primary determinant in assisting customers with temporary orders was first to verify that the order was still in effect. Once determined, ascertain why the certificate is needed. In most cases, a copy of the **Minor Birth Certification** will be issued (with the registrant's name, sex and date of birth only). If the requestor states that the parent's names are required, obtain the reason why. The decision to issue certification with parent's names depends on the legitimacy of the need i.e. guardianship hearing. These requests will be processed and mailed directly to the court; the requestor must provide the docket number and the full address of the court.

## Section 6.6 – Extreme Illness Without A Durable Power of Attorney

Customers frequently requests birth certificates for persons who are unable to request the record for themselves due to hospitalization, an accident, a stroke, in a coma, a medical illness such as Alzheimer's or dementia. A relative (spouse or child) may requests a copy of the certificate. The following instructions should be given the requestor:

Inform the relative to obtain a letter on business letterhead from the hospital, hospice or nursing home that the registrant is in documenting the illness. The letter must state the registrant's inability to obtain the record without assistance.

- If the person is a resident of the nursing home, the letter should indicate that fact.
- If the need for the record is urgent, inform the customer to have a physician, administrator, or social worker at the hospital, hospice or institution write a letter regarding the urgency of the certificate's need. With proof of relationship the record will be release to the spouse (marriage certificate) or child (child's birth certificate). On rare occasions, the record may be released to other next-of-kin. The decision to release a certificate to the next-of-kin other than the spouse or child must be made by a supervisor.
- If the need for the record is required, but not urgent and the registrant is and the registrant will be hospitalized for a more than a week, inform the applicant that a letter from the institution's administrator or social worker on the facility's business letterhead will allow the certificate to be mailed directly to the registrant at the facility.

In some circumstances, the record being requested cannot be released to the person requesting the record. If the requestor produces enough convincing evidence of the legitimacy of the request, refer the applicant to a supervisor. If the requestor is able to provide the registrant's valid photo-ID, or two proofs-of-address at which the registrant regularly receives mail, the record may be mailed to the registrant's address.

## Section 6.7 – Applicants without Valid Photo-ID or Proofs-of-Address

Applicants with neither valid photo-ID nor proofs-of-address are presented with a real challenge when they requesting copies of their own or their children's birth records. The Office of Vital Records rules and regulations do not permit the release of certificates to these applicants. However, a designated staff member will assist and review every avenue to have the certificate issued. Since these types of request are determined on case by case bases; customers are directed to submit their request to: NYCDOHVR@HEALTH.NYC.GOV and a representative will respond. Moreover, three documents from M2-3 Section 6.9 may be accepted.

## Section 6.8 – Applicants Living in Shelters, Temporary Residences and with Referrals to Rehabilitation Centers

Persons living in shelters or temporary residence and are unable to provide valid photo-ID should bring a letter from the shelter's Director or Social Worker on the agency's letterhead indicating that the applicant is a resident; as well as additional proof of identity from the listing below in section 6.9. If so, a certificate will be mailed to the applicant.

## Section 6.9 – Persons Living with Friends or Relatives

Applicants who have neither valid photo-ID nor proofs-of-address, but is living with relatives or friends with valid photo-ID and two proofs-of-address; may obtain assistance their assistance to meet our issuance criteria. The relative or friend must:

a) Provide a notarized letter of residence (stating with whom and where the applicant reside)
b) A copy of their valid photo-ID and two proof of address to verify their place of residence
c) Place the registrant's name in their mailbox; otherwise, the certificate will not be delivered to that address.

In addition, the applicant must submit a minimal of three proofs of identity such as any of the following:

- Expired State Driver's License or State Identification Card
- Voter's Registration Card
- Social Security Printout (showing individual's name and SS#)
- Prison Record or Printout from the Correctional Facility Release Papers
- Medical Papers from doctor or hospital
- Old Employment Photo ID
- Veteran's Affairs Photo ID
- DD-214 or other Military Record
- W-2 or 1099 Issued by Employer
- Medicare or Medicaid Card and/or documents

**FOR COMPLETE LISTING OF ACCEPTABLE DOCUMENTS SEE ATTACHMENT A**

If the applicant is able to provide these item and the review of what is provided appears legitimate, the cashier should inform the applicant that the record will be mailed to him/her at that address.

## Section 6.10 – Name Used Different than on Record

### First Names Differences

Abbreviated/Nicknames

Customers often present valid photo identification in their abbreviated/nickname instead of their given first name; if so, we have a book that identifies most commonly used abbreviated/nicknames. If the name appears in the book, the certificate may be issued. If not, an employee may Google the name translation for authenticity.

Elderly

Elderly customers who present valid photo identification in a first name other than the name on the birth record may receive the record if they provide the following:

- Documentary evidence at least ten years old showing usage of their alias name
- A notarized letter acknowledging how his/her name appears on the birth record, but despite this has used another name; and
- Valid photo-ID in the alias names and two proofs of address

### Last Names Differences

Married Names

In general, many women change their last name on photo identification card to take their spouse's last name. As same sex marriages become more prevalent in our society, this practice is changing the way we conduct identification checks and the following should be adhered:

Female – The First name and date of birth on the identification should be the same as the birth record.

Male – The First name and date of birth on the identification should be the same as the birth record. Cashier should inquiry why the customer's last name is different from birth record. If marriage is the response, the customer must present their original marriage license.

Different Names - First and Last Names – If the request is for a birth record of a male or an unmarried female and their first name and the last name is different form the name listed on the record, the applicant should be referred to Civil Court to obtain a legal name change order.

Customers can request a record with their name change order when the record on file has not been updated. The order must be an original with the court's seal; moreover, the order must include: the registrant's original name on the birth record, date of birth, and parent's name.

Customers seeking additional information about correcting a birth or death record should be directed to the Correction and Amendments Unit for assistance.

## Section 6.11 – Government Agency Requests for Certificates and Verifications

Other city, state and federal government agencies will request birth and death certificates, as well as verifications of birth and death records. The following rules apply regarding responses to these agencies:

- New York City and New York State agencies (law enforcement, social services, etc.) requesting certificates or verifications must complete an application, make their requests on business letterhead indicating the reason the information is needed and a completed application. These requests will be stamped "**For GOVT use only**".
- Federal agencies and other government agencies from other states or US territories requesting certificates or verifications must make their requests on business letterhead and write the reason the information is needed. These government agencies must pay;
- Social Security Administration must request certificates or verifications on business letterhead and write the reason the information is needed, and pays for both verifications and certified copies of certificates
- New York City Office of the Public Administrator request death records to resolve matters of an estate. Public Administrators are able to receive, pending and well as unverified death certificates. All request for death or birth certificates must be submitted on agency letterhead; moreover, the letter must indicate the reason for the request. In addition, the Administrator must submit payment and a copy of their job identification. Please note that request for birth certificates are issued on a case by case bases at the discretion of the Director of Vital Records or the Director of Public Service Operations.

## Section 6.12 – Inmates Request

Individuals who are incarcerated may submit their request via mail; along with a completed Application for a Birth Record, a copy of their inmate ID, a $15.00 money order and a returned self-addressed envelope which includes their inmate number, the facility's full name and address. Applicants should be directed to download the application from the internet at http://www.nyc.gov/html/doh/downloads/pdf/vr/birth1.pdf. If not, staff should mail the applicant an application.

# Daily Duties Performed Prior To The Arrival of Customers



# MODULE 3

# Daily Duties Performed Prior To The Arrival of Customers

Section: 7.0 – 7.2 Page #


- Daily Duties Performed Prior to the Arrival of Customers M3 - 1
- Customer Service Lobby Staff Responsibilities Prior to the Arrival of Customers M3 - 1
- Cashiering Supervisor's Responsibilities Prior to the Arrival of Customers M3 -1
- Cashiering Supervisor's Responsibilities Prior to the Arrival of Customers M3- 2

## Section 7.0 –Daily Duties Performed Prior to the Arrival of Customers

The following are a list of tasks that are performed each morning prior to the arrival of customers. These tasks are performed to ensure our customers receive a level of customer service excellence that is acceptable to them as well as our agency.

## Section 7.1 – Customer Service Lobby staff Responsibilities Prior to the Arrival of Customers

Each morning, prior to the arrival of customers, the Customer Service Lobby staff performs an operational check of the kiosks and the Q-Matic systems. He/she also replenishes the paper for the BTR and Time-`stamped paper; if applicable. In addition, the staff restocks all forms and applications distributed to customers regarding other vital records jurisdictions/agencies. Once all preparations are completed, the CSL staff is ready to assist customers.

## Section 7.2 - Cashiering Supervisor's Responsibilities Prior to the Arrival of Customers

Each morning, prior to the arrival of customers, the Unit Supervisor performs 3 key functions (system check, reconciliation, and security paper distribution). A brief description of the duties performed is listed below:

Systems Check

The designated supervisors perform a system check of EVERS to ascertain if there are any problems. If a problem exists, an early morning call is made to DITT for resolution. The system check and the call to DITT is a crucial component of the supervisor's responsibilities; it aids in the timely resolution of a potential larger problem before customers arrive at 9:00 am. However, if there are no problems, the supervisor proceeds to log into the EVERS.

Performs Reconciliation Process

1. In the presence of the cashier, a peer review of the cashier's accounts is performed. The accounts totals are compared to the EVERS' report of the previous business day.

Distributes Security Paper

1. As staff members arrive to work, the corrugated box of security paper is removed from secured closet in which it has been stored and placed at the print issuance workstation.
2. The supervisor examines the security paper and verifies that the box number and the first sheet of security paper available for use is consistent with what has been written in log.

Note: The document number from that first sheet of security paper is listed on a Document Number Ledger maintained by the Cashiering Unit's supervisor. The first and last document numbers used by staff member is recorded each time their assigned security paper is connected to and/or removed from the workstation being used.

(Cont'd)

## Section 7.2 - Cashiering Supervisor's Responsibilities Prior to the Arrival of Customers

Cashier's Receipt of Security Paper from Unit Supervisor

1. The supervisor, then checks the unit/window CPDR worksheet's listing of the document number of the last sheet of security paper used by this staff member previously, and the first number of the next expected sheet of security paper to be used. Unless, the certified paper last used was the end of an entire box of certified paper, the document number listed on both the supervisor's ledger recording the distribution and receipt of security paper and the cashier's daily worksheet reviewing the document number of security paper last used to what should be the first sheet of paper to be used as recorded on the staff member's CPDRW as "Next Day's Start Number:" The only exception to this is the cashier's use of the last sheet of certified paper in the box of paper assigned and a new box of certified paper has not been assigned. If this is the case, a new box of security paper will be assigned to the cashier.

2. The document number of the first sheet of security paper is written in both the supervisor's ledger and the control book.

3. The supervisor initials the control book verifying that the first number on the cashier's worksheet matches the number listed on the supervisor's ledger recording security paper distribution and receipt.

4. The security paper is placed in a metal container directly under the certificate printer to be used by the unit/window. It is threaded through a slot in the cover of the metal container and connected to the certificate printer. The supervisor locks the metal container in which the corrugated box of security paper has been placed.

5. The cashier logs into the Business Unit and EVERS. Upon successful logins, the Cashier can begin to receive customers.

# MODULE 4

# The Arrival of Customers

Sections: 8.0 – 8.3


| | Page# |
|---|---|
| ▶ Cashiering Lobby Staff Functions | M4 - 1 |
| ▶ Customers Complete Request on Kiosk | M4 - 2 |
| ▶ Queue Distribution Chart | M4 - 2 |
| ▶ Cashier Processes Customer's Request | M4 - 3 |
| ▶ Processing Customer's Request Procedure | M4 - 3 |
| ▶ Process for Leaving Cashiering Window During Lunch | M4 - 4 |
| ▶ Request Requiring Searches | M4 - 4 |
| ▶ Customers Complete Request on Kiosk | M4 - 4 |
| ▶ Comment Card | M4 - 5 |

## Section 8.0 – The Arrival of PSO's Customers

### Cashiering Lobby Staff's Function

The Cashiering Lobby Staff are the first members of the PSO team which customers meet. It is imperative that they represent the unit in a professional manner and deliver customer service excellence. In an effort to ensure that the customer's experience is pleasant, the Customer Service Lobby staff does the following:

- Greeting – Greets customers with the salutation of the day; "Good Morning or Good Afternoon" and asks, "How may I help you"?
- Verifying – The staff makes sure that each customer takes a Time-stamped ticket from the Q-Matic machine. If not, the customers are directed to take a ticket. →




- Informing – Staff announces general information such as the types of acceptable payments, OVR identification requirement, what records are obtainable (the five boroughs of NYC), etc.
- Screening – Reviews customer's photo identification or two proofs of addresses for acceptability. In the screen process, customers are asked various questions to determine if they are in the correct service area. If not, the customer service representative will direct them to the appropriate area. In addition, they provide general information on PSO issuance guidelines and procedures or service information for other agencies and municipalities (i.e. how to obtain a record for a U.S. citizen born abroad).
- Assisting – Provides assistance to customers that have problems utilizing the kiosk; in addition, directs customers with language barriers into the PSO main office to obtain assistance via the language line.
- Directing – At the completion of the screening process, the Customer Lobby Staff directs customers to an available kiosk; in addition to maintaining clear corridors and lobby isles.



**Q-Matic - Time-Stamped Machine**

**Customer Takes Ticket (see above) From Q-Matic Dispenser and Gets on Line**

## Section 8.1 – Customer's Completes Request via Kiosk

All walk-in customers are required to input birth/death certificate request information. The applicant's information is entered first into the kiosk system; then the registrants. Afterwards, a series of security questions will appear on the screen to verify the requestor's identity via Procheck/ProID.

At the completion of keying in their certificate request and their verifiable information; customers are prompt to select their method of payment. Credit card, debit card and EFT check payments are accepted at the kiosk system. However, money order payments may be submitted at the service window to the cashier. At the end of the transaction, a Kiosk receipt is printed.



Customer Using the Kiosk System

Customers are called to the service window by the Kiosk Receipt (on the right). OVR's kiosk system prints a receipt which indicates the type of certificate the customer is requesting (long or short form); in addition to the order number. The order number is used to identify the customer's request in EVERS once the cashier scans the receipt.

> *Welcome to Vital Records*
>
> *Bienvenido al Registro Civil*
>
> **644**
>
> *Please wait for your number to be called.*
>
> *Order Number: 20190300084*
>
> *Service: Birth – Short Form*

Kiosk Receipt

| Ticket Series # /Queue | Queue Distribution |
|---|---|
| 800 – 899<br>Fast – B | Customer requested a birth/death record, passed the Pro-Check/PRO-ID and paid via credit card and/or EFT. The customer's bypasses the second call to service window. Computerized generated requests are printed and issued. All other requests are mailed to the customers in 7 to 10 business days. |
| 700 – 749<br>Information - E | Customer requested additional Information at the kiosk or their data was entered incorrectly. Cashier assists, verifies data and forwards the request to the print issuance queue. Customer will be called to the Service Window again. |
| 750 – 799<br>Spanish – D | Spanish speaking customers requested additional assistance to process their request. Cashier assists, verifies data; and forwards the request to the print queue for issuance. Customer will be called to the Service Window again. |
| 400 – 600<br>Slow – C | Customers paid via check, money order, or failed to select a payment option, or their information was entered into the kiosk incorrectly or omitted. Cashier assists, verifies data and forwards the request to the print issuance queue. Customer will be called to the Service Window again. |

## Section 8.2 – Cashier Processes Customer's Request

Once the cashier is log onto EVERS, they must select the business unit queue (Print Issuance or Information) they are assigned.

Cashiers assigned to the Print Issuance queue are responsible for processing requests which (a) passed ProCheck/Pro ID and (b) the payment (credit/debit card and EFT) was accepted at the kiosk payment system.

Cashiers assigned to the Information Queue are responsible for processing requests that (a) failed the security check (B) have data incorrectly entered into the kiosk system (c) customers with language barrier and (d) the collect of payment for processing.



Customers in PSO Lobby Area Waiting To Be Called

Regardless to which queue (print/information) cashiers are assigned their roles are very similar. The chart below illustrates their similarities and differences:

| Processing Customer's Request Procedure | Print Que. | Info. Que. |
|---|---|---|
| Presses the number distribution button alerting customers of the next transaction number. | X | X |
| Acknowledges customer by greeting the customer with the salutation of the day (Good morning, how may I help you?) and requests the customer's identification, time-stamped ticket (ticket indicating arrival time) and their Kiosk payment receipt. | X | X |
| Reviews customer's photo identification for authenticity and verify the record retrieved from EVERS. Although ProCheck/Pro ID conducts the security check; the cashier must keep in mind the following: | X | X |
| a) An eligible person who is a minor (16 or 17 years old), must receive a **Minor Birth Certifications** - only the registrant's printed name, date of birth and sex will be printed. | X | X |
| b) Customers may receive up to 3 Certificate of Births at one time. | X | X |
| c) The last name of females may be different; therefore, he/she must check the date of birth and first names. If the last and first name are different; the customer must provide a legal name change or proof he/she is the person on the record - **"See Special Case" in M2-4 section 6.10).** | X | X |
| d) Asks why the certificate is needed; to ensure the type of certificate issued is suited to the applicant's needs. Depending on the customer's response, the cashier will distinguish between the two types; computer- generated or certified original. | X | X |
| <u>Queues C, D and E</u> – Customer's request information and payment are verified (if applicable). Customers are instructed to listen for their number to be called again; the printing cashier will complete the final transaction and states "Have a good/pleasant day!" | | X |
| <u>Queue B</u> – Certificate is printed; the customer is given the certificate and the receipt. In the case of request for death or certified original birth certificates; the customer is given the receipt and informed that death and certified original birth certificate are usually mailed within two weeks. The cashier closes the transaction by stating "Have a pleasant day!" | X | |
| If the customer's request is not located, the request is sent to the Search Unit. | X | X |

## Section 8.3- Process for Leaving Cashiering Window During Lunch

To maintain adequate staffing at the cashiering window during the lunch period, the reassignment of staff from other units within PSO is required. The daily relief schedule is posted at the beginning of the business day. The staff reviews the daily relief schedule and reports to their designated area. Once the cashier signs off EVERS, the relief cashier performs the following:

| Issuance Window | Printing Window |
|---|---|
| ▪ Log onto EVERS and select their assigned business unit queue. | ▪ Log onto EVERS and select their assigned business unit queue. |
| ▪ Press button to call the next customer. | ▪ Press button to call the next customer. |
| ▪ Greet the customer with the salutation of the day. | ▪ Greet the customer with the salutation of the day. |
| ▪ Review customer's identification | ▪ Review customer's identification |
| ▪ Scan bar code to retrieve request | ▪ Scan bar code to retrieve request |
| ▪ Verify entitlement and collect payment | ▪ Verify entitlement |
| ▪ Transfer to Print Queue | ▪ Issue Certificate and stamp receipt issued |

## Section 8.4 – Requests Requiring Searches

Over the workday, cashiers receive requests for records they are unable to locate within the EVERS. The Cashier's normal procedure is to search for birth records under both the last name listed on the application (the registrant's name at birth), as well as the registrant's mother's maiden name. If after performing both searches, the record is not located, the cashier should ask the following questions:

1. Were you born (or your child) within the five boroughs of New York City?
2. Have you received a copy of the birth record from this office before?
3. Have there been any recent changes made to the record through the Corrections and Amendments Unit?
4. Is the last name on the record, the name given at the time of birth?
5. Are there any different spellings of the name that you are aware of?
6. Do you (or your child) have an older sibling born within the five boroughs?

If the response to the questions listed above does not assist the cashier with locating the record, the customer should be informed that request was not located and request will be sent our Search Unit. In addition, the customer should be advised if the certificate is located it will be issued. If not, a Not Found Statement will be issued.

## Section 8.5– Forward Request To The Search Unit

If the customer's responses indicate that a record should be on file in the name given, inform the customer that a more extensive search of OVR's records must be made to locate the record and that the request will be sent to OVR's Search Unit for the search to be completed. Further inform the customer that the search cannot be completed while they wait. The customer's address should be verified before the customer departs the window. Moreover, inform the customer that if the record is not found, a certified "**Not Found Statement**" will be issued and mailed. A Not Found Statement signifies that a diligent search was completed based on the information on the application. If a customer realizes within three months after receiving the "Not Found Statement," that the information previously given was incorrect, the correct information should be listed directly on the Not Found statement and it should be returned to the office; and another search will be made. To avoid an additional certificate fee, the original Not Found Statement must be returned. If the search requires reviewing records of different years; an additional $3.00 will be charged each year.

## Section 8.6 – Customer Feedback Card

The Customer Feedback Card is a city-wide mayoral initiative which was spawned by the Office of Mayor in 2008. The initiative was implemented to determine if city employees are delivering customer service excellence, set a standard of service and to identify areas of service that needed improvement. Today, the Customer Feedback initiative data is used in the monthly statistical reporting to the Office of the Mayor for most city agencies.

The customer Feedback Card may be issued by the window cashier at the completion of the service transaction or by VR's greeters. Customers who elect to complete the card are asked to place the card in the Comment Card drop box. Each week, these cards are removed from the drop box; counted and analyzed for the monthly EMAS report.


TRANSPARENCY, ACCOUNTABILITY, ACCESSIBILITY

NYC Feedback

Your feedback will help us make New York City a better place to live and work. A minute of your time can make all the difference. Please mark your answers and place the card in the comment box.

1. Please rate the convenience and accessibility of this location.
   EXCELLENT GOOD AVERAGE FAIR POOR
2. Please rate the cleanliness of this location. excellent Good average fair poor
   EXCELLENT GOOD AVERAGE FAIR POOR
3. Please rate the professionalism and courtesy of the agent who helped you.
   EXCELLENT GOOD AVERAGE FAIR POOR
4. Please evaluate how clearly the rules and important information were communicated.
   EXCELLENT GOOD AVERAGE FAIR POOR
5. How would you rate the overall customer service you received?
   EXCELLENT GOOD AVERAGE FAIR POOR

Additional Comments:

Thank you for your help.

City of New York
Michael R. Bloomberg, Mayor
nyc.gov

# MODULE 5.0

## Supervisory Functions

Sections: 9.0 – 9.1

Page#


- Supervisory Functions M5- 1
- Supervisory Functions Specific to the Financial Manager M5 - 2

## Section 9.0 –Supervisory Functions

Throughout the office supervisors must perform special functions to support the work of the office. All supervisors perform certain tasks which are unique to their specific units; however, all supervisors should be knowledgeable to the functions of all PSO units. While the Cashiering Unit's supervisors also perform additional tasks as they relate to the reconciliation processes and the distribution and receipt of security paper, all supervisors should know what these tasks are and be able to perform them is case of emergencies. This is a listing of supervisory functions completed by all PSO supervisors.

- Voids certificates issued via EVERS
- Determine whether a certificate can be exchanged if time period is questionable
- Trains and assists staff and respond to questions from staff regarding certificate issuance
- Liaison with DITT personnel in any computer problems that may arise in office
- Lock and unlock metal security boxes which hold security paper
- Respond to requests from unit directors
- Alert unit director to any peculiarity in the processing of work, loss of security paper, of monies (checks, money orders)
- Alert unit director to mechanical or computer problems preventing the issuance of certificate or performance of work in unit
- Submits help desk service ticket for EVERS malfunctions
- Perform special assignments as required by OVR director
- Assure the security and confidentiality of units performance
- Make decisions regarding the issuance or release of birth and death records when problems arise
- Consult with applicants in cases requiring documentary evidence
- Confer with other supervisors or unit director regarding unclear issuance procedures
- Obtain instructions for procedures to be taken in emergencies
- Direct staff in cases of emergency issuance of records

This list is by no means exhaustive of the responsibilities of supervisors.

## Section 9.1 – Supervisory Functions Specific to The Financial Manager

The Financial Supervisor is responsible for the receipt of security paper from the Records Management Unit. The daily distribution and receipt of security paper from staff members of the Mail/Reading Unit and a Credit Card Unit supervisor. In addition, the Financial Manager is responsible for maintaining an accurate ledger of all usage of the security paper VR 115 form.

The Financial Manager is responsible for the daily verification and reconciliation of all accounts. This includes the receipt of checks from the Credit Card, Registration, and Correction Units. These payments must be added to the daily totals of the processing cashier and reconciled on the next business day.

- The daily preparation and sending of the accounting of funds received to the DOHMH Fiscal Office
- The daily preparation and packaging of all monies received for courier service pickup.
- The receipt, review and amendment of EVERS reports on a next day basis
- The monthly report of all monies received within OVR. A reporting of the number of birth and death applications processed and the separation of the units within which these numbers occurred.
- The notification of the OVR director, the Assistant Commissioner when major problems occur (missing security paper, theft of money, etc.)
- The notification of staff for alerts made to various records

This list is not exhaustive but contains some of the supervisory functions specific to this unit.

# MODULE 6

## Confidentiality and Sensitivity

Sections: 10.0 – 10.3 Page#


- Confidential Information M6 - 1
- Keeping Your Environment Secured M6 - 1
- Security Walk-Thru Indicators M6 - 2
- Non Compliance of Walk-Thru Indicators M6 - 2
- Diversity M6 - 3
- Customers With Physical Disabilities/Offensive Body Odor M6 - 3
- Security Breach M6 - 3
- Incorrect Certificate/Documentation Issued M6 - 4

## Section 10.0 – Confidential Information

The Office of Vital Records is a restricted vital records jurisdiction. All birth and death records as well as documents received for the issuance and corrections of records are strictly confidential; moreover, the data and documents must be protected, kept safe and secured by all staff at all times. Sharing information is limited to your work with colleagues in fulfilling customer's request and conversations should not occur in the lobby, hallways or restrooms. When assisting customers; you can only provide information on how to fulfill their request; never reveal confidential data on birth and death records. Regardless to the method of receipt, staff must view and hold all vital event information as private.

## Section 10.1 – Keeping Your Environment Secured

Keeping your work environment secured is a critical aspect of your job. You should:

- Lock your computer so no one can use your computer to send/receive files or look up sensitive information.
- Log off or shut down your computer; at the end of the day.
- Store records and documents that are not in use in a locked environment (desk, file cabinet, drop box, etc.); personal information should never be left unattended.
- Never leave sensitive information on the copier and in a box to be shredded; if it is not in locked secured environment.
- Never transmit sensitive information over the facsimile. If you are expecting a fax, you should be near the facsimile to receive it.

## Section 10.2 – Security Walk- Thru Indicators

In an effort to employees are in compliance with OVR security standards, the Quality Assurance Unit conducts a monthly walk-thru of the Public Service Operations, Registration, Records Managements, and the Corrections and Amendments Units. The unit's compliance of the security standards is rated and the employee may be reprimand based on the nature of the infraction.

During the walk through, the QA representative checks the following:

1. Whether sensitive information is locked up at all times when not in use
2. Whether sensitive information are attended at all times
3. Whether non BVS staff in the area; if so, were they escorted into secured areas
4. Whether employees from other units are I the area for work related matters only
5. Whether confidential documents are disposed of appropriately
6. Whether screen savers are activated when agents are away from their workstation
7. Whether employees are wearing identification cards
8. Whether safes are locked
9. Whether the cashiering area locked and all forms of currency including security paper are secured
10. Whether the agent's metal boxes are locked
11. Whether the cashier's draw locked when not in use

## Section 10.3 –Non Compliance of Walk-Thru Indicators

The outcome of a security walk through is submitted to the unit director and the Director of Vital Records. The number and types of non-compliance infractions are very minuscule. However, based on the severity of the breach, repeated infractions may result in a written reprimand or disciplinary actions.

## Section 10.4 –Diversity

New York City is one of the most diversified cities in the nation; it is known as the "Melting Pot". The Office of Vital Records serves customers from various ethnicity groups. Each group has different cultures, beliefs, and backgrounds. We must be mindful of the differences when we communicate with customers and make every attempt not to discriminate because of those differences. For instance, in some cultures, women wear a hiccup; it is a garment which covers their hair and face. If you happen to serve someone who is wearing a hiccup and doesn't want to unveil; ask the persons to step aside and a supervisor will be out shortly. The supervisor will bring the customer into the inner office to express our policy and the importance of identifying an eligible recipient prior to the release of a certificate. This practice also hold true for any customer who needs privacy to express sensitive information i.e. transgender, recent parolees, etc.

## Section 10.5 – Customers With Physical Disabilities/Offensive Body Odor

Customers with challenging physical disabilities requesting assistance should be given priority service; a customer service representative should ensure their service is expedited in addition to immediate seating in the lobby area. Individuals with an offensive body odor should also receive expedited service.

## Section 10.6 –Security Breach

Reporting Missing Paper/Payment Identified via Reconciliation Process

Employees must notify supervision within 40 minutes of their inability to reconcile their security paper to their payment.

The supervisor has up to 40 minutes to aid the employee with the reconciliation of their account. If the matter is resolved, the investigation is over.

If not, the investigation continues; if the reconciliation reveals there is a shortage of security paper or payment; the Unit Director and the Director of Vital Records must be informed that a potential breach has occurred.

Director of Vital Records notifies the Assistant Commissioner of BVS and DOI (within 2 hours of the initial breach) of the situation.

The Unit Director completes the Critical Events Report Form and submits it to QAT (Appendix E).

The unit supervisor/director must complete the online DOHMH Incident Report in kronos and notify QAT upon completion.

The incident is investigated by the Department of Investigation.

## Section 10.4 – Incorrect Certificate or Document Issued

There are incidents when a customer's request for a birth record, death record, AOPs or supporting documentation for the issuance or correction of birth/death records is sent to the incorrect person. During such occasions, immediate notification of the unit supervisor/director must occur as well as the following steps:

1. Retrieve certificate(s)/documentation by expressing a return express mail envelope to the customer.

2. The unit supervisor/director notifies the Director of OVR and QAT of the incident upon receiving notification.

3. The 30 minute rule – the unit director/unit supervisor completes a Certificate Error Issuance Form within **30 minutes** of notification.

4. The unit supervisor/director forwards the CEI report to a QAT staff member; once all components of the form are completed, QAT will distribute copies to the Unit Director and the Director of Vital Records. In addition, the DOHMH Incident Report must be completed.

5. Unit supervisor/director must complete the DOHMH Incident report within 1 hour (**1 Hour Rule**) of the incident and submit it to QAT.

6. Incidents not resolved within 5 business days requires follow-up. Document all actions on the Follow-up/Final Disposition form. Submit the Follow-up/Final Disposition form to QAT ASAP.

# PSO – Credit Card Unit

VitalChek EXPRESS CERTIFICATE SERVICE
A LexisNexis® Company

25 Years
1987 - 2012

# Module 7

# Credit Card Processes

Section: 11.0 – 11.4 | Page #


- Credit Card Process — M7 - 1
- Credit Card Supervisor's & Staff Member's Responsibilities — M7 - 2
- NYCDOHMH Business Processes on VitalChek Prochek ID — M7 - 3
- Description of Queues — M7 - 4
- How Request are Retrieved from VitalChek — M7 - 4
- Processing Internet Request - Births/Birth Vaults & Death Certificates — M7/5-6
- Processing Internet Request - Failed ProChek/ProID — M7/6-7
- Work Flow for Birth Vaults and Death Certificates — M7 - 7
- Work Flow for Search Request — M7 - 8
- Work Flow for Mailing Certificates — M7 - 8
- Mailing of Computerized Certificates — M7 - 9
- Mailing of Birth Vaults and Deaths & Letters of Exemplification — M7 - 9
- Mailing Express Mail Certificates — M7/10-11
- Close of Business Reconciliation of Monetary Fund's — M7 - 12
- Closed of Business Reconciliation of Certified Paper — M7 - 12
- Refund Process — M7 - 13

## Section 11.0 – Credit Card Processes

The Credit Card Unit accepts requests for birth and death certificates from customers who make requests via the Internet. These customers use the VitalChek Network's secure website to make their requests. All customers using the VitalChek Network to process applications for New York City birth records must go through the Network's ProChekProID PASS identity verification process. The verification process enables VitalChek to authenticate the identity of person's requesting their or their children's records to this office.

The processing of birth and death certificate requests in the Credit Card Unit, however, is different from that of the Cashiering and Mail Units. Instead of the individual processing and cashiering of each application, applications in the Credit Card Unit are electronically received from the VitalChek Network early each morning. These requests are categorized as expedites, regular and failed requests and stored in mailboxes until processed. As the names imply, expedites are requests that require immediate processing and are mailed by courier service, regular requests are those that requires normal processing and are sent by regular mail and those requests that are categorized as failed are reviewed by supervisors only.

The Credit Card Unit's requests are usually processed hours after they are received and Certification of Birth records are often printed the same day. Requests for certified copies of original birth and death certificates must be issued by the Records Management Unit. As a result, they may require several days to be issued depending on whether the request was received as one to be expedited or not. If the request was to be expedited, it may take another 24 to 48 hours before the order is sent.

Certificate requests are received during the VitalChek Network's early morning electronic transfer of requests are usually often reviewed and electronically approved by the Credit Card Unit's staff. Because the requests processed by the unit's staff have been verified by VitalChek's ProCheck/ProID identity verification system, the applicants' identity has been verified.

Staff members are reviewed to review these requests for accuracy of information. Most are accurate making approval a quick process.

The Credit Card Unit's staff members are not responsible for the review of failed requests, the handling of security paper, or the completion of the CPDR worksheet. In the unit, these are all supervisory functions. A supervisor is also responsible for initiating the early afternoon printing of Certification of Birth records, the printout of their accompanying receipts and the receipts for all requests which were processed for certified original copies of original birth and death certificates. These receipts are obtained at this time and the requests are placed on the Manhattan Vault Worksheets. Each day, Records Management receives four worksheets from the Credit Card Unit in which these requests are listed. The birth and death requests are then separated into two groups, one for express shipment of the request and the other is for regularly mailed requests.

## Section 11.1 – Credit Card Supervisor's and Staff Member's Responsibilities

The list below provides you with insight into the daily responsibilities of the Credit Card Unit's supervisors and staff members. This list is subject to change and duties are not performed in the order listed.

### Supervisor's Responsibilities

Supervisors within the Credit Card unit are responsible for the following:

- Downloads requests early morning transfer of customer requests from VitalChek Network
- Supervisor initiates printout of requests received
- Supervisor assigns staff as they arrive to work to queues to begin processing the orders received
- Supervisor completes control book
- Supervisor obtains security paper from Cashiering Unit
- Assigns preparation of the Manhattan Vault Worksheets
- Connects security paper to certificate printer
- Locks metal box ensuring safety of security paper
- Initiates printout of processed requests for certified computer generated certificates
- Initiates run of requests processed for certified copies of original birth and death records
- Completes a VitalChek close for payment of orders approved for release and delivers to Cashiering Unit
- Delivers check to Cashiering Unit supervisor for signed receipt on the next business day
- Prepares monthly reports of Unit's activity

### Staff Member Responsibilities

Credit Card Unit staff members perform the following activities:

- Processes regular and expedite requests received
- Prepares the Manhattan Vault Worksheets
- Matches certification records issued to receipts
- Scans bar codes of certified paper to bar code on receipts
- Envelopes Certification of Birth orders for mail out

## Section 11.2 – NYCDOHMH Business Processes on VitalChek ProChek ID

The Department of Health and Mental Hygiene, Office of Vital Records partners with VitalChek/Lexis Nexus to facilitate the ordering of online certificate request. Customers may purchase birth transcripts (computerized copies), birth vaults (long forms) and death certificates for individuals who were born or died in the five boroughs of New York City; Brooklyn, Bronx, Manhattan, Queens and Staten Island.

## Section 11.3 – ProChek/ProID Process – Passed

All customers using the VitalChek Network to process applications for New York City birth records must go through the VitalChek Network's ProChekProID PASS identity verification process. The verification process enables VitalChek to authenticate the identity of the requestor. If the applicant successfully passes the requests are placed in the V90/V95 queue. If the applicant fails, the request are placed in the V98 queue and internet registered the V97 queue.

To pass the verification process, the criteria in which the customer evaluated on are listed below:

- Social Security Number Exists
- Social Security Number is Not Flagged as Deceased
- Social Security Number Matches the First & Last Name
- The Applicant has correctly answered the randomly generated security questions

## Section 11.4 – ProChek/ProID Process –Failed

If the applicant does not meet all of the social security criteria; they fail the ProChek/ProID verification process; the system will not be presented with security questions. However, if the applicant meets the social security criteria, but fails the security questions, ProChek/ProID will follow other procedures. When customers 'fail' (V97 & V98 queues) a response is automatically generated via e-mail informing that they did not pass the identity verification process. Moreover, the notice provides a listing of the acceptable identity verification documents that they must fax and/or scan to a specific fax number directly to VitalChek. VitalChek staff reviews the documents, attaches them to the specific order and forwards the request to NYC. These orders are not received by the Credit Card Unit until the customer has complied with the request. Once received, if the supervisor determines that the identification, proof of address, and other documentary evidence sent and reviewed are sufficient to allow the record to be released to the requestor, the certificate is issued. If not, the certificate is not issued, the request is voided and the certificate fee amount is automatically refunded; the processing/security fee is non-refundable.

## Section 11.5 – Description of Queues

The V90 orders are requests where customer has passed ProChek/ProID, and the customer requested Express Delivery (UPS) for an additional $15.00 charge. The V90 orders are a combination of computerized copies, birth vaults and death certificates. These orders are assigned to and processed by staff.

The V95 orders are requests where the customer has passed ProChek/ProID and requested regular mail delivery at no extra shipping charge and are a combination of computerized copies, birth vaults and death certificates. These orders are assigned to and processed by staff.

The V97 orders are requests submitted from pre-registered and approved organizations. Customers in this category are expected to fail ProChek/ProID. The order can be express or regular mail orders and are a combination of computerized copies, birth vaults and death certificates. These requests are only assigned to the unit supervisor.

The V98 orders are ProChek/ProID failed requests. These orders are processed once customers submit proof of address documentation and proof of identity via a secured link on the VitalCheck Network. These orders may be express or regular mail orders and/or a combination of computerized copies, birth vaults and death certificates which are only assigned to the unit supervisor.

## Section 11.6 – How Request Are Retrieved From VitalChek

Each morning, between 7:00 and 7:30AM, the unit supervisor downloads requests that customers have placed on the internet the previous day by clicking on "Get Web Orders" from the VitalChek server. The download may take 15-20 minutes. Upon completion of the download supervisors receives request via the laser printer connected to the server several pages listing the transactions. The pages consist of 4 sets; V90, V95, V97 and V98. The requests are inserted into 4 queues labeled 1, 2, 3 and 4 on the VitalChek software. The V90 and V95 lists are placed in a processing tray where staff will complete 1 page at a time. The V97 and V98 are assigned to a supervisor. All orders are received by NYC authorized with payment.

## Section 11.7 – Processing/Assignment for internet Requests of V90's and V95's of Births/Birth Vaults/Deaths

Once the download is printed, the transaction sheets are placed in a tray. Staff assigned to the specific queue will retrieve one transaction sheet at a time and process the order as indicated below:

1. Staff will enter the first order number from the page assigned and select the TAB key to bring up the request. To continue on to the next order, staff will use the page up/down key.
2. Staff will select the applicant information button and review the name of the individual who is making the request.
3. Staff will select the registrant name, this opens the birth certificate information, staff will review the customer information; relationship, birth certificate information, and hospital to determine entitlement.
4. Staff will review the reason for request to determine if the certificate type should be changed to a birth vault; such as Dual Citizenship, International Marriage/Adoption, Apostille, and ensure that a Letter of Exemplification is provided with the order.
5. Staff will confirm that the applicant appears on the birth certificate information as the registrant, the mother or the father. NYC is a closed jurisdiction and only the individuals named on the record are entitled to request them.
6. Staff will close the birth certificate information page and select the BR03 button on the software, this functionality invokes the mainframe's database to bring up the record if the customer has provided the correct information, and if it is available in the database.
7. Staff will select the registrant name again and compare the information the applicant has provided to the information the mainframes database has located.
8. Staff will use the mouse to place the cursor under mother's maiden name and select F12.
9. The selection of F12 inserts the birth certificate number into the VitalChek software and sends the request to an issuance queue for batch printing.
10. If the request is for a birth vault/death, which is not batch printed but processed by Records Management, the receipt will automatically print.
11. If the request is not found in our database, the mainframe states "No Record Found"; staff selects F12 to close the VC software session.
12. Select the red check mark on the upper left-hand corner of the VC software, select manual issue from the drop down; then prints receipt.

## Section 11.7 – Processing/Assignment for internet Requests of V90's and V95's of Births/Birth Vaults/Deaths (Cont'd)

13. Staff will go to the upper left-hand corner of the VitalChek software, place the mouse over the checkmark and select manual issue. This process will print a receipt. This receipt will be documented on the SEARCH log sheet and sent to search the following day.

14. If after review the staff determines that the customer is not entitled, staff will select the void button if it is enabled. This functionality voids the customer's payment, places the funds, minus the $8.30 processing fee, back on the customer's credit card. Staff will select one of the pre-written cancellation notices and an email is generated to the customer informing them of the cancelled request, and provides an email address where the customer can inquire about the cancellation.

15. If the void button is disabled this request will be placed in the Refund Folder, NYC will issue a manual refund to the customer.

16. Before proceeding to the next request staff will review the request and ensure that VOIDED shows in the upper right-hand corner of the VC software.

## Section 11.8 – Processing/Assignment for Internet Requests of V97's and V98's

1. Staff is assigned the pages of the V97 & V98 requests.

2. Staff will follow the same process detailed in steps 2-7 above in section 11.6.

3. Staff will select the "DOCS" button and review the documentation the customer has provided to verify their identity and proof of residential address. The "DOCS" feature is password protected, changes each day, and a supervisor will provide the staff with the password of the day.

4. The review of the documentation consists of the following; a non-expired photo identification card that matches the applicant or parents named on the request. If expired, one (1) proof of their current address, in the form of a utility bill, government letter, or bank statement that is the same as the address where the request is being mailed to and has been received by the applicant in the last 60 days. If no photo identification has been provided or is expired, the customer has faxed and/or scanned two (2) different proofs of address, in the form of utility bills, government letters, and/or bank statements that is the same address where the request is being mailed and has been received by the applicant in the last 60 days.

5. If the documentation is acceptable, staff will follow the processes in steps 8-16 (see above).

## Section 11.8 – Processing/Assignment for Internet Requests of V97's & V98's (Cont'd)

6. If after review the staff determines that the customer is not entitled, staff will select the void button if it is enabled. This functionality voids the customer's payment, places the funds, minus the $8.30 processing fee, back on the customer's credit card. Staff will select one of the pre-written cancellation notices which generate an email informing customers of the cancelled request, and an email address to inquire about the cancellation.

7. Before proceeding to the next request staff will review the request and ensure that VOIDED shows in the upper right-hand corner of the VC software.

## Section 11.9 – Work Flow for Birth Vaults and Deaths

The birth vaults and death requests are fulfilled by Records Management through VRMS. Each staff person that has processed birth vaults and death requests will complete the following process:

1. Receipts are placed in trays by certificate type: Birth Vault, Death, Search and Multiples.

2. A specific log, labeled by certificate type and delivery method are used to log the work going to records management; ex: log sheets are label birth vaults express, birth vaults regular, death express, death regular mail. This occurs because the unit ensures that all requests received by UPS Express are completed first since the customer has paid an extra fee.

3. The log sheets contain the following information; order number and quantity. The requests are listed on the logs, a copy of the logs is made and maintained in the unit, the original is placed in a folder with all the receipts paper clipped to the log sheet. The birth vaults and death logs and receipts are physically taken to Records Management for fulfillment. Staff will return with a batch of work that was left in Records Management the previous day.

## Section 11.10 – Work Flow for Search Request

Birth and death records which require an additional search are logged as stated above and physically delivered to the Search Unit. The search unit will use the mainframe, EVERS, VRMS, indexes, hospital books, microfiche and microfilm to try and locate the record. The search unit will try a variation(s) of the spelling of the last names, first names, date range, gender and borough to try and locate the certificate.

1. If the record is located, or a record that the staff person believes is the record, the search staff will write the certificate number on the receipt, complete the batch, and return the batch to the credit card supervisor.

2. The supervisor will locate the order on the VitalChek software and review the information provided by the search unit. If the request is approved for release, the supervisor will adjust the VitalChek software with the new information and try to bring the record up in the mainframe. EX: customer stated birth date was 4/7/02; however it is 7/4/02. Customer spells name Rodriguez but name is actually printed on certificate as Rodrigues. If the record found is inconsistent with the information the customer has provided; EX: the registrant is using the last name Smith, his father's name, but the system states his last name is Johnson, his mother's name, and there is no father on the record, this becomes and entitlement issue and the request is voided. There are many scenarios for voiding of requests, too many to list on this document.

3. If the record is not located after a through, search a Not Found Statement is issued to the customer.

4. All NFS statements issued on the behalf of the Credit Card Unit are returned to the unit. The staff will place a comment in the note field of the software indicating that a NFS was mailed to the customer.

5. When a customer has requested more than one copy of a record that that was not located, up to 3 copies that are allowed at one time, the customer is charged $15.00 for the 3-year search and a manual refund is generated by NYC to reimburse the customer for the additional copies. For example: 1 copy costs $15.00, 2 copies = 1 NFS and a refund of $15.00. 3 copies = NFS and a fund of $30.00. Death certificate requests are unlimited; therefore, the refund is according to the total copies requested.

## Section 11.11 – Work Flow for Mailing Certificates

NYC issues 3 types of certificates, computerized copies, birth vaults and deaths. Computerized copies are available for immediate issuance and are printed daily. Birth vaults and deaths are mailed after Records Management has fulfilled the request, 4-5 days later. Computerized copies are issued from a printing station that is set up with a desktop computer that has BR04, the mainframe application, a laser printer, which prints the receipts and UPS labels for express orders, and a Lexmark printer that will print the actual birth certificate.

## Section 11.12 – Printing and Mailing of Computerized Copies

Upon the completion of certified copies, the unit supervisor will use the printing station set up to print certified copies; the printing of the certificates are based on pages assigned to each staff member. The supervisor prints a batch of certificate by entering the beginning number on the processed page and the last number on the page into the VitalChek.com printing software. A maximum of 3 sheets is selected to print at one time; any additional sheets will cause the system to print slowly.

After the printing of certificates, the following occurs:

1. Staff is given the receipts, UPS labels, and certificates that have been printed in the run.
2. Staff will separate the certificates at the perforation of the pin fed paper.
3. Staff will separate the bottom part of the receipt that contains the applicants name and shipping address.
4. Staff will collate the shipping part of the receipt, the certificate, and the UPS label, verify that the applicant is entitled to the record again, and paperclip the pieces together.
5. Staff will complete this process until all records have been collated and paper clipped.
6. The collated bundle will be given to another staff for the next process; for a second review, the scanning of the two (2) bar codes on the upper part of the customer receipt and the bar code/document number on the birth certificate. Staff will place the certificate, customer receipt, and UPS label in the UPS envelope leaving the envelope open.
7. The pre-filled envelopes are provided to a third staff person who will review the name on the UPS label and confirm that the receipt inside matches the UPS label and that the name appears on the birth record, once confirmed the UPS envelope is sealed.
8. The same process is completed for regular mailed requests; however a number ten (10) window envelope is used, the applicant receipt with the address is visible in the window.

## Section 11.13 – Mailing of Birth Vaults and Deaths

Birth vaults and deaths are received after Records Management has fulfilled the request 4-5 days later. There are a high volume of birth vaults and death requests that also require a letter of exemplification. When these requests are received from Records Management they are separated in the following manner; birth vaults, birth vaults with letters of exemplification, death certificates, death certifications with letters of exemplification. The mailing of these requests is assigned to staff by the four (4) batches above. The batches are also separated by express and regular requests. Staff is provided with blank letters of exemplification for those batches that require them. The procedure for mailing these requests are as follows:

## Section 11.14 – Express Birth Vaults and Death Certificates

For express mail orders of birth vaults and death certificates; the staff will do the following:

1. Separate the mailing label from the receipt and scan the two (2) bar codes on the upper part of the receipt and the bar code/document number on the certificate.
2. Print the UPS label, confirm entitlement, and place the certificate and customer receipt into the UPS envelope which remain open.
3. Another staff member will review the contents of the envelope, match it to the receipt and UPS label and seal the UPS envelope for shipping.

## Section 11.15 – Express Mail – Birth Vaults and Death Certificates with Letters of Exemplification

For express mail orders of birth vaults and death certificates; the staff will do the following:

1. Separate the mailing label from the receipt and scan the two (2) bar codes on the upper part of the receipt and the bar code/document number on the certificate.
2. Print the UPS label; confirm entitlement, place the certificate, the customer's receipt and the letter of exemplification into the UPS envelope leaving it open.
3. Another staff member will review the contents of the envelope, match it to the receipt and UPS label and seal the UPS envelope for mailing.

## Section 11.16 – Regular Mail –Birth Vaults and Death Certificates

For regular mail orders of birth vaults and death certificates; the staff will do the following:

1. Separate the mailing label from the receipt and scan the two (2) bar codes on the upper part of the receipt and the bar code/document number on the certificate.
2. Confirm entitlement then place the certificate and the customer's receipt into the envelope leaving it open.
3. Another staff will member review the contents of the envelope, match it to the receipt and seal the envelope for shipping.

## Section 11.17 – Regular Mail – Birth vaults/Death Certificates with Letters of Exemplification

For regular mail orders of birth vaults and death certificates with letter of exemplifications; the staff will do the following:

1. Separate the mailing label from the receipt and scan the two (2) bar codes on the upper part of the receipt and the bar code/document number on the certificate.
2. Confirm entitlement; then place the certificate, the letter of exemplification and the customer's receipt into the envelope leaving it open.
3. Another staff member will review the contents of the envelope, match it to the receipt and seal the envelope for shipping.

## Section 11.18 – Issuance of Daily Downloaded Requests

For the issuance of computerized copies NYC uses the following equipment; a computer with the VitalChek software, the mainframe database (BR04) and a Lexmark printer that uses pin fed certificate paper to print the computerized copies and a laser printer that generates the customer receipts and for the express orders, UPS labels.

1. The printing of the certified copies is done by the supervisor of the unit and is completed with the pages that are downloaded daily and processed/approved for release.
2. The supervisor and/or assignee will begin with the V90 requests; these have priority since customers have paid an additional express fee.
3. The supervisor and/or assignee will place the pages in number order and enter the first order number on page one and the last order number on page three (3) and select print.
4. **PLEASE NOTE**: All order numbers, regardless of certificate type; birth/birth vault/death, must be entered into BIRTH-A for issuance.
5. The maximum number of pages printed at one time is three (3); printing higher volume causes the system to print at a slow pace.
6. When all V90's have been entered into BIRTH-A for printing the supervisor and/or assignee will follow the steps for V95, V97 and V98 requests that have been downloaded that day.
7. The supervisor and/or assignee will retrieve the manual issuance folder which contains records located by the Search Unit. Once the customer verifies the information, these request and all ripped certificated are reprinted manually.

## Section 11.19 – Close of Business Reconciliation of Monetary Funds

The Close of Business (COB) day reconciliation will be completed the following morning when the supervisor or assignee has determined that all orders downloaded the previous day have gone through BIRTHA's issuance process. To reconcile the monies and certified paper the following steps will be completed:

1. Staff/Assignees will retrieve, the EXCEPTIONS REPORT that VC will email to NYC each morning by 7 AM.
2. Staff will review the exception report and complete the following process; look up each order on the exception report, select the checkmark on the upper left-hand corner of the VitalChek software and select "manually issue certificates". This process will flag the orders on the exception report to be paid to NYC. This process does not include the issuance of the certificates.
3. Staff will select issue certificate again and select "ALL". This process ensures that no requests were omitting from the issuance process that is completed by the printing of the processed pages completed by staff daily.
4. To process the COB check staff will use the VC software to process payment.
5. This process will generate a detailed report and a summary report of all transactions that are paid on the check and a report listing the requests that were voided.
6. The system will ask if all reports printed successfully. Staff will make that determination and continue by entering the check number into the VC software, placing the check into the laser printer, and selecting okay. This process will generate a check payment to NYC.
7. Staff will review the total copies on the report, multiply by $15.00 and confirm that the amount paid on the check matches.

## Section 11.20 – Closed of Business Reconciliation of Certified Paper

The Credit Card unit staff will retrieve their box of certified paper from the cashiering supervisor. This process involves the supervisor initialing the first number in the box on the reconciliation book, initialing the confirmation of the last sheet of certified paper used, and documenting the number of the certified paper that will be used the following day. At COB staff will subtract these numbers, add one (1) and document the total sheets of certified paper used each day. This process reconciles the usage of certified paper.

## Section 11.21 – Refund Process

Once the business day's check has been closed NYC cannot refund the customer's credit or debit card electronically, the refund will be completed manually. The process is as follows:

1. All refunds are completed on Friday's.
2. Staff will place the receipt for refund requests in a folder.
3. The supervisor will review the refund request and ensure that a refund should be processed.
4. Those approved for a refund are logged onto a template with the following information; applicant name, applicant address, amount of refund, order number and reason for a refund.
5. Refunds are documented on the template report by queue number; V90, V95, V97 & V98.
6. The supervisor will make 3 copies of each report. One copy will be provided to Amril Ogiste and will be forwarded to NYC Finance Department where a refund will be sent to the customer. A second copy will be placed in the refund binder which customer service staff will use to respond to customer inquiries regarding refunds. The third copy will be stapled to the copies of the receipts documented on the report and stored in a separate binder for the supervisor.
7. The supervisor will enter a comment into each request that was refunded indicating the following; date request was submitted for a refund and a comment DO NOT ISSUE.

# PSO – Reading Unit



# Module 8 - Reading Unit

Section: 12.0 – 12.3 <u>Page #</u>


- Reading Unit's Functions M8 - 1
- Cashier's Responsibilities M8 - 2
- Supervisor's Responsibilities M8 - 2

## Section 12.0 – Reading-Mail Unit

The Office of Vital Records provides certificates to a number of city, state and federal agencies. Among the agencies are the city and state correctional facilities, the Administration for Children's Services, the five Public Administrator's Offices and the Health and Hospitals Corporation, among others. In addition, the Reading Unit cashiers all subpoenaed requests even though they are prepared by the Customer Relations Unit.

The identification requirements for obtaining copies of birth and death certificates are the same as those in the Cashiering Unit. Customers must send either copies of their valid photo-ID or two proofs of address in the form of recently received utility bills or one recently received utility bill and a recently received letter from a government agency.

Requests received by the Customer Relations Unit are cashiered by the Reading Unit. All other policies and procedures governing certificate issuance are the same as those of the Cashiering Unit.

## Section 12.1 – Cashier's Responsibilities

Several cashiers are responsible for processing mail order request; however, printing is not performed by each cashier. A designated person is assigned to print all certificates. The person designated to print, will print certificates from the security paper box based on the payment type; fee waived and payment.

Reading Unit cashier performs the following functions:

- Receives a box of assigned security paper from a Cashiering Unit supervisor. The supervisor checks the CPRD worksheet to verify that the "Next Day's Start Number" written on the worksheet matches the document number of the first sheet of the security paper received.
- Writes the document number of the first sheet of security paper on the Start Number of CPDR worksheet. This number is also verified by Cashiering Unit supervisor who initials the worksheet signifying that the number is correct.
- Returns to the Mail Unit with the security paper
- Receives bundles of applications from secure cabinet in which mail from customers have been placed;
- Signs log indicating receipt of several bundles of 25 to 50 pieces of bundled mail from customers requesting records;
- Logs into the EVERS system and begins processing applications;
- Uses the same criteria for processing applications as used in the Cashiering Unit;
- Disconnects security paper from certificate printer when away from workstation allowing security paper to fall into locked metal box;
- Completes Manhattan Vault Worksheet if assigned;

## Section 12.1 – Cashier's Responsibilities (cont'd)

- Awaits supervisor unlocking, reconnecting of security paper to certificate printer and relocking of metal box to resume work (process repeated for return from lunch hour);
- Begins reconciliation process approximately 30 minutes before end of workday;
- Completes draft CPDR worksheet with document number of last sheet of security paper used;
- Lists document number of first sheet security paper in box in Next Day's Start Number on draft CPDR;
- Completes pages 1 and 2 of draft CPDR Worksheet;
- Completes Bank slip of payments received;
- Completes cashier close;
- Completes reconciliation which involves a peer review of account verification

## Section 12.2 –Reading Unit Supervisor Responsibilities

The following tasks are performed by Reading Unit supervisors:

- Distributes bundles of mail to the staff members once they arrive to work;
- Trains and answers staff members questions which arise throughout the day;
- Processes voided applications for staff members,
- Assigns unit members to perform specific processing of requests from agencies with whom the unit has a special relationship;
- Oversees the activities of staff members assigned to process expedite requests received by USPS Express Mail, and courier services;
- Reviews and verifies staff members draft reconciliation worksheet;
- Responds to calls and specific requests of local government agencies, foster care agencies, etc.;
- Responds to customer calls regarding the status of their requests
- Resolves problems with customers regarding PSO's ability to process their requests;
- Prepares or assigns the preparation of the Manhattan Vault Worksheet
- Logs request requiring an additional search onto a template and deliver it to the Search Unit
- Prepares monthly reports of Unit's activity.

## Section 12.3 – Rejected Requests

Customer's request that do not meet the OVR issuance criteria are returned to the sender with a rejection card (appendix H) indicating the why the request was not processed and what to do to process the request when applicable.

# PSO – Search Unit



# Module 9 - Search Unit

Section: 13.0 – 13.5

Page #


- Search Unit's Purpose M9 - 1
- Search Unit's Responsibilities M9 - 1
- Methods Used to Locate Records M9 - 1/3
- Not Found Statement M9 - 3
- Not Found Statement Sent to Customer for Additional Information M9 - 3
- Flagging Records of Missing Persons M9 - 3
- Search/Mail Unit's Supervisors Responsibilities M9 - 4/5
- Not Found Statement Sample M9 - 6

## Section 13.0 – The Search/Mail Unit

The Search Unit is comprised of two units; the Search unit and the Mail unit. The Search unit supports each processing unit by researching and locating records that are difficult to locate via a traditional search. The Mail unit facilitates the mailing of customer's request; in addition to the prepping of mail for the Birth Registration and Corrections/Amendments units.

## Section 13.1 – Search/Mail Unit's Purpose

The core purpose of the Search unit is to make every attempt to locate "hard to find" record. The Mail unit core purpose is to place the appropriate amount of postage onto mail; international and domestic for the OVR and BVS Admin.

## Section 13.2 – Search/Mail Unit Responsibilities

The Search unit receives all requests that are not found in the Cashiering, Credit Card and Reading Units. In addition, the unit provides birth and death verifications for various government agencies. Government agencies that are currently entitled to birth and death verifications via the search unit are military personnel, Social Security Administration, Federal Bureau of Investigation, the NYC Department of Corrections, etc. Moreover, the Search unit is responsible for issuing Not Found Statements if a record was not located after a thorough search.

The Mail Unit is responsible for mailing the birth certificates of all newborn babies born within the five boroughs of New York City. In addition to mailing newborn certificates the mail unit receives and preps mail for Corrections and Amendment, and Birth Registration units for release into the U.S. Postal Service system. The unit also mails certified long form certificates that are reordered by the customer.

## Section 13.3 – Methods For Locating Records

The methods used to search a record include the Electronic Vital Events Registration System (EVERS), Vital Record Management System (VRMS), Citynet, Birth and Death indices, Hospital Indices, and the Microfilm/Microfiche reels.

Searching a Birth/Death in EVERS

1. Operator will logon to EVERS and enter the business unit they will be searching.
2. Enters the current activities link and select assign task; birth/death search.
3. Enters order number link and select matched events on the left navigation panel of the specific order.
4. Selects the edit link to review customer's information and search the specific record using indices, books, CMS, VRMS and EVERS.
5. If found, the operator will save the match and validate the order. The order is returned to the originating unit if a birth certificate was requested. If a long form/death record was request the record is sent to Records Management.
6. If the record is not found, the operator will return to the services page and select link, "No Issue Statement".
7. If the customer has paid for one record, the operator will issue the Not Found Statement manually.

Searching a Birth/Death in VRMS

VRMS is a program that allows the operator to search or view the actual birth/death certificate as it stored on file. VRMS can also be used to search for birth and death records. A Search can be conducted in a variety of ways that will allow the user to obtain the best results. For example:

i. Long term date range searching – 01/01/1950-12/31/1960

ii. Searching both parents name – Many different name combinations can be applied to conduct an accurate search.

Searching the Birth/Death Indices

Currently earlier years are not available for computer search – therefore after identifying the year – the operator should proceed to determine the following steps.

1. The years serviced by the birth book indices are from 1910-2010. The lower years are arranged in 2 books for a particular year and borough.
2. The years serviced by the death book indices are from 1949-2010.
3. These books are arranged as follows: Last name, first name, date of birth, birth certificate number and finally the code symbol designating the borough of birth. The code symbol designated for the borough of birth is as follows:

   M – Manhattan – 1
   X – Bronx– 2
   K – Brooklyn – 3
   Q – Queens – 4
   R – Richmond – 5
   Y – Outside of New York City

4. To properly search for a record, the operator should search for the registrant using the following methods:

   Alphabetically – Search in alphabetical sequence; transposition of the name. If a by searching the fathers surname is unsuccessful, check the mother's maiden name for the child date of birth. In addition, check all names with "male", "female" or baby

   Year – Search the year before and the year after; may also check additional years as necessary.

5. If the record is found; indicate the entire certificate number on the application as well as in EVERS along with the operators initial. This will ensure that if the person orders the record again, it can easily be located.

6. If the search ***does not*** result in the location of the record.

   a. If the name still has not been located – the application is classified as "Not Found". The letters N.F. are marked on the application usually in the upper right hand corner along with the operators' initials.

   b. This should be noted in EVERS.

Searching the Hospital Book Indices

The hospital indices are set up similar to that of the Birth/Death Indices. Hospital books are generally used as a backup if the client lists a hospital name; otherwise searching the computerized systems along with the regular book indices take precedence.

1. The books are bound by the hospital name, borough and year.
2. The hospital indices are arranged in the following format: Institution; Borough; Institution code; name of child; date of birth and cert#.

Searching Hospital Books

If a client indicates a hospital name for the years that are serviced by the books, the operator should check the appropriate year and hospital's name; it also helps to search the year before and after.

Searching Microfilm/Microfiche

Microfilm and microfiche are usually the last step in the searching process. Microfiche – formerly referred to as the Mosler system. The microfiche reels are copies of the original record which is now used to verify original records if necessary. The Mosler system is no longer in. The following are the methods in which microfilms are searched:

Hospital Name and information
Home Address
Indexed by years and boroughs

## Section 13.4 – Not Found Statement

A "Not Found Statement" is a certified statement issued to customers after a diligent search has been made for the record they have requested and the record has not been found. It is issued by the Search Unit which receives request from the Cashiering, Credit Card and Mail Units when staff members are unable to immediately locate the requested record in EVERS (See M9-6 for an example of the types of Not Found Statements).

## Section 13.5 – Not Found Statement Sent To Customer For Additional Information

The "Not found Statement" requests that the recipient review the statement paying particular attention to the search parameters listed. If there were errors in the information, the applicant is instructed to write the correct information directly on the certified statement and return the statement to the office within three months of receiving it. If the statement is received within that time period, another search for the record will be performed without any additional fees to the applicant.

## Section 13.6 – Search/Mail Unit Supervisor Responsibilities

### Search Unit

The following tasks are performed by Search Unit supervisor:

- Oversee staff that conducts searches for all units within Public Service Operations.
    a. Participate in the searching records as to keep work flow current.
    b. Make sure all certified long form birth and death records are retrieved from Records Management on daily basis.
    c. Ensure accuracy with all parts of the mailing process:
        i. All parties are entitled to the certificate that is ordered, and that it is mailed to the correct recipient.
        ii. Records must be mailed in a timely fashion; normally a 24 hour window period.
        iii. Write and Emboss Exemplification letters when requested for records by customers.

### Mail Unit

The following tasks are performed by Mail Unit supervisor:

- Oversee staffs that are responsible for mailing certificates, Acknowledgement of Paternities as well as the postage of mail for Public Service Operations.
    a. Ensure that all new born certificates are retrieved daily from Records Management.
    b. Make sure that all Acknowledge of Paternities are embossed to accompany certificates going to customer.
    c. All new born certificates are mailed on a daily basis.
    d. Make sure all equipment is running at its optimal level to avoid any pitfalls or backlogs.
        i. In the event any issues arise contact the appropriate service provider for technical support.
        ii. Email department directors of status update
        iii. Take steps to avoid a back logs such as redirecting staff duties.
        iv. Participate in processing work for coverage and provide support for critical time points.
        v. Ensure that all units receive incoming mail and that it is logged and accounted for based on tracking names and signatures.
- Train staff on all procedures, in addition to providing ongoing motivation training and support.
    a. There are trainings given throughout the year that staff must take.
    b. Providing ongoing support ensures that the unit is running at its optimal level.

## Section 13.6 – Additional Responsibilities

### Flagging and Unflagging Records

- Coding referred to as "Flagging" birth/death records.
    a. Currently EVERS and CMS must be flagged and notice be sent to Records Management when an out of city death occurs. They are in the following categories.
        i. Missing Children Reports.
        ii. Out of City and Death abroad
        iii. New born death –both in and out of city.

### Cashiering Back Up Supervisor

The following tasks are performed by back up Cashiering supervisor:

- Cashiering Back up Supervisor
    a. Assist with coverage during peak times and or critical points during the day.
        i. Receive Payment
        ii. Process customer orders for issuance.
    b. Trouble shoot/Solve staff issues regarding customer orders.
- Reconciliation of all units' revenue accounts.
    a. Receive each unit's revenue accounts.
    b. Check for accuracy and close each unit's accounts.
    c. Prepare appropriate accounting reports reflecting the amount received
    d. Prepare the checks for deposit to the bank
        i. Make copies, complete appropriate forms and seal in security bag for pick up by armored guard.
    e. Create additional reports showing the total deposit.
        i. Include distribution report, copies of checks, receipts and report that was created indicating the total deposit.
- Provide high quality reports, analysis and documents.

- Assist other units when required:
    a. I have been specifically trained in all areas of Public Service Operations – as well as other units.

# SAMPLE – NOT FOUND STATEMENTS

## Birth

VR 31 (Rev. 9/09)

NYC Health

**DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
OFFICE OF VITAL RECORDS
125 WORTH STREET, CN 4
NEW YORK, N.Y. 10013

DATE 10/10/2012

**This is to certify that** a search was made of the records of BIRTHS in all boroughs of New York City for the calendar years 2002 to 2004 for the name of Justice People who is said to have been born on January 15, 2003 and the name was NOT FOUND.

Steven Schwartz
City Registrar

Information supplied by the applicant for the purpose of identifying the proper record.

Father's name Alexander Justice People
Mother's name Lauren Matthews
Place of birth Kings County Hospital
Order No. 20121111111 Searched by ........ Search Verified by ........

FOR INFORMATION ON HOW TO FILE A RECORD OF YOUR BIRTH RETURN THIS STATEMENT TO THE ABOVE ADDRESS TOGETHER WITH THE FOLLOWING INFORMATION:

What was the exact place of birth? ........
(Hospital, or if at Home, Number and Street)
Any additional data regarding the birth: ........

*Sign your name here* ........
*Present address* ........
*City and State* ........

(Please See Reverse Side)

## Death

VR 32 (Rev. 8/02)

The City of New York
Department of Health and Mental Hygiene

**DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
OFFICE OF VITAL RECORDS
125 WORTH STREET, CN 4
NEW YORK, N.Y. 10013

DATE 10/10/2012

**This is to certify that** a search was made of the records of DEATH in all Boroughs of New York City for the calendar years 1994 thru 1996 for the name of Thomas Frank Randall who is said to have died on January 5, 1995 and the name was **NOT FOUND.**

Steven Schwartz
*City Registrar*

Information supplied by the applicant for the purpose of identifying the proper record.

Place of death 560 Lenox Avenue, NY, NY 10027

Order No. 2012050511 Search by ........ Search Verified by JC

**NOTE:** Death records are registered where death occurred and not where the decedent resided.

(Please See Reverse Side)

# Customer Service



# Module 10 - Customer Service

Section: 14.0 – 14.3 **Page #**


- ▶ Customer Service Unit Responsibilities M10 - 1
- ▶ Vital Records Resolution Tracking System M10 - 1
- ▶ Customer Service Supervisor's Responsibilities M10 - 2

## Section 14.0 – Customer Service Unit

The Customer Service unit was established to augment a unit's response time to customer inquiries and complaints. The Unit's support to OVR's public facing operations aids in the unit's ability to maintain production continuity and less operational disruptions.

## Section 14.1 – Customer Service Unit Responsibilities

The Customer Service unit is responsible for ensuring the timely response of correspondence (inquiries and complaints) received from customers, their representative or a government entity working on a customer's behalf. The inquiry or complaint can range from non-receipt of a record (newborn, correction or issuance) to the issuance or correction of a record. The chart listed below indicates the types of tracking received and the submission origin to OVR:

| Types of Tracking | Description/Origin of Submission |
|---|---|
| Vital Records Resolution Tracking –VRRT | No tracking#/ DOH MH Call Center or 311 – Customers calls/e-mails |
| Commissioner – (CTS) | 8 digit tracking#/ Office of the Comm. of Health's via a CTS |
| Take Appropriate Action –TAA | 12 digit tracking#/Office of the Comm. of Health's via a CTS |
| Mayor/Elected Officials | 12 digit tracking#/Office of the Mayor to DOH Commissioner's Office |

## Section 14.2 –Vital Records Resolution Tracking System (VRRT)

The VRRT provides staff with customer's contact information, the nature of the request as well as any identifiable information required to research the inquiry or complaint. Staff assigned to the VRRT system – retrieves, reviews and investigates cases daily. During the investigation, the staff may call the customer to obtain additional information or a unit inquiry to determine what occurred and how a resolution maybe obtained. Please note: Resolutions are generally reached within 3 to 5 business days of the retrieval date. However, some may take longer.

In the case of non-resolutions, customers are contacted and informed that the case is being handled and an expected timeframe in which he/she will contact the customer again. Listed below are the processing steps:

To retrieve VRRTs, the following steps are performed by the staff:

1) Click on the "Shareport" or the "Internet Explorer" Icon on your desktop.
2) Type in VRRT in the box "Search this site"; then enter (shareport/sites/lit3/es/VRRT).
3) Look at the left column; click on Vital Requests Request Tracking
4) Locate staff name; click on a case to retrieve the information; then
5) Click on edit.
6) Review case information; then investigate.

To Change the status of the case

1) Stroll down to the "Follow Up Notes Section" and type in the outcome of the investigation;
2) Click on Status to change the case status from "New" to Either Work-In-Progress or Closed
3) Select Work In Progress; if the investigation requires additional time; if not, update and click on Closed.

## Section 14.3 –Supervisor's Responsibilities

Commissioner Tracking System (CTS)

The Customer Service supervisor is responsible for retrieving, reviewing, investigating and completing all responses for CTS correspondence. As in the case of VRRT, the CTS include the customer's contact information, the nature of the request and identifiable data used for researching the inquiry or complaint. During the investigation process, the customer may be contacted via telephone or email to obtain additional information or a unit inquiry to determine what occurred and how a resolution maybe obtained. Once a resolution is determined, the customer is contacted and provided with the results (telephone, letter or e-mail). Please note: Resolutions are generally reached within 3 to 5 business days of the retrieval date. However, some may take longer.

In the case of non-resolutions, customers are contacted and informed that the case is being handled and an expected timeframe in which he/she will contact the customer again. Listed below are the processing steps:

1. Click on the CTS shortcut
2. Input "User ID # and Password
3. Select and print out a case; then research issue.
4. Upon obtaining a resolution, the following occurs:
   a) Call, e-mail or write the customer
   b) Notate the resolution in the CTS note box and forward a copy of the response to the Commissioner's Office. The case is closed and automatically removed from the active CTS Inbox.

Returned Mail

The Customer Service Supervisor is also responsible for Returned Mail. Returned mail is postage mail that was sent to the customer but to OVR due to insufficient address, customers moved (OVR mail can't be forwarded to an address).

The unit supervisor performs the following steps to log mail into EVERS:

1. Click on the EVERS shortcut
2. Go to event types; click on birth or death
3. Type in the certificate number, last name or event date to retrieve the record
4. Select Comment and type in – Case was returned; indicate the date the mail was returned (see the US Postal Services yellow return sticker).
5. Click Save, then exit the record
6. On the back of the envelope; write the name of the registrant and the event date.

# Reconciliation Process



# Module 11- Reconciliation Process

Section: 15.0 – 15.2 Page #


- Cashiering/Reading Unit Reconciliation Process M11 - 1
- Types of Reconciliations M11 -1/2
- Cashiering/Reading Security Paper Reconciliation M11 - 3
- Cashiering/Reading Reconciliation Worksheet M11 - 4/7
- Inability to Reconcile M11 - 7/8
- Credit Card Security Paper Reconciliation M11 - 9/10

## Section 15.0 – Certified Paper Daily Reconciliation in the Cashiering and Mail Units

For the Cashiering Unit, the workday for receiving customers end at 3:30 pm at which time the cashier's reconciliation process begins after the last customer is served. While the workday for the Reading Unit's staff does not involve working with customers, the policies and procedures governing certificate issuance and the reconciliation process are the same. In both the Cashiering and Reading Units, each cashier has a draft CPRDR worksheet used to write totals on before numbers are placed on the official CPDR worksheet.

## Section 15.1 – Types of Reconciliation

### Certification of Birth Records

The applications for **Certification of Birth Records** which have been processed are counted for the number of applications received and the number of certificates requested. These numbers are listed on a draft worksheet to be later transferred to the official CPDRW. The applications are grouped according to the payment type (cash, checks and money orders). These numbers are also listed on a worksheet to be later transferred to the CPDRW:

1. Separate cashiered applications into two groups, Group A and Group B
2. Place copy of Group A applications in a large envelope for day's completed work.
3. Further separate Group B applications (applicants without valid photo-ID whose records were to be mailed) into two groups: (A) Expedited Mail and (B) Regular Mail - Mail out as indicated

### Certified Copies of Original Birth Records

The applications for **Certified Copies of Original Birth Certificates** which have been processed are counted for number of applications received and the number of certificates requested. These numbers are listed on a worksheet to be later transferred to the CPDRW. They are grouped according to the payment type (cash, checks and money orders). These numbers are also listed on a worksheet to be later transferred to the CPDRW:

1. Separate franked applications into two groups, Group A and Group B
2. Add a copy of all applications from Group A to the large envelope of all work completed for the day;
3. Separate the applications from Group B into three groups: (A) Expedited Mail (B) Regular Mail and (C) Pickup of Certificate – For these customers, arrangements have been made with the unit supervisor regarding the time the customer will return for certificate pick-up.

4. A copy of these requests is given to the unit supervisor who inputs the data into a shared drive before the requested are transferred to the Search Unit.

Depending on the urgency of the need, at the close of business in all PSO Units, each cashier gives a unit supervisor a copy of requests which require searches to be done. Each unit's supervisor inputs these requests on database and forwards t hem to the Search Unit. The Search Unit generally receives the physical copy of the cashiered requests from all units between 9:00 am and 12:00 noon. Requests requiring immediate searches are taken directly the Search Unit by a supervisor or unit member.

## Section 15.1 – Types of Reconciliations (Cont'd)

### Certified Copies of Death Records

Count the number of applications received and the numbers of copies requested for applications processed for **Certified Copies of Death Certificates.** These numbers are listed on a worksheet to be later transferred to the CPDRW. They are grouped according to the payment type (checks and money orders). These numbers are also listed on a worksheet to be later transferred to the CPDRW:

1. Separate cashiered applications into two groups, Group A and Group B
2. Add a copy of all applications from Group A to large envelope of all work completed for the day;
3. Separate the applications from Group B into three groups:
    a. Expedited Mail – Mail out as indicated
    b. Regular Mail – Mail out as indicates
    c. Certificate Pick-up – For those customers with whom arrangements have been made with a unit supervisor regarding time of pick-up.

Section 4.2b
<u>Manhattan Vault Birth and Death Certificate Requests</u>
One member of the Cashiering, Mail and Credit Card Units prepares four lists to be delivered to the Records Management Unit's Vault staff. The preparation of the Manhattan Vault lists is for requests of certified copies of original birth and death certificates which are separated into expedited and regular mailed requests. These lists are delivered to the Records Management Unit before noon each day. Requests for certified copies of original birth and death certificate requests from the Search Unit are sent to the Records Management Unit electronically.

Section 4.2c
<u>Certificate Requests Referred to the Search Unit</u>
The grouped applications referred to the **Search Unit** must be counted for number of applications received and the number of certificates requested. These numbers are placed on a worksheet to be later transferred to the CPDRW. They are grouped according to the payment type (checks and money orders). These numbers are also listed on a worksheet to be later transferred to the CPDRW:

1. Separate franked applications into two groups, Group A and Group B
2. Add a copy of all applications from Group A to the large envelope of work completed for the day;
3. Separate the Applications from group B into three groups:
    a. Expedited Mail - Mail out as indicated
    b. Regular Mail
    c. Pick up of Certificate – For these customers, arrangements have been made with the unit supervisor regarding the time the customer will return for certificate pick-up
4. Make a copy these requests and give it to a unit supervisor who inputs data into a shared drive before the requests are transferred to the Search Unit.

Depending of the urgency of the need, at the close of business in all PSO Units, each cashier gives a unit supervisor a copy of requests which require searches to be done. Each unit's supervisor inputs these requests on a shared data base and forwards them to the Search Unit. The Search Unit generally receives the physical copy of the cashiered application requests daily from all the units between 9:00 a.m. and 12:00 noon. Requests requiring immediate searches are taken directly to the Search Unit by a supervisor or unit member.

Section 4.3
Comparison of Numbers with EVERS Totals
Once each cashier has counted and totaled the processed applications, the CMS system is then queried for the cashier's daily total of birth and death certificates processed, and monies received. The totals are compared to the manual reconciliation process just completed of applications processed and total fees collected. If the information on the draft CPDRW matches the information on the CMS screen for the day's work, the cashier continues with the End of Day Close Out process. If not, the numbers are reviewed to locate the error. This information from the draft CPDRW worksheet is transferred to the official worksheet. Each cashier completes a Bank Slip listing the total monies received by denomination. This information is then placed in an envelope with the monies received for the day with the processing cashier's initials on it. The envelope is placed in a safe overnight and not removed until the following morning by a supervising cashier who opens the safe, collects all envelopes and begins OVR's reconciliation process for all monies collected and received for all OVR units on the day before.

In addition to the bank slip, each cashier completes a Daily Revenue Report. This single sheet report lists the date, the total amount of revenue collected in checks and in cash and adds the total for the two to indicate both the subtotal and the grand total. The Daily Revenue Report identifies the Unit in which the work is completed. There is a statement at the bottom of the report where the cashier certifies to have collected the revenue indicated. The report is dated, signed by the cashier whose title is also listed.

Section 4.4
Security Paper Reconciliation in Cashiering and Mail Units
In PSO, the first page of the CPDR worksheet gives a count of security paper used and applications processed for certified copies of original birth and death certificates. The listing of the pre-printed document number of the first sheet of security paper used is written in the Start Number section of the worksheet, the last sheet of security paper of used is written in the End Number. The difference between the two numbers is subtracted and one is added to compute the total.

Page one of the CPDR Worksheet tracks the amount of certification paper used, the number of requests for certified copies of original records processed, the number of certificates voided and exchanged.

Section 4.5
**Page 1**

- The first part requests the date, user's name, certificate paper type, range and box number. In the upper right corner of this section is a box labeled "Next Day's Start Number:" in which the document number of the first sheet of the security paper is expected to be written along with the Supervisor's signature and the date on which the worksheet was signed.
- The second part of the worksheet requests completion of the "Certificate (Count(s). This is the largest section of the worksheet and requests the completion of the following: Start and End numbers (subtracting the start number from the end number), adding (1, one), and writing the total. This section also requests completion of the total number of Fee Waived Requests; Vault copies, Voids, Exchanges, Total Birth Searches, Total Death Searches and Total Index Searches. It all requests the listing of a subtotal.
- The third part is the smallest. It is a statement in which the supervisor's signature attest to the review and verification of the amount of security paper used and totals listed. This area includes the supervisor's printed name and date.

**Part 1**

The cashier completes the following areas of Part 1 of the worksheet.

**The Date:** ____________________ **Operator' Name:** ____________________
**CMS Terminal Number:** ____________________
**Printer Number:** ____________________
**Certificate Paper Type:** ____________________

**Box/Ream Document Number Range:** **From:** __________ **to:** ________

In the upper right corner of the worksheet requests completion of these three items:
**Next Day's Start Number:** Based on the document number of the last sheet of security paper used from that specific box of paper.

The supervising cashier initials and dates this area of the worksheet:
**Signed Initials:** Supervisor's initials verifying accuracy of numbers listed.
**Date Completed:** The actual date the box was completed.

**Part 2**

The cashier completes Part 2 of the worksheet.
This area of the worksheet is separated into two sections. In the first section, the operator to whom the certified paper has been assigned completes the following:

**Start Number:** At the **beginning of the workday** and each time the certified is reconnected throughout the workday.

**End Number:** Each time certified paper being used is disengaged from the certificate printer and at the **end of the workday.**
**Subtract Difference:**
**Add 1:**
**Compute the Total:**

The worksheet has two sections of four areas in which the above information may be placed. There are two areas to the extreme right of the worksheet in which the cashier may list the subtotal of these figures.
The cashier also completes the second section of Part 2:
**Total Number of Fee Waived Certificates:** **Total Number of Voids:**
**Total Number of Veterans** **Total Number of Exchanges:**

The cashier completes Parts 1 and 2 of the worksheet. The supervising cashier reviews the Start and End Numbers listed for accuracy and initials the numbers listed if accurate.

**Part 3**

The Cashiering Unit Supervisor completes Part 3.
The last section of the worksheet is for a unit supervisor's signature. It is a signed and dated statement in which the supervisor attests to the veracity of the information on the reconciliation worksheet, that it has been reviewed and that the safety paper usage and count are accurate.

Section 4.6
**Page 2**
Monies Collected to Certificates Issued Reconciliation
This page of the worksheet reconciles the security paper used to issue birth certifications (including voids) and the total number of certificate requests received (including vault certificate requests, exchanges and fee waived requests) to funds collected. This section of the worksheet accounts for all funds collected by the receiving Cashier and includes checks received from the Credit Card and/or Registration Units as payment. The monetary reconciliation page of the worksheet is on the back of the CPDRW. This page of the worksheet is divided into four sections.

The following is a description of page two of the worksheet:

- The back of the worksheet, entitled **Monies Collected to Certificates Issued Reconciliation**, is its second page. The first section lists the type of security paper used, the user's signature, and the date.
- The second section is entitled **Certified Paper Reconciliation** and requests the amount of security paper used and the total funds collected as recorded from the CMS report. In addition, this section requests the number of certifications voided, less certifications voided, plus the number of paid certifications. Finally, the section requests the number of fee waived and/or exchanged certificates.
- The third section of the worksheet is entitled **Application to Monies Collected** has three distinct sections. The first section requests the certificate count by type of payment, credit card and check or money order payment. The second section requests the completion of two items in six different areas. The first area requests a count of certifications issued, a count of original copies of birth certificates requested, death certificates requested, paid searches requested, checks received from other units, and a subtotal. The second section requests that the number listed in the first part of this section be multiplied by $15.00 and listed accordingly. The third section is a listing of the shortages, overages collected, express fees collected, extra years searched fees collected, refunds and finally the total fees.
- The fourth section is limited to the supervisor's signature verifying that the worksheet has been reviewed and the signature gives approval for the accuracy of its completion.
- There is a ledger to the right of the Reconciliation Sheet which enumerates line by line each area to be completed.

**Part 1**

The cashier completes this section of the worksheet. Paper Type: _____

**Cashier's Signature:** _______________ **Date:** _____

**Part 2**

The cashier completes this section of the worksheet.

**Certified Paper Reconciliation:** Amount of security paper used per CPDR
**Funds Collected:** Record funds listed on CMS System

**Including Voided Certifications:** Number of all certifications issued including voids
**Number of Certification Voided:** Voided paper only - to be subtracted
**Number of Paid Certificates:** Record subtotal

**Number of Fee Waived Certificates:** Total count including exchanges & others

## Part 3

The cashier completes this section of the worksheet.

**Application to Monies Collected.** There are three subsections of Part 3 of the worksheet. The first subsection requests the number of certificates requested by payment type.

**Certificate Count:**

Number of certificates paid for by Credit/debit card
Number of certificates paid for by Check

The second subsection of Part 3 requests the number of certifications issued, vault certificate requests, search requests and checks from other units as payment for certificates requested multiplied by $15.00.

| | |
|---|---|
| **Certifications Issued:** | The number of computer abstracts issued times $15.00) |
| **Birth Vaults Cashiered:** | The number paid certificates requested times $15.00) |
| **Death Vaults:** | The number of paid certificates requested times $15.00) |
| **Paid Searches:** | All birth and death searches times $15.00) |
| **Total Checks for other Units:** | Number of certificates requested times $15.00) |
| **Subtotal:** | Dollar amounts listed are to be added and totaled |

The third subsection includes total dollar amounts of specific areas. They include the following six areas, of which the first four are identified as number 16.

| | |
|---|---|
| **Shortages:** | (Amount recorded) |
| **Overages:** | (Amount added) |
| **Express Fees:** | (Amount added) |
| **Extra Years:** | (Amounted added) |
| **Refunds:** | (Amount recorded, not subtracted) |
| **Total Funds:** | (List total funds collected) |

## Part 4

The last section of page two of the worksheet requires the signature and date of a Cashiering Unit supervisor verifying the accuracy of information on the worksheet.

The Cashiering Unit must also maintain a separate ledger of security paper usage of each user throughout PSO by recording the amount of paper used on a daily basis.

Section 4.7
**Inability to Reconcile**
Problems in the reconciliation process are areas of major concern. The inability to reconcile presents problems in shortages in the amount of money collected for the applications processed, or shortages in the count of security paper. Shortages in either or both areas are a serious issue. As a result, several measures have been developed to quickly alert supervisors if a staff member is experiencing difficulties in reconciling. The supervisor is alerted to assist the staff member in finding any errors in counting or locate errors in writing document numbers in listing security paper. Each day, all request processors are expected to be able to reconcile their account of activity performed. A cashier's or supervisor's inability to reconcile (unaccounted for paper or money, amount of requests processed to those accounted for) is a problem. When such problems arise, the following steps must be followed:

Section 4.7a
Cashier's Responsibility:

- If the staff member (cashier, reader) is unable to reconcile his/her account, the unit supervisor must be notified immediately. Staff member should inform supervisor by 4:00 pm or shortly after (i.e., 4:15 pm thereafter), if he/she is unable to reconcile account.

Section 4.7b
Supervisor Responsibilities:

- The unit supervisor should immediately stop what she/he is doing (unless reviewing another's account) to assist the staff member with problem. If after 15 to 30 minutes of review, the unit supervisor is unable to find and resolve the problem, the error should be reported to a Cashiering Unit supervisor.
- If the problem is within the Cashiering Unit and a supervising cashier has been unable to find and resolve the problem, it should be reported to the Unit Director.
- The Unit Director should be aware of any unresolved reconciliation problems by 5:00 pm. The Unit Director should be involved within 60 minutes of the realization that the solution to the problem is not forthcoming;
- This time frame leaves another 60 minutes within which a systematic review can be made of the specific cashier's account and activities of the day, as well as the activities of anyone else who possibly worked at that particular workstation. If required, the accounts of the other members of the unit may also be reviewed.

Section 4.7c

Unit Director's Responsibility:

- By 6:00 pm, if after two hours of attempting to find and resolve the error, the CPDRW Worksheet has not been reconciled and there are shortages in either monies received or security paper missing, the Unit Director must notify both the Director of OVR and the Assistant Commissioner;
- This information is expected to reach the Director and Assistant Commissioner by 6:00 p.m. on the day of occurrence while the staff members and supervisory staff continue to attempt to reconcile the account. The Director and Assistant Commissioner notification is critical to enable them to make the necessary higher level notification, as well as their ability to continue internal investigations;
- The area in which the inability to reconcile must be clearly identified. Examples of the problem may be any of the following:
    1. Exact count of missing or unaccounted security paper;
    2. Any and all unaccounted for monies for which cashiered applications indicate payment has been received;
    3. Certificates issued (other than voids, exchanges and/or fee waived) records, for which payment or cashiered applications has not been received.

The accuracy and speed with which problems in reconciliation is resolved is important. Consequently, all staff should begin the reconciliation process immediately after the last customer has been served. It is to the unit's benefit that the two hours given before notification of the OVR Director and Assistant Commissioner be used to find the error and resolve it.

## Section 15.2 – Security Paper Reconciliation in the Credit Card Unit

The receipt of security paper and the completion of the reconciliation worksheet are unique in the Credit Card Unit where both are supervisory responsibilities. Internet requests from customers are received electronically through the VitalChek Network. These requests are then reviewed, verified, and electronically approved by the Credit Card Unit's staff. A unit supervisor obtains the security paper, connects it to the Credit Card Unit's certificate printer and initiates the once-a-day printout of stored requests which have been processed by the unit's operators. The result is the issuance of all Certification of Birth records processed on the unit's certificate printer and accompanying receipts printed on the unit's receipt printer. The receipt printer also produces receipts for all requests for copies of original birth and death certificates which have been processed. At the completion of the printout, the supervisor disengages the security paper from the certificate printer, completes a draft CPDR worksheet and returns the security paper to the Cashiering Unit.

The following is a step-by-step list of the Credit Card Unit's supervisors' responsibilities:

- Confirms receipt of Internet requests electronically transferred from VitalChek and generates run of requests;
- Prepares report of the number of requests received (Express, Regular Mail and failed) includes number of requests for certified copies of original records (births/deaths)
- Assigns staff to process the requests;
- Reviews Failed orders and determines whether or not they can be processed;
- Processes eligible Failed orders;
- Obtains security paper from the Cashiering Unit for afternoon run of all requests processed and Certifications to be issued;
- Completes Start Number of worksheet which (unless new box of security paper is being used) coincides with document number listed in upper right box of CPDRW with signed verification of by Cashiering Unit supervisor that the number listed as "Next Day's Start Number" in the upper left box of the worksheet is the same document number as Start Number on worksheet.
- Connects security paper to certificate printer (through threaded locked metal box) for issuance of certifications processed by CCU staff during a.m. hours
- Initiates run of Certification of Birth certificates of processed requests and printout of receipts of orders processed;
- Disconnects the security paper from the certificate printer at completion of run of certificates and receipts;
- Views document number of last sheet of security paper used to print certification and lists that number as End Number of Unit's draft worksheet;
- Disengages the security paper from the certificate printer once the certifications, receipts and requests have been completed;
- Reviews the printout of the number of requests processed to the dollar amount calculated for discrepancies;
- Returns security paper to Cashiering Unit supervisor who presents Units CPDR worksheet for completion of security paper document End Number, view of the Next Day's Start Number on Worksheet and matching of that number with document number of first sheet of security paper in returned box
- Returns completed Draft worksheet to Cashiering Unit for completion of CPDRW for supervisor's review and signature

## Section 15.2 – Security Paper Reconciliation in the Credit Card Unit (Cont'd)

The Credit Card Unit's certificate printer is usually used once daily except in cases of emergencies. If and when this occurs, a supervisor remains responsible for accurately completing the CPDRW. All information completed on the worksheet must be signed and verified by a Cashiering Unit supervisor.

The Credit Card Unit supervisor is also responsible for the daily preparation of the check from VitalChek by which the Office of Vital Records receives payment for the requests processed. The payment reflects applications processed for certifications issued, as well as requests for certified copies of original birth and death certificates, index searches processed and approved on any given day. The check made payable to the Office is accompanied with a printout of all records which have been reviewed and approved. The payment once received is signed by both supervisors and dated. Checks received from the Credit Card and Registration Units are given to a cashier and are processed as payment for all requests processed. The payment received is included on the cashier's worksheet.

# RIGHTS



# Module 12 - Rights

Section: 16.0 – 16.2 Page #


- Customer's Rights M12 - 1
- Right's to Receipts M12 - 1
- OVR Rights M12 - 2

## Section 16 .0 – Customer Rights

**Customer Rights**

The following lists are items customers are entitled to whether or not they are able to receive a copy of the document they request:

- To be treated with dignity and respect
- To receive information on why their request cannot be processed
- To receive information on what is required to obtain the document they seek
- To receive a copy of one's own certificate if he/she is at least 16 years old and have valid photo-ID. Applicants requesting copies of their birth record who are **16 and 17 years old are eligible to receive** one **Certification of Birth Record with their name on the record ONLY (No Parents' Names on record for 16 or 17 year old).**

With a original notarized letter from a parent, a copy of the parent's valid photo-IF and their own valid photo-ID, a 16 or 17 year may receive a birth certificate with their parent's names on it.

- To receive another's certificate provided he/she has notarized permission of an eligible recipient to request and receive a certified copy of the record. **Eligible recipient must be at least 18 to give notarized permission.**
- To receive full certificates with parents' names on it and certified copies of original birth or death records provided they are at least 18 years old and have valid photo-ID.
- For parents who are less than 16 years old to receive a copy of their child or children's birth certificate(s), the parents must supply two pieces of documentation which includes both the child's name and their names as minor parents.

## Section 16.1 – Rights to Receipts

Applications are produced in triplicate. After being cashiered (franked), the cashier should remove the pink copy of the application and give it to customer.

If the customer brings a one-page application to the window, the cashier is REQUIRED to make copies of the application. Each applicant MUST receive a copy of a receipt if the application is accepted.

Each customer has one year from the time of certificate purchase to make inquiries regarding a requested record that was not received. Upon OVR's receipt of the inquiry and verification of the request, the second processing of the original request will be completed at no additional cost to the customer. If during OVR's verification process, it is learned that the original request was mailed, but not returned by USPS or courier service, there may be a request requiring OVR's receipt of a notarized statement that the certificate was never received.

## Section 16.2 – OVR Rights

Confiscation of Fraudulent Documents
OVR employees who receive identification from customers for the purpose of issuing certified copies of records or for corrections to records will take preliminary steps towards the confiscation of identification that appears to be fraudulent.

Below are the guidelines that staff must follow. Once all steps are taken to verify that identification is fraudulent, DOHMH Health Police (HP) will be called to escort the customer from the area. The Health Police will take responsibility for contacting the NYPD or other authorities as appropriate.

**Procedures:**

1. The customer's ID and application should be reviewed.
2. If the application appears to be fraudulent, the customer should be told that there is difficulty locating the record and be asked to step aside (This may result in the customer voluntarily leaving the office.)
3. The identification and the application should be taken to your supervisor or to your unit director. In the absence of these staff you may take the ID to any member of the Quality Assurance and Training Unit (QAT).
4. The ID will be checked for authenticity using one or a combination of the following tools:
    a. US Identification Manual
    b. Magnifier-used to magnify ID security features
    c. Ultraviolet black box light- used to detect imbedded security features
    d. Barcode reader- used to read bar-coded security information
5. The issuing agency (such as, DMV or HRA) may also be contacted by the supervisor if the methods above are not conclusive.
6. If the identification is fraudulent, copies of the identification and the application should be made for the QAT Unit, PSO/Corrections Unit and for DOHMH's Incident Report.
7. The Health Police should be notified by telephone (212 788-4990) that OVR has identified fraudulent identification. If there is no answer, the supervisor will go to the HP office on the first floor of 125 Worth St.
8. The Health Police should be provided with the following:
    a. the original application and the fraudulent identification
    b. a verbal description of the customer and
    c. whether the customer is alone or with other people and
    d. the status of the customer's behavior
9. A DOHMH Incident report (sample attached) must be completed by either the supervisor or the customer service representative and filed with the VS Administration Office.
10. The HP, who may make an arrest, will remove the customer from the area and will determine whether the NYPD or DOI will be notified.

**ATTACHMENT A**

NYC Health

**Verification Documents**

- Expired State Driver's License or State Identification Card
- Voter's Registration Card
- Inmate Photo ID
- Social Security Printout (showing individual's name and SS#)
- Prison Record or Printout from the Correctional Facility Release Papers
- Medical Papers from doctor or hospital
- Old Employment Photo ID
- Veteran's Affairs Photo ID
- DD-214 or other Military Record
- W-2 or 1099 Issued by Employer
- Medicare or Medicaid Card
- Government Indigent Insurance Card
- Court Order with full name and judge's signature (original or certified copy)
- School Records – certified copy
- Baptismal Certificate
- Early Childhood Immunization Records
- Marriage and/or Divorce Decree
- Selected Service Card

**Attachment B**

*Current Military ID*




*U.S. Passport Card*




*NYS Benefit Card*




*U.S. Certificate of Naturalization*



*U.S. Permanent Resident Card*



NYC
Health

Attachment C

**New York City Department of Health and Mental Hygiene**
**Bureau of Vital Statistics**

CONFIDENTIALITY STATEMENT

I, ______________________________ hereby acknowledge that my signature below represents my acceptance and agreement to follow the terms and conditions of this confidentiality statement set forth by the Bureau of Vital Statistics.

I also acknowledge the receipt of Title V, Health Code Articles 201-207 and the New York City Administrative Code, Article 17 which specify how, when and to whom vital records information and copies may be released.
I will be working with highly confidential and personal information or vital records: certificates, court orders, paternity acknowledgements, correspondence, applications, computer systems and files. Although I will be authorized to access confidential data, I may not:

- View, examine or access any confidential data or computer systems unless I am conducting my official duty (*i.e., looking up a friend's time and place of birth in VRMS as a personal favor; accessing a record in a non official capacity is a prohibited action*).
- Remove records from the site or copy any documents or computerized information unless I am authorized to do so by the New York City Department of Health and Mental Hygiene.
- Disclose identifying or personal information appearing on these records to any unauthorized person including other staff, family or friends.
- Discriminate, abuse or take any adverse action directed toward an individual to whom confidential information applies.

I am required to report any suspected security breaches to the Inspector General Office (IG), or to the General Counsels Security Officer (*i.e. missing security paper, loss or theft of security paper, inappropriate issuance of records*). I am also required to immediately report any suspected fraudulent activity conducted by a customer to the DOHMH Health Police (*i.e. the submission of fraudulent identification to obtain a birth/death record, impersonation of a certificate holder or his/her representative*).

I must hold any confidential information accessed or learned in strict confidence. I may not, nor permit anyone else to copy, reproduce, or otherwise dispose of, give or disclose confidential information to any person, firm or corporation other than to an authorized person who has a need to know the information. I am not permitted to contact any person named on a vital record, an application or a credit card for any reason other than official business. I may be prosecuted civilly and/or criminally for any unauthorized release of vital records or credit card information.
I also understand that all confidential information learned during the term of my employment must remain protected even when I am no longer working on this assignment, including post-employment. Any violation, breach or other failure on my part to keep restricted information confidential could lead to disciplinary and/or legal actions against me.

I have read the above statement and I understand the rules protecting the confidentiality of vital records information and the consequences of revealing confidential information.

| | |
|---|---|
| ______________________ Employee's Printed Name | ______________________ Witness's Printed Name |
| ______________________ Employee's Signature | ______________________ Witness's Signature |
| ______________________ Date | ______________________ Date |

**Attachment D**

NYC Health

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
**Thomas A. Farley, MD, MPH, Commissioner**

## Sample Registration Letter

The New York City Department of Health & Mental Hygiene's Office of Vital Records has established the following protocol organizations that assist individuals without valid identification and residential address in obtaining their birth certificate.

1. The organization will register with the NYCDOHMH Office of Vital Records with an original letter of introduction on letterhead stating that they would like to register. Please include detailed information regarding the nature of your organization and the services provided.
2. A copy of your certificate of incorporation and/or ID registration with your State.
3. The letter will to be signed by the President of the organizations and he/she can name up to two individuals within the organization that will be submitting requests. In addition, the organization will provide copies of the valid, unexpired, government issued identification of the individuals authorized to make submissions.
4. The request submitted may only be for those individuals that fall under the category above; no valid identification and no permanent residential address.

In addition to the registration each individual request must contain the following:

1. A completed and notarized application – You can retrieve an application at www.nyc.gov/vitalrecords
2. The application must be completed in its entirety; registrant's first and last name, mother's maiden name, father's first and last name. We require the applicable information in order to fulfill and release the request.
3. An original letterhead of request for each applicant, signed by the authorized staff.
4. Three documents, listed below, that verify the identity of the individual. The agency will be notified if the documents are accepted.
5. The letterhead of request must be dated and received within 30 days.
6. A notarized statement from the individual authorizing the record mailed to the organization.
7. Payment of $15.00 for the birth certificate. Please note only one copy will be released.
8. A self-addressed, stamped envelope for the return of the record.

Verification Documents

Expired Driver's License or Photo ID
Voter's Registration Card
Inmate Photo ID
Correctional Facility release papers
Old Employment photo ID
Veteran's ID
DD-214 or Military Records
W-2 or 1099
Medicaid/Medicare Card

Government Indigent Insurance Card
Court Order with Full name and judge's signature
School Records – Certified
Baptismal Certificate
Early Childhood Immunization Records
Marriage and/or divorce decrees
Selective Service Card
Social Security printout that show's individual's name and number

**Attachment D** (cont'd)

Please forward your registration packet directly to:

NYCDOHMH Office of Vital Records
125 Worth Street Room 133
New York, NY 10013
Attn: Theresa Yasin

All certificate submissions should be sent to:
NYCDOHMH Office of Vital Records
New H.O. Protocol
125 Worth Street Room 133
New York, NY 10013

Best Regards,

Theresa Yasin
Director of Public Service Operations

Attachment E

**DURABLE GENERAL POWER OF ATTORNEY**
**NEW YORK STATUTORY FORM**

**THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE SHOULD YOU BECOME DISABLED OR INCOMPETENT.**

**CAUTION: THIS IS AN IMPORTANT DOCUMENT. IT GIVES THE PERSON WHOM YOU DESIGNATE (YOUR AAGENT@) BROAD POWERS TO HANDLE YOUR PROPERTY DURING YOUR LIFETIME, WHICH MAY INCLUDE POWERS TO MORTGAGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.**

**THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, OR INCOMPETENT. THE POWERS ARE EXPLAINED MORE FULLY IN NEW YORK GENERAL OBLIGATIONS LAW, ARTICLE 5, TITLE 15, SECTION 5-1502A THROUGH 1503, WHICH EXPRESSLY PERMIT THE USE OF ANY OTHER OR DIFFERENT FORM OF POWER OF ATTORNEY.**

**THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OF OTHER HEALTH CARE DECISIONS. YOU MAY EXECUTE A HEALTH CARE PROXY TO DO THIS.**

**IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU.**

**THIS** is intended to constitute a **DURABLE GENERAL POWER OF ATTORNEY** pursuant to Article 5, Title 15 of the New York General Obligations Law:

I, Thomas Frank, residing at 590 Lenox Avenue, 6B New York, **DO HEREBY APPOINT** Ines Ross residing at 1515 Davis Loop, Brooklyn, NY to be **MY ATTORNEY-IN-FACT TO ACT.**

**IN MY NAME, PLACE AND STEAD** in any way which I myself would do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

**(DIRECTIONS: Initial in the blank line to the left of your choice ANY ONE or MORE of the following lettered subdivisions to which you WANT to give your agent authority. If the blank line to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in Subdivision "(S)" and you may then put your initials in the blank space to the left of Subdivision "(S)" in order to grant each of the powers so indicated.)**

_____ (A) real estate transactions;
_____ (B) chattel and goods transactions (including the transfer of any motor vehicle registered with the New York State Department of Motor Vehicles);
_____ (C) bond, share and commodity transactions;
_____ (D) banking transactions including access to safe deposit boxes;
_____ (E) business operating transactions;
_____ (F) insurance transactions;
_____ (G) estate transactions;
_____ (H) claims and litigation;
_____ (I) personal relationships and affairs;
_____ (J) benefits from military service;
EB__(K) records, reports and statements;
_____ (L) retirement benefit transactions
_____ (M) tax matters including the ability to sign tax returns, IRS and State Powers of Attorney for tax matters, and the power to settle tax matters;
_____ (N) making gifts to my spouse, children and parents and more remote descendants, and my agent(s), not to exceed in the aggregate to each of such persons in any year, any more than the federal annual exclusion in any given year [NOTE, if "N" is selected, one may also select "Q 4"];

**Attachment E** (cont'd)

______ (O) **OR** [Choose either N or O, not both] making gifts to my spouse, children and parents and more remote descendants, and my agent(s) however, none of my Agents may gift to himself or herself, in the aggregate, any more than the federal annual exclusion in any given year:

______ (P) It is my intention to return home if I should be in a hospital, rehabilitation center or nursing home and my attorney-in-fact shall take all steps to effectuate same

______ (Q) All other matters: includes the power to act on behalf of the principal in other matters or affairs not otherwise listed on the form, and which shall include but not be limited to the power to:

1) create, fund and revoke inter vivo trusts;
2) make statutory elections and disclaimers;
3) collect amounts due to me, and the power to qualify me for various government entitlements, such as Medicaid and supplemental social security and which may require that my Principle represent me in making applications for such entitlements by making applications or appearing in my stead at hearings;
4) make distributions and transfers on my behalf, including transfers for the purpose of Medicaid planning and other planning techniques in the event of my disability; and
5) establish one or more "individual retirement plans or arrangements in my name

I understand that (Q) does not include health care decision making and that I must execute a separate Health Care Proxy form in order to give my Principle that power or ability.

_____ (R) full and unqualified authority to my attorney-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney-in-fact shall select;

______ (S) each of the above matters identified by the following letters:

________________________________________________________________________

(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)

**THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE.**

If my agent named above is unable or unwilling to serve, I appoint:

________________________________, residing at ________________________________________________to be my agent for all purposes hereunder.

**TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.**

**THIS DURABLE GENERAL POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.**

***IN WITNESS WHEREOF,*** I have hereunto signed my name and affixed my seal this _______day of ____________, 20____.

________________________________________

**STATE OF NEW YORK )**
**COUNTY OF NEW YORK )**

On this ______day of _______________, 20__, before me, the undersigned, a Notary Public in and for the State of New York, personally appeared ______________________________
_________________________, personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in her/his capacity, and that by her/his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument. *Notary's Signature goes here*

Notary Public

Attachment F

Bureau of Vital Statistics

**CRITICAL EVENT REPORTING FORM**

Office of Vital Records QUALITY ASSURANCE

**SECTION 1** (TO BE COMPLETED BY EMPLOYEE)

Date/Time: ________________/________________

Employee: ________________________________

Supervisor: ________________________________

**EVENT TYPE:**

**UNIT**

❒PSO

❒CORRECTIONS & AMENDMENTS

**ISSUE:**

❒IDENTIFICATION
❒DOCUMENTATION
❒CASH/CHECK/CC
❒CERTIFICATE PAPER
❒AOP
❒LETTER of EXEMPLIFICATION
❒NOT FOUND STATEMENT

**METHOD USED TO VERIFY CRITICAL EVENT**
(Check all that apply):

❒ MANUAL ❒ UV LIGHT
❒ MAGNIFYING LENS
❒ MAGNETIC BARCODE READER
❒ SPECIAL PEN
❒ RECONCILIATION
❒OTHER:

**BREIFLY DESCRIBE CRITICAL EVENT**

________________________________________________

________________________________________________

SIGNATURE of EMPLOYEE or SUPERVISOR: ________________________________

**SECTION 2** (TO BE COMPLETED BY SUPERVISOR/UNIT DIRECTOR)

SUPERVISOR or DIRECTOR: ________________________________

Was ID verification performed? ❒ YES ❒ *NO ❒ NOT APPLICABLE
*COMMENTS:________________________________

Was issue referred to DOHMH Health police? ❒ YES ❒ NO
Name of Officer:________________________________

Officer responded? ❒YES ❒NO
Date/Time____________/____________

Was issue referred to DOI?❒ YES ❒ NO DOI took case? ❒YES ❒NO
Person spoken to:________________________________
Date/Time____________/____________

SIGNATURE of SUPERVISOR or DIRECTOR:

NOTES:________________________________

________________________________

**QAT OFFICE USE: FOLLOW UP**

DOHMH Health Police Incident Report Completed? ❒ YES ❒NO
Incident #:________________ Input in BVS Database? ❒ YES ❒NO
Has fraud been confirmed? ❒ YES ❒NO
If yes, was arrest(s) made? ❒ YES ❒NO
If no, was case voided? ❒ YES ❒NO
Explain? ________________________________

________________________________

HP OFFICER:________________ QAT:________________
SIGNATURE SIGNATURE

**ATTACH "ALL" RELEVANT DOCUMENTATION**

Attachment G

# CERTIFICATE ISSUANCE ERROR REPORT

TO BE COMPLETED BY UNIT SUPERVISOR OR DIRECTOR

OVR QUALITY ASSURANCE

Date/Time:________________/________________

Agent:________________________________

Supervisor:____________________________

**PROCESSING INFORMATION**

CASHIER NAME:________________________

RECEIPT #

**METHOD OF PAYMENT**

- ☐ CASH
- ☐ CHECK/MONEY ORDER
- ☐ CREDIT CARD

**UNIT**

- ☐ PSO
- ☐ BIRTH/DEATH REGISTRATION
- ☐ CORRECTIONS & AMENDMENTS
- ☐ RECORDS MANAGEMENT
- ☐ CUSOMER RELATIONS

**BREIFLY DESCRIBE CRITICAL EVENT**

**REQUESTOR**

______________________________

NAME

**REGISTRANT**

______________________________

NAME

**ADDRESSEE IN ERROR**

______________________________

NAME

**QA NOTES**

______________________________

______________________________

**SIGNATURE of SUPERVISOR or DIRECTOR:** ______________________________

**ATTACH "ALL" RELEVANT DOCUMENTATION**

Attachment H

# BVS FRAUD AND SECURITY REPORTING FORM

OVR QUALITY ASSURANCE

**SECTION 1** (TO BE COMPLETED BY AGENT)

Date/Time:________________/________________
Agent:________________________________
Supervisor:________________________________

**EVENT:**
❐ FRAUD ❐ BREACH

**UNIT**
❐PSO
❐CORRECTIONS & AMENDMENTS
❐BIRTH/DEATH REGISTRATION
❐RECORDS MANAGEMENT
❐CUSTOMER RELATIONS

**ISSUE:**
❐IDENTIFICATION
❐DOCUMENTATION
❐CASH/CHECK/CC
❐CERTIFICATE PAPER
❐AOP
❐LETTER of EXEMPLIFICATION
❐NOT FOUND STATEMENT

**METHOD USED TO VERIFY CRITICAL EVENT**
(check all that apply):
❐ MANUAL
❐ UV LIGHT
❐ MAGNIFYING LENS
❐ MAGNETIC BARCODE READER
❐ SPECIAL PEN
❐ RECONCILIATION
❐OTHER:________________

**BREIFLY DESCRIBE CRITICAL EVENT**

------------------------------------------------------------------------
------------------------------------------------------------------------
--------------------------------------------------

**SIGNATURE of AGENT or SUPERVISOR or DIRECTOR:**________________________________

**SECTION 2** (TO BE COMPLETED BY SUPERVISOR/UNIT DIRECTOR)

Was ID verification performed? ❐ YES ❐ *NO ❐ NOT APPLICABLE
*COMMENTS:________________________________

Was issue referred to DOHMH Health police? ❐ YES ❐ NO Officer responded? ❐YES ❐NO

Name of Officer:________________________ Date/Time__________/__________

Was issue referred to DOI? ❐ YES ❐ NO DOI took case? ❐YES ❐NO

Person spoken to:________________________ Date/Time__________/__________

**SIGNATURE of SUPERVISOR or DIRECTOR:** ________________________________

**QA & T OFFICE USE: FOLLOW UP**

DOHMH Health Police Incident Report Completed? ❐ YES ❐NO
Incident #:________________ Inputted in BVS Database? ❐ YES ❐NO
Has fraud been confirmed? ❐ YES ❐NO
If yes, was arrest(s) made? ❐ YES ❐NO
If no, was case voided? ❐ YES ❐NO
Explain?________________________________

HP OFFICER:________________ QAT:________________
SIGNATURE SIGNATURE

NOTES:________________________________
________________________________

**ATTACH "ALL" RELEVANT DOCUMENTATION**



Exhibit F Under Protective Order 30B6Depo000223

Bureau of Vital Statistics

**INCIDENT REPORT FOLLOW UP/FINAL DISPOSITION**

Attachment I

Office of Vital Records

QUALITY ASSURANCE

☐ FOLLOW UP ☐ FINAL DISPOSITION

Today's Date/Time: ____________/____________

Employee: ______________________________

Incident reported on: ________________

Name of Parties Involved: ____________

______________________________________

BREIFLY STATE FOLLOW UP or FINAL DISPOSITION:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

QAT OFFICE USE: FOLLOW UP/FINAL DISPOSITION

COPIES FORWARDED TO: ☐ NYC DOI ☐ DOHMH PRIVACY OFFICER ☐ DOHMH HEALTH POLICE

DOHMH Health Police Incident Report Completed? ☐ YES ☐ NO

Input in QUANTROS? Incident #: ____________ ☐ YES ☐ NO

Has fraud been confirmed? ☐ YES ☐ NO ☐ N/A

If yes, was arrest(s) made? ☐ YES ☐ NO

If no, was case voided? ☐ YES ☐ NO

Explain: ______________________________________________________________

QAT: ______________________________ ____________________

SIGNATURE TODAY'S DATE

REV - 4/15/11

Attachment J

## CUSTOMER SERVICE TIP SHEET

*Your strategies for success*

- **Remain calm and show respect**
  It doesn't matter if you're working with internal (co-workers) or external customers. You must always keep your composure and show others the respect you would like to receive in return.

- **Take time to explain things**
  It can be frustrating to repeatedly explain the office's policies to customers. However, many of them do not understand why these procedures are important to both the office and the patient. Taking the time to explain things will not only help shed light on these issues, but the customer will appreciate your effort as well.

- **Use kind words and an empathetic tone**
  Remember, most people are here because they need the record they are requesting. Many see our policies and procedures as a bureaucratic waste of time. Customers are often uneasy about completing applications and may experience anxiety regarding the process are applying for or correcting birth or death records. This explains why they may sometimes snap at you or use unkind words. But it is NOT acceptable for you to return unkind words in their direction. Instead, notice how kind words and a warm, empathetic tone can put even the most unfriendly customers at ease.

- **Project a professional image**
  You are your Bureau's frontline. First impressions—and lasting impressions—are made in customer access. The Bureau relies on you to project a professional image for the entire agency. Your job is difficult and taxing, but true professionals roll with the punches and always keep their cool.

- **Defuse any situation quietly**
  You and your fellow staff work long, stressful hours in very close quarters; it's not unusual for tempers to sometimes flare. However, never let customers see negative interactions with other staff members, as it projects an unprofessional image for the agency. Just as important, your job requires you to maintain productive work relationships with other staff members. When a conflict arises, defuse the situation quietly and professionally.

- **Leave a positive impression**
  Ultimately, it's important that your customers leave satisfied with their experience. This is your biggest challenge, as vital records visits aren't always pleasant. So don't be afraid to smile. And before the customer leaves, make sure you have done your very best to ensure that his or her experience was an enjoyable one.

Attachment K

## Reading Unit Rejection Card

NYC
Health

Office of Vital Records
125 Worth Street, CN-4, Room 133
New York, NY 10013

Date: ____________________

Dear Sir or Madam:

We are unable to process your application for a certified copy of a ☐ Birth ☐ Death certificate for the reason(s) indicated below. The payment you enclosed with your application is attached to this letter. Please note that you can order a certificate online at www.nyc.gov/vitalrecords. This is a much faster and convenient process. Using a credit card, debit card, or electronic check, your order will be processed by the Office of Vital Records within 2-3 business days.

☐ One or more of the required fields was not filled out (see original application for the missing information).

☐ Certified copies of birth certificates may only be issued to the person named on the certificate or the parent/guardian if the individual is less than 18 years of age. Please review additional requirements on the back of the attached application.

☐ Applications must be submitted with a copy of your valid photo identification including signature or two proofs of address such as a utility bill or a letter from a government agency received within the last 60 days. For more details please see the back of the attached application.

☐ The payment submitted with the application was either insufficient or not properly completed. Please send a check or money order for $15 for each copy you are requesting made payable to the NYC Department of Health and Mental Hygiene to the above address (note: ordering online at www.nyc.gov/vitalrecords is a much faster and convenient process).

VR 25 (Rev. 10/10)

☐ You applied for a certificate that is issued by the New York State Department of Health. For additional information, please visit www.health.state.ny.us or call 877-854-4481.

☐ Birth certificates issued prior to 1910 and death certificates issued prior to 1949 are not available through the Office of Vital Records. For these documents, please contact the Municipal Archives by calling 311(or 212-639-9675 outside New York City) or visiting www.nyc.gov/records.

☐ Generally, relatives of the deceased are entitled to receive certified death certificates. Individuals not related to the deceased must establish a right to the death certificate by providing appropriate documentation such as an insurance policy, bank statement, property deed, or will.

☐ If you would like the birth certificate of someone who has died, please submit his/her death certificate and the reason you are making such a request.

☐ If your name has been legally changed, you must submit a corrections application (enclosed with this letter) and the original name change order that bears the raised seal.

If you have additional questions, please visit www.nyc.gov/vitalrecords or call 311 (or 212-639-9675 outside New York City).

Thank you for your cooperation.

Staff: ____________________

VR 25 (Rev. 10/10)

**Attachment L**

**Abbreviations Commonly Used in the Office of Vital Records**

**Abbreviations:**

| | |
|---|---|
| AOP | Acknowledgement of Paternity |
| BC | Birth Certificate |
| BD | Burial Desk of the Registration Unit |
| BP | Burial Permits |
| BT | Birth Transcripts |
| BVS | Bureau of Vital Statistics |
| CDT | Certificate of Death Transcript |
| CC | Computer Copy |
| CCU | Credit Card Unit |
| CMR | Confidential Medical Report |
| Comp | Completions Unit of the Corrections & Amendments Unit |
| COR | Corrections Unit |
| CRU | Customer Relations Unit |
| CSHR | Cashiering Unit |
| CTDW | Computer Terminal Daily Worksheet |
| CU | Correction Unit |
| DC | Death Certificate |
| DOHMH | Department of Health and Mental Hygiene |
| DRB | Delayed Registration of Birth |
| DT | Death Transcript |
| FD | Funeral Director |
| HHC | Health and Hospitals Corporation |
| ITOP | Induced Termination of Pregnancy |
| MU | Mail Unit |
| Microfilm | Microfilm Unit of the Records Management Unit |
| Next-of-Kin | Spouse Domestic Partner Mother Father Sister Brother<br>Daughter Son Grandparent Grandchild Great Grandparent<br>Great Grand Child Aunt Uncle Niece Nephew Cousin |
| NFS | Not Found Statement |
| OCME | Office of the Chief Medical Examiner |
| OVR | Office of Vital Records |
| Photo Unit | Photo Operations Unit the Records Management Unit |
| PSO | Public Service Operations |
| Search | Search Unit of the Public Service Operations Unit |
| Short | Photocopy of CityNet or CMS file, Print of VRMS image<br>Certification without parents names on record<br>Photocopy of original or certification of certificate |
| STOP | Spontaneous Termination of Pregnancy |
| Vault | Vault Unit of the Records Management Unit |

Attachment M

## CERTIFIED PAPER DAILY RECONCILIATION WORKSHEET

Today's Date: ______ Operator Name: ______

CMS Terminal No.: ______ Printer No.: ______ Certificate Paper Type: ______

Box/Ream Document No. Range: ______ to ______ Box/Ream Document No. Range: ______ to ______

| Next Days Start No. |
|---|
| #: ______ |
| Sign: ______ |
| Date: ______ |

### Certificate Count(s)

| Main Operator: | Main Operator Initials: | | Main Operator Initials: | | Main Operator Initials: | | Main Operator Initials: | | |
|---|---|---|---|---|---|---|---|---|---|
| | Int. | Box/Ream 1 | Int. | Box/Ream 1 | Int. | Box/Ream ____ | Int. | Box/Ream ____ | |
| End Number | | | | | | | | | |
| Start Number | | | | | | | | | |
| Subtotal (subtract last # Minus First #) | | | | | | | | | |
| Plus One | | | | | | | | | Sub Total |
| Total | | | | | | | | | |

| | | |
|---|---|---|
| Total # of Fee Waived: | Voids: | Total # of Birth Searches: |
| Total Vault Copies: | Exchanges: | Total # of Death Searches: |
| | | Index Searches: |

| | Operator Initials: | | Operator Initials: | | Operator Initials: | | Operator Initials: | | |
|---|---|---|---|---|---|---|---|---|---|
| | Int. | Box/Ream 1 | Int. | Box/Ream 1 | Int. | Box/Ream ____ | Int. | Box/Ream ____ | |
| End Number | | | | | | | | | |
| Start Number | | | | | | | | | |
| Subtotal (subtract last # Minus First #) | | | | | | | | | |
| Plus One | | | | | | | | | Sub Total |
| Total | | | | | | | | | |

| | | | |
|---|---|---|---|
| Total # of Fee Waived: | Voids: | Total # of Birth Searches: | |
| Total Vault Copies: | Exchanges: | Total # of Death Searches: | Grand Total |
| | | Index Searches: | |

I, ______ have reviewed the safety paper use and count. *Supervisor's Signature:* ______

VR-206 (Rev. 11/09) *Date:* ____/____/____

## Attachment M - Page 2

**MONIES COLLECTED TO CERTIFICATES ISSUED RECONCILIATION**

Paper Type – VR ________

Cashier's Signature: ____________ Date: ________

Cashier's Signature: ____________ Date: ________

| | | | | | |
|---|---|---|---|---|---|
| Certified Paper Reconciliation WS | (Step 1) | 1 | Funds Collected From CMS (Step 2) | 2 | |
| | | Total | | Number of Fee Waived Certificates | |
| Including Voided Certifications | (Step 3) | | Exchange | | |
| Minus Certification Voided | (Step 4) | | Other | | |
| Number of Paid Certificates | (Step 5) | | Total | | |

**APPLICATION TO MONIES COLLECTED**

| | | | | | |
|---|---|---|---|---|---|
| Certificate Count (Excluding Fee Waivers Voids) | By Cash | (Copies) 7 | | | |
| | By CC/Debit | (Copies) 8 | | | |
| | By Check | (Copies) 9 | | | |
| Certifications Issued | (Step 10) | | X $15.00 | $ | |
| Birth Vaults Cashiered | (Step 11 | | X $15.00 | $ | |
| Death Vaults Cashiered | (Step 12) | | X $15.00 | $ | |
| Paid Searches | (Step 13) | | X $15.00 | $ | |
| Checks from Other Units | (Step 14) | | X $15.00 | $ | |
| Sub Total | (Step 15) | | X $15.00 | $ | |
| | | | Shortages (Subtract) | | (Step 16) |
| | | | Overages | | (Step 16) |
| | | | Express Fee | | (Step 16) |
| Shortage Explanation | | | Extra Yrs Searched | | (Step 16) |
| | | | Refund Total | | (Step 17) |
| | | | Total Funds | $ | (Step 18) |

*Supervisor's Signature:* ____________

VR-200 (Rev. 11/09)

**RECONCILIATION STEPS**

1. Record certificates as per Daily Computer Terminal Sheet.
2. Record funds listed on CMS System.
3. Record certifications printed (from application, include voids).
4. Minus Certifications Voided.
5. Record Sub-Total.
6. First calculate fee waived orders then subtract fee waived orders.
7. Calculate amount paid by cash.
8. Calculate amount paid by CC/Debit.
9. Calculate amount paid by check.
10. Calculate Reconciliation Total (add 7, 8, 9).
11. Record and add Birth Vaults.
12. Record and add Death Vaults.
13. Record Paid Searches.
14. Record total of checks from other units.
15. Record Sub-Total.
16. Record Shortages, Overages, Express Fees, Searches.
17. Record Refund Total.
18. Record Funds Collected.

Funds Collected above (step 2) must match Funds. Collected in step 18.

**Check Points**

Step 1 – Step 3 ______

Step 2 – Step 18 ______

Step 5 – Step 10 ______